# EXHIBIT 1

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| SARAH SANDOVAL | * |
| Plaintiff | * |
| v. | * Civil Action No.: 1:17-cv-01599 PJM |
| THE CENTER FOR INNOVATIVE GYN CARE, PC, et al. | * |
| | * |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2018 that a copy of the foregoing Notice of Videotape Deposition of Corporate Designee of The Center for Innovative Gyn Care, PC, Interrogatories to Natalya Danilyants, M.D., Request for Production of Documents to Natalya Danilyants, M.D., Interrogatories to The Center for Innovative Gyn Care and Request for Production of Documents to The Center for Innovative Gyn Care was were hand delivered to:

Susan B. Boyce, Esquire
Armstrong, Donohue, Ceppos, Vaughan & Rhoades, Chartered
204 Monroe Street
Suite 101
Rockville, Maryland 20850

_____
ALISON D. KOHLER (Bar #01277)
Dugan, Babij, Tolley & Kohler, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
akohler@medicalneg.com
(410) 308-1600
Attorneys for Plaintiff

9

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| SARAH SANDOVAL | * |
| Plaintiff | * |
| v. | * Civil Action No.: 1:17-cv-01599 PJM |
| THE CENTER FOR INNOVATIVE GYN CARE, PC, et al. | * |
| | * |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VIDEOTAPE DEPOSITION OF CORPORATE DESIGNEE OF THE CENTER FOR INNOVATIVE GYN CARE, PC

Now comes the Plaintiff, Sarah Sandoval, by and through her attorneys, Alison D. Kohler, Henry E. Dugan, Jr. and Dugan, Babij & Tolley, LLC, and pursuant to the Federal Rules of Civil procedure, including without limitation, F. R. Civ. P. 30(b)(6), will take the videotaped and simultaneous stenographic deposition *duces tecum* for the purposes of discovery and for use at trial of the corporate designee or designees of:

**THE CENTER FOR INNOVATIVE GYN CARE**
3206 Tower Oaks Blvd.
Suite 150
Rockville, Maryland 20852

You are advised, pursuant to Federal Rules of Civil Procedure, that such deposition shall be taken on Monday, May 21, 2018 at Planet Depos, 1 Church Street, Suite 601, Rockville, Maryland 20850, beginning at 10:00 a.m., and continuing thereafter until completed.

Defendant The Center for Innovative Gyn Care shall designate the witness or witnesses best able to testify on its behalf regarding the matters described and set forth in

this Notice of Deposition.

Plaintiff Sarah Sandoval requests a corporate designee or designees to testify concerning the following matters. Unless otherwise specified, all requests refer to facts, conditions, and circumstances in existence as of October 22, 2015, and from that time to the present.

1. The content of The Center for Innovative Gyn Care's website as of September 1, 2015;

2. The person responsible for developing the content of The Center for Innovative Gyn Care's website as of September and October, 2015;

3. The existence of all literature, studies, medical research, or other medical evidence to support the claims made in The Center for Innovative Gyn Care's website, regarding the LAAM procedure, including without limitation:

    a. The effectiveness and safety of the LAAM procedure compared to other methods of myomectomy;

    b. The effectiveness and safety of any component of the LAAM procedure;

    c. The uniqueness of the LAAM procedure; and

    d. Any other factual statement about the LAAM procedure.

4. The identity and job responsibilities of any person or persons contributing to the content of The Center for Innovative Gyn Care's website;

5. The number of patients and the identity of their home state or country who had travelled to The Center for Innovative Gyn Care's facilities from out of the State of Maryland as of October 1, 2015 for gyn surgical care;

6. The identity of the person or persons who tracked the demographic information regarding The Center for Innovative Gyn Care's travel program;

7. The details of the way in which The Center for Innovative Gyn Care's travel program worked, including without limitation the type and amount of support offered to women participating in the travel program;

8. The date on which the travel program first started;

9. All policies, procedures, practices, protocols or the like in effect with regard to patient preparation for, the performance of, and post operative patient follow up for patients undergoing the LAAM procedure;

10. The content, including date, time, author or presenter of any and all publications or presentations by any physician employed by The Center for Innovative Gyn Care, PC with regard to the performance of or uniqueness of the LAAM procedure;

11. The existence and content of any and all recognition by the gyn surgical community, either locally or nationally, that the LAAM procedure was a unique procedure developed exclusively by physicians at The Center for Innovative Gyn Care;

12. The existence as of October 1, 2015 and substance of any and all scientific or medical data to support The Center for Innovative Gyn Care's claims that the LAAM procedure was superior to one or more alternative procedures for myomectomy;

13. As of October 22, 2015, the nature and amount of unintended injuries to other organs occurring during performance of the LAAM procedure by any physician employed by The Center for Innovative Gyn Care;

14. The existence, content and location of placement of any and all advertising regarding the LAAM procedure, whether in print, online, or through some other medium, for the five years prior to and including October 22, 2015;

15. The schedule of Paul McKoul, M.D. for October 22, 2015;

16. The schedule of Natlaya Danilyants, M.D. for October 22, 2015;

17. For 2015, the number of surgeries performed by Dr. Danilyants in the The Center for Innovative Gyn Care's surgery center and in any hospital and/or other surgery center; and

18. The number of ob/gyns or other medical providers who referred patients to content of The Center for Innovative Gyn Care for myomectomy surgery in the calendar year 2015.

## SCHEDULE OF DOCUMENTS

The Defendant's designee or designees shall bring to the deposition the following documents:

1. All documents and other material things previously requested from this Defendant which have yet to be provided;

2. The most recent Curriculum Vitae of each designee;

3. All documents and other material things reviewed by any designee of this Defendant in preparation for his or her testimony.

4. All documents that constitute, describe or relate to the content of The Center for Innovative Gyn Care's website as of September 1, 2015;

4

5. All documents that constitute, describe or relate to the identity of the person responsible for developing the content of The Center for Innovative Gyn Care's website as of September and October, 2015;

6. All documents that constitute, describe or relate to the existence and identity of all literature, studies, medical research, or other medical evidence to support the claims made in The Center for Innovative Gyn Care's website, regarding the LAAM procedure, including without limitation:

    a. The effectiveness and safety of the LAAM procedure compared to other methods of myomectomy;

    b. The effectiveness and safety of any component of the LAAM procedure;

    c. The uniqueness of the LAAM procedure; and

    d. Any other factual statement about the LAAM procedure.

4. All documents that constitute, describe or relate to the identity and job responsibilities of any person or persons contributing to the content of The Center for Innovative Gyn Care's website;

5. All documents that constitute, describe or relate to the number of patients and the identity of their home state or country who had travelled to The Center for Innovative Gyn Care's facilities from out of the State of Maryland as of October 1, 2015 for gyn surgical care;

6. All documents that constitute, describe or relate to the identity of the person or persons who tracked the demographic information regarding The Center for Innovative Gyn Care's travel program;

7. All documents that constitute, describe or relate to the details of the way in which The Center for Innovative Gyn Care's travel program worked, including without limitation the type and amount of support offered to women participating in the travel program;

8. All documents that constitute, describe or relate to date on which the travel program first started;

9. All documents that constitute, describe or relate to all policies, procedures, practices, protocols or the like in effect with regard to patient preparation for, the performance of, and post operative patient care for patients undergoing the LAAM procedure;

10. All documents that constitute, describe or relate to the content, including date, time, author or presenter of any and all publications or presentations by any physician employed by The Center for Innovative Gyn Care, PC with regard to the performance of or uniqueness of the LAAM procedure;

11. All documents that constitute, describe or relate to the existence and content of any and all recognition by the gyn surgical community, either locally or nationally, that the LAAM procedure was a unique procedure developed exclusively by physicians at The Center for Innovative Gyn Care;

12. All documents that constitute, describe or relate to the existence as of October 1, 2015 and substance of any and all scientific or medical data to support The Center for Innovative Gyn Care's claims that the LAAM procedure was superior to one or more alternative procedures for myomectomy;

6

13. All documents that constitute, describe or relate to, as of October 22, 2015, the nature and amount of unintended injuries to other organs occurring during performance of the LAAM procedure by any physician employed by The Center for Innovative Gyn Care;

14. All documents that constitute, describe or relate to existence, content and location of placement of any and all advertising regarding the LAAM procedure, whether in print, online, or through some other medium, for the five years prior to and including October 22, 2015;

15. All documents that constitute, describe or relate to the schedule of Paul McKoul, M.D. for October 22, 2015;

16. All documents that constitute, describe or relate to the schedule of Natlaya Danilyants, M.D. for October 22, 2015;

17. For 2015, all documents that constitute, describe or relate to the the number of surgeries performed by Dr. Danilyants in The Center for Innovative Gyn Care's surgery center and in any hospital and/or other surgery center; and

18. All documents that constitute, describe or relate to the number of ob/gyns or other medical providers who referred patients to content of The Center for Innovative

7

Gyn Care for myomectomy surgery in the calendar year 2015.

ALISON D. KOHLER (Bar #01277)
Dugan, Babij, Tolley & Kohler, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
akohler@medicalneg.com
(410) 308-1600
Attorneys for Plaintiff

8