# EXHIBIT 3



# Transcript of Sarah Imelda Sandoval

**Date:** December 11, 2017
**Case:** Sandoval -v- The Center for Innovative GYN Care, P.C., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

**Page 1**

```
1           IN THE UNITED STATES COURT
2          FOR THE DISTRICT OF MARYLAND
3               SOUTHERN DIVISION
4
5   ---------------------------x
6   SARAH SANDOVAL,          :
7          Plaintiff,        :
8    -v-                     :Civil No.
9   THE CENTER FOR INNOVATIVE :8:17-CV-1599 PJM
10  GYN CARE, P.C., et al.,  :
11         Defendants. :
12  ---------------------------x
13
14       Deposition of SARAH IMELDA SANDOVAL
15             Timonium, Maryland
16         Monday, December 11, 2017
17              10:11 a.m.
18
19
20  Job No. 167310
21  Pages 1 - 211
22  Reported by:  Tina D. McComb
```

**Page 2**

```
1       Deposition of SARAH IMELDA SANDOVAL, held at
2   the offices of:
3
4       BABIJ, TOLLEY & KOHLER, LLC
5       1966 Greenspring Drive
6       Suite 500
7       Timonium, Maryland 21093
8       (410) 308-1600
9
10
11
12
13
14       Pursuant to Notice, before Tina D. McComb,
15  Reporter and Notary Public of the State of
16  Maryland.
17
18
19
20
21
22
```

**Page 3**

```
1               A P P E A R A N C E S
2
3   ON BEHALF OF THE PLAINTIFF:
4       ALISON D. KOHLER, ESQUIRE
5       DUGAN, BABIJ, TOLLEY & KOHLER, LLC
6       1966 Greenspring Drive
7       Suite 500
8       Timonium, Maryland 21093
9       (410) 308-1600
10
11  ON BEHALF OF THE DEFENDANTS:
12      SUSAN B. BOYCE, ESQUIRE
13      ARMSTRONG, DONOHUE, CEPPOS,
14      VAUGHAN & RHOADES, CHARTERED
15      204 Monroe Street
16      Suite 101
17      Rockville, Maryland 20850
18      (301) 251-0440
19
20
21
22
```

**Page 4**

```
1              C O N T E N T S
2   EXAMINATION OF SARAH IMELDA SANDOVAL    PAGE
3   By Ms. Boyce                            5
4   By Ms. Kohler                           200
5   By Ms. Boyce                            207
6
7
8
9            E X H I B I T S
10          (Exhibits retained)
11  SANDOVAL DEPOSITION EXHIBIT             PAGE
12   1     Handwritten Notes                5
13   2     Postoperative Instructions       5
14   3     Preoperative Materials           5
15   4     Photographs                      5
16   5     Photographs                      124
17
18
19
20
21
22
```

5

1  PROCEEDINGS
2  (Deposition Exhibit Numbers 1 through
3  4 were premarked for identification.)
4  SARAH IMELDA SANDOVAL
5  having been duly sworn, testified as follows:
6  EXAMINATION BY COUNSEL FOR THE DEFENDANTS
7  BY MS. BOYCE:
8  Q. Can you state your full legal name,
9  please.
10  A. Sarah Imelda Sandoval.
11  Q. Have you ever gone by any other name?
12  A. No.
13  Q. Ms. Sandoval, my name is Susan Boyce
14 representing Dr. Damilyants. Have you ever had
15 your deposition taken before?
16  A. No, I have not.
17  Q. If you don't understand one of my
18 questions, would you please let me know? I will
19 restate it or rephrase it.
20  A. Okay.
21  Q. I don't want you answering anything that
22 you don't understand?

6

1  A. Okay. We'll do that.
2  Q. It's not unusual that I ask you a question
3  and you don't remember whatever it is I'm asking
4  you. But the answer comes back at a different
5  point in the deposition. If that happens to you,
6  will you let me know and we'll go back to the
7  question and you can answer it?
8  A. Yes, I will.
9  Q. Otherwise, if you don't remember anything,
10 just tell me you don't remember.
11  A. All right.
12  Q. If you need a break at anytime, just let
13 me know and we'll take a break.
14  A. Okay.
15  Q. Where do you currently live?
16  A. 14145 North 92nd Street. That's Unit
17 1054. That's in Scottsdale, Arizona.
18  Q. How long have you lived in Scottsdale,
19 Arizona?
20  A. About five years off and -- back and forth
21 between Scottsdale, Arizona and Omaha, Nebraska,
22 which is where I am from originally.

7

1  Q. Is that where you were born?
2  A. Yes.
3  Q. And raised?
4  A. Omaha, Nebraska.
5  Q. Did you go to high school in Omaha?
6  A. I did.
7  Q. Whereabouts?
8  A. Marian High school.
9  Q. Graduated what year?
10  A. 1997.
11  Q. Any post high school education?
12  A. Yes. I went to LMU, Loyola Marymount
13 University in Los Angeles, California.
14  Q. Can you say that again?
15  A. Sorry, Loyola Marymount University.
16 That's in Los Angeles, California. That was for
17 undergraduate school.
18  Q. You graduated what year?
19  A. 2001.
20  Q. Degree in what?
21  A. Biology.
22  Q. What did you do after college?

8

1  A. Then I took a year off to do some
2  prerequisites. And I went back to school for my
3  master's. That was at University of Southern
4  California.
5  Q. Master's in what?
6  A. Occupational therapy.
7  Q. How long was the master's program?
8  A. It was about two and a half, three years.
9  Q. Was that a full-time?
10  A. Yes.
11  Q. Is it typically two and a half, three
12 years?
13  A. Yes, it is.
14  Q. You finished in what year?
15  A. I want to say it was 2004, 2005.
16  Q. Did you start working as an occupational
17 therapist after that?
18  A. I did.
19  Q. Where was that?
20  A. In Los Angeles, my first job was at Rancho
21 Los Amigos National Rehab Center. It's in Downey,
22 California.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

3 (9 to 12)

**9**

1    Q.   How long did you stay there?

2    A.   **Approximately two years.**

3    Q.   The reason why you left?

4    A.   **I was kind of getting homesick. I knew I**
5 **didn't want to stay in LA permanently, so at that**
6 **time, I kind of decided it was the time to move**
7 **back home.**

8    Q.   Did you -- were you employed in Omaha
9 then?

10    A.   **Yes. So I worked for a local company**
11 **called Aureus Medical Group. That was my first job**
12 **back in Omaha. I did some more like contract**
13 **positions.**

14    Q.   At Ranchos Los Amigos, were you an
15 occupational therapist?

16    A.   **I was, yes.**

17    Q.   On a full-time basis?

18    A.   **Uh-huh.**

19    Q.   You have to verbalize your answer.

20    A.   **I'm sorry, yes.**

21    Q.   Then you worked for Aureus Medical Group?

22    A.   **Yes.**

**10**

1    Q.   As an occupational therapist?

2    A.   **Yes.**

3    Q.   Was that full time?

4    A.   **Yes.**

5    Q.   When you say contract, what did you mean?

6    A.   **So I worked for different — they find me**
7 **a position. It's usually like 13-week contracts**
8 **where I will work for a hospital or a facility as**
9 **an occupational therapist through this company.**
10 **Then after that contract ends, sometimes**
11 **it will be extended. And sometimes I just start**
12 **with a new contract. And that would be at a**
13 **different hospital or facility.**

14    Q.   How long did you work for this group?

15    A.   **I don't remember exactly. I want to say**
16 **maybe it was about three years or so.**

17    Q.   Were you paid by the hour?

18    A.   **Yes. It's an hourly rate.**

19    Q.   You worked 40 hours a week?

20    A.   **Yes.**

21    Q.   Then what did you do after that?

22    A.   **So from there, I moved -- I'm sorry, I**

**11**

1 **went with a different contract agency. And they**
2 **are called Fusion Medical Staffing.**

3    Q.   But same kind of employment?

4    A.   **Uh-huh.**

5    Q.   Contract basis?

6    A.   **Yes, that same kind of employment.**

7    Q.   Any reason why you switched?

8    A.   **It was just they were able to offer me a**
9 **better rate, pay rate, and then the job**
10 **opportunities. So it was better job opportunities**
11 **as well.**

12    Q.   Would it be different hospitals, different
13 medical groups?

14    A.   **Different hospitals, yes. So each company**
15 **can have different hospitals that they may**
16 **constantly work with. Some companies have more**
17 **opportunities available to therapists than others,**
18 **just sort of depending on the company.**

19    Q.   Do you work with children, adults or both?

20    A.   **All of my experience has been with adults**
21 **and geriatric population.**

22    Q.   Do you have a subspecialty in the area of

**12**

1 occupational therapy?

2    A.   **A lot of my experience has been in the**
3 **neuro rehab. But I don't have any special**
4 **credentials with a certain population.**

5    Q.   When you worked with Aureus or Fusion, did
6 you go into hospitals or rehab facilities or
7 nursing homes?

8    A.   **There was — it was a variety of settings.**

9    Q.   How long did you stay at Fusion?

10    A.   **I'd have to look back, but I want to say**
11 **it was about four or five years.**

12    Q.   I know it's in here somewhere. Was Fusion
13 in Omaha?

14    A.   **Yes.**

15    Q.   When you were in Omaha, did you live with
16 your parents?

17    A.   **I did.**

18    Q.   Where did you go after Fusion?

19    A.   **So after Fusion, I took a full-time**
20 **position I believe in Scottsdale. That was with**
21 **Rehabcare.**

22     MS. KOHLER: I think it's on page 20 and

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

---

13

1  21.

2        MS. BOYCE:  I just found it.

3  BY MS. BOYCE:

4     Q.    Why did you move to Arizona?

5     A.    **Well, one of my positions through Fusion**

6  **brought me to Arizona, and I kind of just enjoyed**

7  **it.  I had essentially been going back and forth**

8  **between Arizona and Nebraska.**

9        **I kind of decided I wanted to try to see**

10 **if moving out here would be a good fit for me.**

11    Q.    With your job at Fusion, they would fly

12 you to Arizona for contract work?

13    A.    **They don't fly you.  I mean you are**

14 **responsible for getting there.  But you get**

15 **compensated up to a certain amount if it's through**

16 **a job through them.**

17    Q.    How much of your work at Fusion and Aureus

18 was in Omaha, Nebraska versus out of state?

19    A.    **I don't know exactly how much of it.  I**

20 **know through the three companies, I worked in**

21 **Nebraska, Missouri and Arizona.**

22    Q.    So you moved to Arizona in what year?

---

14

1     A.    **So it would have been when I took that**

2  **full-time position at Belmont Village.  So I**

3  **believe that was in 2015.**

4     Q.    So you were at -- was the position at

5  Rehabcare a full-time position?

6     A.    **Yes, it was.**

7     Q.    Did you have any friends or family in

8  Arizona?

9     A.    **Some cousins from my dad's side of the**

10 **family live in Arizona.  But other than that, no.**

11    Q.    Do you still -- never mind.

12       You already told me you still live in

13 Arizona?

14    A.    **Yes, I do.**

15    Q.    Forgive me if I ask stupid questions.

16       So you are planning to stay in Arizona for

17 the indefinite future?

18    A.    **I don't know for sure.  But right now I'm**

19 **there.  I do like the environment.  And I have**

20 **friends out there.  So yes.  So right now I do plan**

21 **on staying there.  But I don't know if any changes**

22 **will occur in the future.**

---

15

1     Q.    At this point, you don't have any plans to

2  return to Nebraska at some point in the future or

3  somewhere else?

4     A.    **No.  At this time, no.**

5     Q.    So you left Rehabcare in 2016?

6     A.    **Uh-huh.**

7     Q.    You went to Fusion Medical Staffing?

8     A.    **Yes.**

9     Q.    Same group you were working for before?

10    A.    **Yes.**

11    Q.    This was in Omaha?

12    A.    **This was in Omaha.**

13    Q.    But you were working in Arizona?

14    A.    **But they were able to find me a position**

15 **in Arizona.**

16    Q.    Why did you leave Rehabcare?

17    A.    **With the contract positions through**

18 **Fusion, it gave me a little bit more flexibility.**

19 **Again, the compensation would have been a little**

20 **bit better than what I was making at that time with**

21 **Rehabcare.**

22    Q.    Were you working at Rehabcare at the time

---

16

1  of your surgery that we're going to be talking

2  about in this case?

3     A.    **Yes, I was.**

4     Q.    So with Fusion, again, it was contract

5  work?

6     A.    **Yes.**

7     Q.    In Arizona?

8     A.    **Yes.**

9     Q.    Did you work full time or part time for

10 Fusion?

11    A.    **Full time.**

12    Q.    Any part time at Fusion Medical Staffing?

13    A.    **No.  The only time I would say there was**

14 **part-time work is if like the hours that I'm**

15 **working at a facility, they don't need me that**

16 **long.  But the contracts are set up for full-time**

17 **work.**

18    Q.    Same again, working with adults, mostly

19 geriatric population?

20    A.    **Yes.**

21    Q.    Again, variety of settings, hospitals,

22 nursing homes?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

5 (17 to 20)

**17**

1  A.  Yes.
2  Q.  Did you have any difficulty performing
3  your duties and obligations with Fusion Medical
4  Staffing?
5  A.  There were a couple days where I called in
6  sick because of pains.  But other than that, no.
7  Q.  Were the couple of days together or were
8  they separated?
9  A.  They were separated.
10 Q.  Were you compensated for the sick days?
11 A.  No.
12 Q.  Do you get benefits through Fusion?
13 A.  I do.
14 Q.  All benefits, medical insurance?
15 A.  Yes.
16 Q.  Same with Rehabcare, did you have
17 benefits?
18 A.  Yes.
19 Q.  Who was your medical insurance carrier
20 with Rehabcare?
21 A.  I believe it was Anthem Blue Cross Blue
22 Shield.

**19**

1  A.  So I was The occupational therapist.  It
2  was at an independent slash assisted living
3  facility.  So I would evaluate mostly the residents
4  there.  If they had OT needs and there was a
5  physician referral, in terms of like if they had OT
6  needs.
7       And then if they did, I would go ahead and
8  set a treatment plan.  And that would include how
9  many weeks we would see them, how many days of the
10 week and what sort of treatments we were going to
11 provide during that time frame.
12 Q.  What type of assisted living facility was
13 it?
14 A.  I'm not sure.
15 Q.  Did they specialize in dementia, for
16 example?  Or was it more of a rehab assisted living
17 facility?
18 A.  They had different portions of the
19 facility.  One was an independent living facility
20 where the residents were very active, very
21 independent.
22      They didn't need any caregiver assistance.

**18**

1  Q.  Did you switch when you started with
2  Fusion?
3  A.  Yes.  It was still a Blue Cross Blue
4  Shield, but I don't think it was Anthem.
5  Q.  Is there any major difference in the
6  benefits with the Blue Cross programs with each
7  employer?
8  A.  The major difference that I've noticed is
9  the deductible varies.  So I believe my deductible
10 when I went to Fusion was a little bit higher than
11 when I was at Rehabcare.
12 Q.  Could you have stayed with Anthem
13 Blue Cross Blue Shield if you decided to when you
14 took the position at Fusion?
15 A.  Not that I know of.  I was — you can turn
16 down insurance.  But typically I will take the
17 insurance that that company offers.
18 Q.  Fusion didn't offer Anthem Blue Cross Blue
19 Shield?
20 A.  Correct.
21 Q.  Now, when you worked at Rehabcare, can you
22 tell me what you did specifically?

**20**

1  They had an assisted living portion where residents
2  could get help from a nurse or the caregivers.  And
3  then they had a memory care unit, which is where
4  the patients with dementia resided.
5  Q.  You worked there full time?
6  A.  Yes.
7  Q.  You left there when?
8  A.  I believe it was May, the end of May 2015
9  or June 2015, the beginning.
10 Q.  Trying to figure out when your surgery
11 was.  Your surgery was October of 2015, correct,
12 October 22nd?
13 A.  Sorry.  So yes.  It should have been 2016
14 is when I left Rehabcare, so May or June of 2016.
15 Q.  So you were there at the time of your
16 surgery and you took some time off for your
17 surgery?
18 A.  Correct.
19 Q.  How long were you planning on taking off
20 for the surgery?
21 A.  I think I requested three weeks off.  I
22 was told about two to three weeks is typical for

21

1  recovery.
2      Q.    You did return to work when?
3      A.    It was in the middle of February.  I don't
4  remember the exact date.  I returned part time.
5      Q.    So February 2016?
6      A.    Yes.
7      Q.    What is part time?
8      A.    I believe I was okay to work about 18 to
9  20 hours.
10     Q.    Were you able to work the 18 to 20 hours?
11     A.    Yes.  They were — at that time, we were a
12 little bit slow.  So on days that we were slow, my
13 manager did let me go home early.
14     Q.    Did you see typically the same patients
15 all the time when you worked at Rehabcare, same
16 residents?
17     A.    Yes.  It was the same residents, unless
18 there was a new resident that came in.  But yeah,
19 it was just that building that I would work at.
20     Q.    How many -- how many occupational
21 therapists were at Rehabcare?
22     A.    I was the only occupational therapist.

22

1      Q.    When you weren't there, there was no
2  occupational therapist providing care?
3      A.    There was a certified occupational
4  assistant there.  Unless it was an evaluation, she
5  could do the treatments.
6      Q.    Who was doing the evaluations?
7      A.    I would.
8      Q.    So when you were off for the time period
9  you were off?
10     A.    Okay.  So when I was actually off after
11 the surgery, they hired another contract therapist
12 to fill in the void while I was gone.
13     Q.    The reason why you returned part time in
14 mid February 2016 was what?
15     A.    I was still not at the — didn't have the
16 energy level where I could work full time.  So my
17 physician was recommending that I wait a little
18 longer to either start or start off part time.  So
19 I chose to start off part time.
20     Q.    What physician was that?
21     A.    Dr. Susan Keasling-Evans.  Dr. Susan
22 Keasling-Evans or Dr. Susan Evans-Keasling.  I

23

1  can't remember.
2      Q.    What is her specialty?
3      A.    She was the primary physician that I saw
4  after my surgeries.
5      Q.    Was she a surgeon or a primary care
6  physician?
7      A.    Primary care.
8      Q.    She's in Nebraska?
9      A.    Omaha, Nebraska.
10     Q.    Is she a physician for your parents?
11     A.    No.
12     Q.    How did you meet her, through the hospital
13 stays?
14     A.    I did not know her prior.  She was just
15 recommended to me after my hospitalization, so I
16 went to her.
17     Q.    Did you stay in Nebraska until February of
18 2016?
19     A.    I did.
20     Q.    So when you returned to Arizona, that's
21 when you started to work?
22     A.    Yes.

24

1      Q.    Or did you return before you started to
2  work?
3      A.    I returned maybe like a week prior to
4  starting work again.
5      Q.    So you haven't seen Dr. Evans I assume
6  since you left Nebraska --
7      A.    Correct.
8      Q.    -- in February of 2016?
9      A.    Uh-huh.
10     Q.    You have to say yes.
11     A.    I'm sorry, yes.
12     Q.    Do you have a primary care physician in
13 Arizona?
14     A.    No.
15     Q.    Have you ever had a primary care physician
16 in Arizona?
17     A.    The only physician I saw was the physician
18 assistant, De La Santos.  That was prior to my
19 surgeries.  Since then, I've usually seen
20 physicians like for work physicals for that, but no
21 regular primary physician.
22     Q.    Is there any reason why you don't have a

25

1  primary physician in Arizona?
2      A.   I have had trouble finding a doctor that I
3  trust and that had good recommendations and good
4  ratings.
5          So the doctors that I've seen since then
6  have pretty much just been the specialty doctors
7  that I've needed to see.
8      Q.   Is there any reason why you didn't have a
9  primary care physician before your surgery?
10     A.   Again, it was mostly just because I was
11  healthy and I was seeing the physicians when I had
12  work physicals.
13     Q.   You didn't have an annual physical with a
14  primary care physician?
15     A.   No, aside from the work physicals.  They
16  would do like an annual physical during that time.
17     Q.   So did you have annual physicals at every
18  employment position that you had?
19     A.   Yes.
20     Q.   Do you know who the physicians were that
21  performed physicals at each employment?
22     A.   Are you asking if I remember?

26

1      Q.   Yeah, names.
2      A.   No.  I don't remember the name of each
3  physician.  It was usually a different physician
4  each time.
5      Q.   Did you have to go to the physician's
6  office or were you seen at, for example, Rehabcare?
7      A.   No.  I would go to the physician's office.
8      Q.   Did you ever receive copies of their notes
9  or visit summaries?
10     A.   No.  They usually sent those directly to
11  my work.
12     Q.   You've never received any copies of them?
13     A.   Not that I recall.
14     Q.   Prior to your surgery in 2015, did you
15  have a GYN?
16     A.   No, not a regular GYN.  No.
17     Q.   Any reason why you didn't have a regular
18  GYN?
19     A.   Again, I was just pretty healthy.  I never
20  had any need to be seeing a regular physician at
21  that time.
22     Q.   You didn't have regular pap smears and

27

1  preventive care?
2      A.   Not until — no, not until I went in for
3  the fibroids.
4      Q.   Prior to your surgery, do you recall
5  seeing any physician for any reason?
6      A.   Aside from my physicals, annual physicals,
7  no.
8      Q.   Then you left Fusion Medical in 2017?
9      A.   Yes.
10     Q.   Sometime this year?
11     A.   Yes.
12     Q.   When this year?
13     A.   Just recently.  I started with Core
14  Medical Group.  That would have been September,
15  October of this year.
16     Q.   Why did you leave Fusion?
17     A.   Core — again, they were able to find
18  better positions for me at that time.  So there
19  were more job opportunities through Core Medical
20  Group.
21     Q.   Again, this is in Arizona?
22     A.   Yes.  They work nationwide.  But right now

28

1  they found a position for me in Arizona.
2      Q.   Are you in one place?  Or again, are you
3  moving around every 13 or so weeks?
4      A.   It's 13-week contracts.
5      Q.   Is that what you would prefer as opposed
6  to staying put in one place?
7      A.   I feel both have their pros and cons.  I
8  do enjoy the variety that 13-week contracts
9  provide.  But it can get tiring changing places.
10  Or if I have to actually change cities, that could
11  be a little bit tiring.  So I do enjoy the variety
12  though that 13-week contracts provide.
13     Q.   Have you searched for full-time employment
14  in one place since leaving Rehabcare?
15     A.   I've briefly like done internet searches
16  on jobs within both Omaha and Scottsdale.
17  Generally speaking, the pay rate, I would be taking
18  a decrease in pay rate if I took a full time
19  position.
20     Q.   In one place?
21     A.   Yes.
22     Q.   Have you applied though for any position?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

8 (29 to 32)

---

**29**

1   A.   Not as a full-time employee, no.

2   Q.   But you searched for jobs in Nebraska?

3   A.   I searched in Omaha as well, yes.

4   Q.   You're not opposed to going back home?

5   A.   No.  It's not my first choice.  But I'm

6 not opposed to it either.

7   Q.   Do you have any siblings?

8   A.   I have two brothers.

9   Q.   Where do they live?

10   A.   In Omaha.

11   Q.   Your parents are in Omaha?

12   A.   Yes, they are.

13   Q.   How is their health?

14   A.   I would say fair to good.  My mother is

15 definitely healthier than my father.

16   Q.   What medical conditions does he have?

17   A.   He's had a heart attack.  So he had a

18 CABG, a bypass graft.  Then he recently had

19 shoulder surgery after a fall.  And he has

20 diabetes.

21   Q.   When did he have his heart attack?

22   A.   I don't remember.  It was —

---

**30**

1   Q.   Years ago?

2   A.   Yeah, it was several years ago.

3   Q.   That's when he had the CABG?

4   A.   Yes.

5   Q.   Does your mother have any medical

6 conditions?

7   A.   I want to say she has glaucoma.  And then

8 she's also had both shoulders replaced; not from

9 falls or anything.  But she had to have them

10 replaced.  And then other than that, she's pretty

11 fit and active.

12   Q.   Has she had glaucoma surgery?

13   A.   No.

14   Q.   When were the shoulder replacements?

15   A.   I want to say within the last five years.

16 She had one recently.  And then the one prior to

17 that was probably two to three years.  So I think

18 both have been replaced within the last five or six

19 years.

20   Q.   Did she have any replaced before your

21 surgery or were they both after your surgery?

22   A.   One was after.  I know that for sure.

---

**31**

1 Then I'm pretty sure the other one was before.

2   Q.   So for the one that she had after your

3 surgery, did you have to help her in any way?

4   A.   No, I did not have to help her.  I did go

5 home I think it was for like a week or two just to

6 help out at the house.  But my grandmother came

7 too, so she was able to relieve me.

8        I helped her with things like getting her

9 pain meds and water and food and those kind of

10 things.  But physically my dad was able to help her

11 with things.

12   Q.   How about your brothers, do they have any

13 chronic medical conditions?

14   A.   Not that I know of.

15   Q.   Older brothers, younger brothers?

16   A.   I have a younger brother and an older

17 brother.

18   Q.   Your older brother is how old?

19   A.   I believe he's 40.

20   Q.   So presently you're working for Core

21 Medical Group as an occupational therapist?

22   A.   Yes.

---

**32**

1   Q.   On a full-time basis?

2   A.   Yes.

3   Q.   How often are you out of town versus in

4 Arizona?

5   A.   So my current contract had just ended in

6 November.  That was in Arizona.  So I'm in between

7 contracts.  But it depends on where the next

8 contract will be.

9   Q.   Are you accepting out-of-state contracts?

10   A.   I'm open to it.  But again, they're kind

11 of looking to see if they can find anything more

12 local.

13   Q.   That's your preference?

14   A.   Yes.

15   Q.   You'll take out of state?

16   A.   If needed, yes.

17   Q.   Do you know what states they would go to

18 or send you to?

19   A.   I would have to have a license in those

20 states.  The only other state I have a license is

21 in right now is Nebraska?

22   Q.   That would be the two options, Arizona and

---

**33**

1  Nebraska?
2  **A.   Unless I apply for a license somewhere**
3  **else in a state.**
4  Q.   Are you planning on doing that?
5  **A.   No.  Unless the jobs -- I'm not able to**
6  **find a job in either one of those states that's**
7  **appealing to me.**
8  Q.   No license in California?
9  **A.   No.  It's not active.  I had a license at**
10 **one time, but it's not active currently.**
11 Q.   How often are you without a job in between
12 contracts?  For how long is that period of time?
13 **A.   It's rare.  Recently -- so this one, it's**
14 **been about two to three weeks.  And then I would**
15 **say that's about average.  That's usually the most.**
16 **Typically if I'm in between contracts, it**
17 **will only be maybe a week or so between contracts,**
18 **unless I choose to have it longer.**
19 Q.   At this point, you don't have any
20 contracts set up?
21 **A.   Correct.**
22 MS. KOHLER:  Off the record.

**34**

1  (Discussion off the record.)
2  BY MS. BOYCE:
3  Q.   Do you know what your hourly rate was at
4  Fusion?
5  **A.   I don't remember exactly what the hourly**
6  **rate.  In general, with the contracts, it kind of**
7  **ranged between 45 and I would say $48 hour was**
8  **typical.**
9  Q.   How about at Rehabcare, were you paid
10 hourly or salaried position?
11 **A.   It was hourly.**
12 Q.   Do you know what the hourly was there?
13 **A.   I don't remember exactly.  I want to say**
14 **maybe it was 42 or $43 an hour.**
15 Q.   Is this a Monday through Friday position?
16 **A.   Yes.  Occasionally a weekend if I.  Needed**
17 **to make up a day during the week.  But yes, it was**
18 **usually Monday through Friday.**
19 Q.   Is that the same with Fusion and Core, is
20 it Monday through Friday?
21 **A.   It can vary depending on the contract.**
22 Q.   So there can be weekend work?

**35**

1  **A.   There can be weekend work, yes.**
2  Q.   Did you receive any disability?
3  **A.   No.  I did not qualify for disability.**
4  Q.   Do you know why you didn't qualify?
5  **A.   I had been with Rehabcare less than a**
6  **year.  So through them, I was not able to qualify.**
7  **And I don't remember.  My dad did ask about the**
8  **social work when I was in the hospital about**
9  **disability.  I don't think I was a candidate for**
10 **the disability that they were — the short-term**
11 **disability at that time either.**
12 Q.   Because you were there on the job for less
13 than a year?
14 **A.   Yes.**
15 Q.   I assume you didn't apply for Social
16 Security disability.  Am I right about that?
17 **A.   I did not, no.**
18 Q.   Do you plan on doing that?
19 **A.   No.**
20 MS. KOHLER:  Let's hope not.
21 BY MS. BOYCE:
22 Q.   Do you have any difficulty performing your

**36**

1  job duties at the current time?
2  **A.   No.  I would say I'm able to work a**
3  **40-hour work week if needed.**
4  Q.   Is there much physical demand with your
5  job?
6  **A.   There is.  It's a lot of lifting patients,**
7  **transferring them, pretty much walking and standing**
8  **majority of the day.**
9  Q.   I'm sorry, I'm not very articulate today.
10 I always get occupational therapy and physical
11 therapists confused.
12 **A.   Everyone does.**
13 Q.   That to me sounds like a physical therapy
14 job.
15 **A.   Yeah.  Everyone gets those confused, even**
16 **in the hospital.**
17 Q.   Are there physical therapists that you
18 work alongside with --
19 **A.   Yes.**
20 Q.   -- as well?
21 **A.   Typically I almost always work with**
22 **physical therapists and the speech therapists.**

**37**

1 Q. When I think of occupational therapists, I
2 think more of upper extremities, helping people
3 feed themselves, dress themselves. Am I wrong
4 about that?
5 A. No. That's definitely a portion of it.
6 But we work -- we do help transfer patients,
7 helping them from one surface to the other. There
8 are some overlaps I would say with the physical
9 therapists and occupational therapists. But we
10 have our different areas of expertise.
11     For OT, it is helping with daily life
12 skills, so returning to eating or dressing
13 themselves or even like home kind of skills or
14 work-related skills, those kind of things.
15 Q. So your medical history, that's going to
16 be easy. Prior to your surgery, did you have any
17 medical conditions, problems, complaints?
18 A. No, nothing.
19 Q. Nothing? Absolutely nothing?
20 A. No. The only thing, like when I had
21 mentioned was that I think I had sprained my wrist,
22 or you know, strained a muscle every now and then,

**38**

1 but nothing where I needed to see a doctor regular.
2 Q. What were your daily activities prior to
3 your surgery? Tell me what your typical day,
4 typical week would be.
5 A. Typically like during the weekday, I would
6 work. And I usually would work anywhere from like
7 6:30 or 7:00 to --
8 Q. In the morning?
9 A. -- yeah, until 3:30 or 4:00. Then after
10 that I would go to the gym and work out. I usually
11 did running yoga, weight lifting kind of
12 activities. Then I would come home, eat and
13 shower, sleep. And that was pretty much my Monday
14 through Friday.
15 Q. Did you go to the gym five days a week?
16 A. Six days typically.
17 Q. Did you run everyday?
18 A. Not everyday. I would run I would say
19 maybe three or four times a week.
20 Q. How far would you run?
21 A. Usually it was just a part of my warm up,
22 so maybe a mile or two.

**39**

1 Q. No running outside long distance, anything
2 like that?
3 A. I would run outside, but again, it was
4 like a mile or two just to warm up.
5 Q. How often did you do yoga?
6 A. I was doing that pretty regularly, I would
7 say five to six days a week.
8 Q. Any particular yoga?
9 A. Either hot yoga or like the vinyasa flow
10 kind of yoga.
11 Q. How often did you do the weight lifting?
12 A. Again, probably about four to five times a
13 week.
14 Q. Was this on your own or with a class?
15 A. Usually classes. So I had a place that I
16 would go to where they offered the yoga and weight
17 lifting kind of classes. So I would do typically
18 both there. Sometimes I would do my own workout.
19 Q. Did you take any day off?
20 A. Occasionally. Like some days -- there
21 would be some days where I would work out seven
22 days a week, if you're including like yoga. Like

**40**

1 to me, that was more of a recovery-type activity.
2     But I could be working out anywhere from
3 six to seven days a week. There would be sometimes
4 I would take Sundays off just to relax.
5 Q. Any issues with eating prior to your
6 surgery? Were you on a specific diet? Were there
7 foods that you could not eat?
8 A. No, not that I remember. I was very -- I
9 would say I was very mindful about what I ate. I
10 tried not to have -- I don't eat fast food. I
11 don't drink soda, those kind of things.
12 Q. Healthy foods?
13 A. Yes. I was trying to eat more unprocessed
14 kind of foods.
15 Q. Prior to your surgery, how much did you
16 weigh?
17 A. It kind of varied. My baseline was about
18 138. I think with the fibroids, I had gotten up to
19 146, 147. But typically I was anywhere between I
20 would say 137 to 140 was sort of a nice average
21 weight for me.
22 Q. What do you weigh now, do you know?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

11 (41 to 44)

---

41

1   A.   I just weighed myself like last week and I
2   was like 141.
3   Q.   That's a weight you're happy with?
4   A.   No.  Well —
5   A.   You look great.
6   A.   Thank you.
7        MS. KOHLER:  She's a little younger than
8   us though.
9   A.   The weight I'm not so much worried about.
10  I'm less lean than I was prior to my surgery.  So I
11  have more body fat than I did prior.  But that is
12  what I'm probably — that's a little bit different
13  that I noticed.  It's not so much the weight.  It's
14  just that my body composition is a little bit
15  different than it was prior.
16  BY MS. BOYCE:
17  Q.   Do you know what your body percentage of
18  fat is?
19  A.   I don't right now.  I'm just going based
20  off of what I see and how my clothes fit.
21  Q.   Did your clothes size change from before
22  surgery to now?

---

42

1   A.   It did.  But I have lost some weight
2   within the last six months or so I would say.
3   Q.   So what is your clothes size now?
4   A.   So pants wise, I probably wear a 6 to an
5   8.  And then shirts, again, it could be anywhere
6   from a small to a medium.
7   Q.   How about before surgery, what was it?
8   A.   When I was at my baseline kind of weight,
9   generally I would wear a 6, sometimes a 4.  Then
10  shirts were typically small.
11  Q.   Is there any particular part of your body
12  where you're seeing more percentage of fat now?
13  A.   My stomach is where I've been having
14  trouble.
15  Q.   You said in the last six months you lost
16  weight.  How much weight did you lose?
17  A.   Well, I started working with a trainer in
18  February.  So when I started with him, I was 149.
19  And then like I said, last week when I weighed
20  myself, I was 141 point something.
21  Q.   This is an intentional weight loss?
22  A.   Yes.

---

43

1   Q.   What's the name of the trainer?
2   A.   Michael Bann, B as in boy, A-N-N.
3   Q.   How often do you see him?
4   A.   The way it works is that he gives me
5   programming for an entire week.  So I see him
6   regularly.  But he basically does my nutrition and
7   workouts for the entire week.  And that's been
8   going on since February.
9        So I have guidance from him pretty much
10  everyday of the week.
11  Q.   Do you see him once a week?
12  A.   I will see him more than that.  We have
13  consults once a month.  And then when I go to the
14  gym where I train, he will be sometimes maybe
15  two or three times that I'm there.  Then if he's
16  not there, there's another coach that's there.
17  That may not be my coach, but they work there.
18  Q.   Does somebody take you through your gym
19  workout pretty much every day you go?
20  A.   No.  He writes it down for me and then --
21  Q.   You follow it?
22  A.   Yes.

---

44

1   Q.   So I understand he gives you a week
2   program and you follow it.
3   A.   Uh-huh.
4   Q.   So why would you see somebody during that
5   week?  Or you would not see somebody during that
6   week?
7   A.   What do you mean?
8   Q.   You see Michael.  He gives you a program
9   for the week?
10  A.   Uh-huh.
11  Q.   Would you see him during the course of
12  that week?
13  A.   I will -- when I train, he might be there
14  while I'm training to kind of tell me if I have
15  questions or if there's something that I'm doing
16  that's incorrect.  In terms of form, he would help
17  me with that.
18       If he's not there, another coach will be
19  there.  That's sort of the purpose so that
20  someone's there while you're working out to provide
21  you feedback and give you guidance if you have
22  questions on your exercise or routine.

---

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

**45**

1    Q.    I guess I was a little confused by the
2    training.  So you're working independently for that
3    week, but somebody is there if you have questions
4    or if you're not doing it right?  When I think of
5    a trainer, I'm thinking of somebody who's actually
6    with you and follows you through that program.
7    **A.    Right.  No, it's not that kind of personal**
8    **training, no.**
9    Q.    So at most you see Michael once a week
10   then?
11   **A.    No.  I mean I would say generally it's**
12   **probably two or three times a week.  He's there on**
13   **the floor usually when I'm there twice or three**
14   **times.**
15   Q.    Does he though follow you around for those
16   two to three times per week?
17   **A.    No, because there will be other people**
18   **there.  He's with them.  I can tell him -- he's**
19   **there actually on the floor, so I can grab him if I**
20   **have a question.  Or he'll come over to me if he**
21   **sees I need some correction.**
22   Q.    Does he work for the gym or is he

**46**

1    independent of the gym?
2    **A.    He works for a place called Opex Fitness.**
3    Q.    Do you get personal training services
4    through your membership at Opex?  Or are you paying
5    Michael over and above what you're paying for Opex?
6    **A.    No.  I pay a monthly rate.  And that is**
7    **what I get the like one month of consult -- one**
8    **time a month consult with him, and then programming**
9    **for the entire month.**
10   **And so that includes like the exercises,**
11   **my nutrition.  They talk about like sleep and those**
12   **kind of things.  So anything that they're**
13   **recommending, we kind of go over that.  That's kind**
14   **of what the consult is for every month.  We kind of**
15   **discuss how I'm doing, those kind of things.**
16   Q.    What do you pay per month?
17   **A.    299.**
18       MS. BOYCE:  Off the record.
19       (Discussion off the record.)
20   BY MS. BOYCE:
21   Q.    When did you start at Opex?
22   **A.    It was in February of 2017.**

**47**

1    Q.    Just this year?
2    **A.    Just this year.**
3    Q.    What gym were you going to before your
4    surgery?
5    **A.    I believe it was called Maximum Fitness.**
6    Q.    Were there --
7    **A.    I'm sorry, are you talking about -- you**
8    **asked before my surgery?**
9    Q.    Yes.
10   **A.    I'm sorry, that was Life Power.  That's in**
11   **Scottsdale, Arizona.  They're an affiliate of**
12   **Lifetime Fitness.**
13   Q.    Are you also going to Maximum Fitness?
14   **A.    I did that initially when I got back from**
15   **my surgeries in 2016 just because I felt like Life**
16   **Power wasn't -- I wasn't able to fully enjoy the**
17   **yoga and the classes at that time.**
18       **So I decided just to go off and work out**
19   **on my own.  Maximum Fitness was a cheaper option.**
20   Q.    How long were you a member of Life Power?
21   **A.    Well, it was part of Life Time.  So I had**
22   **been part of Life Time in Omaha and in Arizona I**

**48**

1    **believe since 2008.  It might have been a little**
2    **after that.  But I joined Life Time in 2008.  And**
3    **it was partially because I could go to any gym in**
4    **Life Time across the nation.**
5    Q.    Then after your surgery is when you
6    started at Maximum Fitness?
7    **A.    Yes.**
8    Q.    How long were you there?
9    **A.    So I want to say it was -- I joined in the**
10   **summer I returned, so maybe May or June.**
11   Q.    Of 2017?
12   **A.    Uh-huh -- or 2016.**
13   Q.    Let me see if I got the dates right.  I
14   don't know why I can't remember this.
15       Your surgery is in '15, okay.  When did
16   you stop going to Maximum Fitness?
17   **A.    I think I actually ended my membership in**
18   **June of 2017, pretty much because I wasn't going**
19   **since I started at Opex.**
20   Q.    So you went right from Maximum to Opex?
21   **A.    Yes.**
22   Q.    At Maximum Fitness, did you have any

49

1 personal trainer?

2  **A.   No.**

3  Q.   After your surgery, did you start going

4 back to the gym in February of 2016?  Or were you

5 going to the gym prior to that point?

6  **A.   When I was in Omaha after I had my the**

7 **ileostomy removed, I went to my parent's gym just**

8 **to start trying to walk and those kind of things.**

9  **I did that a little bit before I returned**

10 **to Arizona.  And then when I came to Arizona, I was**

11 **trying to find a new gym.  So I went to a place**

12 **where there was a cycling class.  But I had not**

13 **found a job until I went to Maximum Fitness.**

14  Q.   Was the first time you went back to a gym

15 after the ileostomy was reversed?

16  **A.   Yes.**

17  Q.   Not before?

18  **A.   Not before.**

19  Q.   No gym before?

20  **A.   No.**

21  Q.   Are you going to the gym currently six

22 days a week?

50

1  **A.   No.  I work out four days a week.**

2  Q.   What do you do for those four days?

3  **A.   So it's like aerobic work.  It's lifting**

4 **weights.  I will do yoga maybe once or twice a**

5 **week.**

6  Q.   Any reason why you do not do it five to

7 six times a week?

8  **A.   I just don't have that energy that I did,**

9 **which is kind of one of my goals to get back to**

10 **having that sort of stamina that I had before.**

11  **I just -- right now my body doesn't feel**

12 **like it can do another day of a workout like I did**

13 **prior.**

14  Q.   Did you do yoga and weight lifting on the

15 same days before surgery?

16  **A.   I would.**

17  Q.   And now, can you do weight lifting class

18 and yoga on the same day?

19  **A.   I've tried a few times, and I don't do**

20 **well.  Like I don't do well.  I've learned I can't**

21 **do that quite yet.**

22  Q.   Is it still the hot yoga or the vinyasa?

51

1  **A.   Yes.**

2  Q.   How often are you lifting weights

3 currently?

4  **A.   I mean it's probably about four days a**

5 **week.**

6  Q.   Again, with classes?

7  **A.   It's at Opex.  So again, it's the program**

8 **that he sets up for me.**

9  Q.   So no classes then?

10  **A.   No classes.**

11  Q.   Are you able to do the complete routine

12 that he recommends?

13  **A.   Not always.  Sometimes I'll have to tell**

14 **him either this is hurting or I don't have the**

15 **strength for this.  So then he will modify the**

16 **exercise.**

17  Q.   I assume it's whole body weights?

18  **A.   Yes.**

19  Q.   How often are you doing aerobics?

20  **A.   It kind of varies, but I would say three**

21 **to four days a week.**

22  Q.   What is the aerobics?  Is it running?

52

1  **A.   It could be running.  I've tried running,**

2 **but I've had trouble getting back to running.  So**

3 **lately he's been having me do just like different**

4 **types of things where I get very short rest, so**

5 **it's still getting my heart rate up.**

6  Q.   Doing what though?

7  **A.   It could be like jumping rope.  It could**

8 **be -- I'm trying to think of some of the things he**

9 **has me do -- throwing a ball.  It could be like**

10 **using weights but lighter weights.  So it's more**

11 **aerobic work and higher repetitions.  They have**

12 **rowers.  They have bikes that we'll use as well, so**

13 **those kind of things.**

14  Q.   How much are you running now?

15  **A.   I haven't ran in the last three weeks**

16 **because I've been having back pain.  Prior to that,**

17 **over the summer, I was starting to run maybe like**

18 **one to three miles.**

19  **But I wasn't able to continue because**

20 **usually something would happen, either I would get**

21 **back pain or my hamstrings was starting to tighten**

22 **up.**

53

1    Q.    Have you seen a physician for the back
2  pain?
3    **A.    I have seen a physical therapist and a**
4  **chiropractor.**
5    Q.    Who's the physical therapist?
6    **A.    Jeff Beran.**
7    Q.    Where is he located?
8    **A.    He's in Scottsdale, Arizona.**
9    Q.    Do you know the name of the company?
10   **A.    I believe it's called Evolution Physical**
11 **Therapy.**
12   Q.    Who prescribed the physical therapy?
13   **A.    My coach, Michael Bann.**
14   Q.    He has the ability to prescribe physical
15 therapy?
16   **A.    Jeff Beran is a -- he works on his own.**
17 **So he doesn't actually accept insurance.  So you**
18 **have to pay out of pocket for that.  So he didn't**
19 **-- he doesn't require a physician referral to see**
20 **him.**
21   Q.    How much are you paying for him?
22   **A.    It varies.  But I want to say it can be I**

54

1  **think like 110 to 140 when I see him.**
2    Q.    How often do you see him?
3    **A.    I've only seen him a handful of times.  He**
4  **kind of sees you, gives you the exercises you need**
5  **to do.  Then he speaks to Michael so that he can**
6  **sort of carry over some of those exercises.  So**
7  **I've gone back when I needed to see him again like**
8  **three or four weeks after.**
9    Q.    So I take it there's no physical therapist
10 that you work with that could help you with your
11 back?
12   **A.    There probably are.  But I personally feel**
13 **like I want to see someone for this that's kind of**
14 **consistent, that I like, that he works with my**
15 **coach.  To just sort of get random opinions from**
16 **some of my co-workers, it can be helpful a lot of**
17 **times, but a lot of times it's not helpful.**
18   Q.    Did Michael recommend Jeff?
19   **A.    He did.**
20       MS. KOHLER:  Can we take a break for just
21 one second?
22       MS. BOYCE:  Yeah.

55

1        (Discussion off the record.)
2  BY MS. BOYCE:
3    Q.    Do you have an appointment scheduled with
4  Jeff Beran currently?
5    **A.    I scheduled -- I just saw him, so I have**
6  **another appointment scheduled tentatively in about**
7  **four weeks.**
8    Q.    Has he or anyone explained to you why you
9  have back pain?
10   **A.    They've kind of stated that the muscles in**
11 **my lower back are pretty tense.  They're tight.**
12 **And then the x-ray that I had done by the**
13 **chiropractor shows that there's some L5-S1**
14 **compression, which is kind of -- based off of my**
15 **symptoms, Jeff had mentioned that it seems like I'm**
16 **either getting issues with the L5-S1 area, maybe**
17 **just some difficulty with the nerve gliding.**
18       **He didn't say I actually had nerve**
19 **compression or anything, but just that there may be**
20 **some problems with the nerve actually gliding**
21 **because the muscles are so tight in that area.**
22   Q.    Do you put any heat on the muscles?

56

1    **A.    I tried.  I roll.  I will try to work and**
2  **roll the areas that are tight, both in my muscles**
3  **and then in my glutes.**
4    Q.    Does that help?
5    **A.    It does, temporarily it does.**
6    Q.    Do you take any muscle relaxant?
7    **A.    No.**
8    Q.    Has anyone told you that this is related
9  in some way to your surgeries?
10   **A.    They said it could be, but they can't say**
11 **for sure.  I mean based off of seeing me now, they**
12 **can't tell me for sure.**
13   Q.    Do you get massages on a regular basis?
14   **A.    No.  I think I've had maybe one or two**
15 **massages since my surgeries.  But I feel like I can**
16 **do more by rolling than what a massage does for me.**
17   Q.    Do you roll everyday?
18   **A.    Not everyday.  I've been trying to get**
19 **more consistent just because the back pain isn't**
20 **getting better, seems like it's getting worse.  But**
21 **I will try to roll before I work out and after I**
22 **work out.**

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

**57**

1  Q.    Does Michael give you exercises for the
2  back?
3  A.    He does, like for core.  He's been giving
4  me a lot of exercises to help with building my core
5  strength.  And then my glutes to help build my
6  glutes.
7  Q.    Has anybody explained to you why your
8  glutes are tight?
9  A.    They haven't said that my glutes are
10 tight.  They've told me that my glutes are weak.
11 So you know, that could be causing issues with
12 maybe my hamstrings taking a lot of extra work and
13 my back having to compensate more.
14 Q.    Do you do a lot of stretching?
15 A.    I do.
16 Q.    Has that helped?
17 A.    I mean it definitely feels good.  I
18 wouldn't say it helps necessarily.  I'm assuming
19 it's like the rolling.  It's probably better that I
20 do it than if I don't do it.  I think I would be
21 worse off if I wasn't doing it.
22 Q.    Did you do any rolling before your

**58**

1  surgery?
2  A.    No.
3  Q.    Have you thought about going to a
4  physician about your back other than a
5  chiropractor?
6  A.    With the x-ray recently, I just had that
7  x-ray done, I kind of have thought well, maybe I
8  need to see a physician.  But again, I'm hoping
9  that like we can take care of seeing a PT and then
10 just doing the exercises.
11       But again, because I just got that xray
12 back, I'm kind of thinking about maybe looking into
13 seeing a physician just for preventive kind of
14 measures.
15 Q.    Anybody in mind?
16 A.    No, not yet.
17 Q.    You haven't done that research?
18 A.    No, I have not.
19 Q.    How long have you been seeing the
20 chiropractor?  Is that Dr. Alicia Myers?
21 A.    So that was the second chiropractor I saw.
22 I saw her just to get a second opinion.  I've also

**59**

1  seen Dr. Warren who is the other chiropractor that
2  I saw.
3  Q.    Dr. Darren Walters?
4  A.    Oh, sorry, Dr. Darren Walters.  Thank you.
5  Q.    You've seen him twice?
6  A.    I've seen him I want to say three or four
7  times.
8  Q.    So I have 8/25 and 8/28, 2017.
9  A.    I've seen him a few times since then,
10 yeah.
11 Q.    Why did you see Dr. Myers?
12 A.    I wanted to get a second opinion.  Then
13 they said that they would do x-rays.  So I thought
14 that wouldn't be a bad idea just to see how things
15 looked with my spine.
16 Q.    Dr. Myers is the one that did the x-ray?
17 A.    Yes.
18 Q.    Did she concur with whatever Dr. Walters
19 was telling you?
20 A.    Somewhat in terms of like my muscles being
21 tight in my lower back.  And that there was some
22 tightness also in my -- like my legs.  They said

**60**

1  that could be pulling on the back as well.  So they
2  both had said those similar statements.
3  Q.    Who's the one that said you had
4  compression at L-5?
5  A.    Dr. Myers.
6  Q.    Did she recommend different treatment than
7  Dr. Walters has given you?
8  A.    She recommended trigger point injections,
9  chiropractic care, physical therapy and a TENS
10 unit.
11 Q.    Have you tried a TENS unit?
12 A.    Yes.
13 Q.    Do you plan on trying it?
14 A.    Not really.  I don't want to just treat
15 the symptom.  I want to get to the actual cause of
16 what's this.  I mean that's the main thing for me.
17 I feel like TENS is just helping you to get some
18 pain relief, which is not my major goal.
19 Q.    Are you having pain going down your legs?
20 A.    No, just the pain from my back to my butt.
21 Q.    Does it feel like muscular pain to you, or
22 does it feel like nerve pain to you?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

16 (61 to 64)

---

61

1    A.    Both.  So my right side, there's kind of a
2   nervy kind of pain.  And then my left side is
3   definitely more muscular.
4    Q.    Are you planning on getting trigger point
5   injections?
6    A.    So I want to say it was either last week
7   or the week before when I went back to Dr. Myers.
8   They did do four trigger point injections.
9    Q.    That was done when?
10   A.    I don't remember the exact date.  It was
11  probably about one to two weeks ago.  It was very
12  recent.
13   Q.    That was in the back?
14   A.    Yes.
15   Q.    Did that help?
16   A.    Short term it did feel like it kind of
17  loosened things up a little bit.  But it was just
18  short-term relief.
19   Q.    At the current time, you're not getting
20  any relief from the trigger point injections?
21   A.    No.  It didn't really help that much.
22   Q.    Do you plan on getting them again?

---

62

1    A.    I was going to consider maybe trying it
2   one other time just to see.  But I'm not sure.
3   Again, I don't want to just treat the symptoms.  I
4   want to make sure that we're getting down to the
5   issue, treating the cause.
6    Q.    In terms of looking for a physician to
7   determine the cause, what specialty are you going
8   to be seeing, specialist?
9    A.    I don't know.  I was going to talk to see
10  if maybe I need to see a primary physician.  I
11  don't think I need a neurologist.  But honestly I'm
12  not sure who I need to see.
13   Q.    Have you asked Dr. Myers or Dr. Walters
14  for a referral?
15   A.    No.  I was actually going to talk to one
16  of them, probably Dr. Walters just because I've
17  seen him a few more times to see if he has an idea
18  of who I should speak to.
19   Q.    Other than the back pain, do you have pain
20  anywhere else?
21   A.    In my -- kind of the abdominal region.
22   Q.    Can you describe that pain for me.

---

63

1    A.    There's a couple different pains.  The
2   left -- in my left lower abdomen, there's kind of
3   this constant pressure aching kind of pain, almost
4   like a fullness.
5          And then I'll have incisional pain, which
6   is more towards the surface.  It almost feels like
7   burning or sometimes like a sharp stabbing kind of
8   feeling.  And that's along all of my incisions.  So
9   where the ileostomy was, and then also the middle
10  incision going down the abdomen.
11   Q.    Any other pain?
12   A.    I'll have some occasional right shoulder
13  pain.
14   Q.    How occasional?
15   A.    Maybe like a couple weeks a couple times a
16  year.
17   Q.    Did you have that before your surgery?
18   A.    I did.
19   Q.    Do you take anything for that pain?
20   A.    Occasionally I'll take a Tylenol.  But I
21  try not to take pain medications if I don't need
22  them.

---

64

1    Q.    Did you take pain medications for the
2   incisional pain or the left lower quadrant pain?
3    A.    Not recently.
4    Q.    When is the last time you took a pain med?
5    A.    For the -- are you asking for the
6   abdominal pain or just in general?
7    Q.    Well, the abdominal pain seems to be the
8   focus of your pain.  Well, I take that back.  You
9   had the back pain?
10   A.    Back pain, yeah.
11   Q.    Would you be taking medication for the
12  abdominal pain if you didn't have back pain?
13   A.    No, probably not.
14   Q.    Are you primarily taking medication for
15  back pain?
16   A.    Yes.
17   Q.    What are you taking?
18   A.    Just a Tylenol now and then.
19   Q.    So in the course of a week, how often do
20  you take Tylenol?
21   A.    I would say maybe twice or three times a
22  week?

---

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

17 (65 to 68)

### 65

1    Q.    Just a couple tabs?

2    A.    **Usually I try to take one 500 milligrams.**
3 **I think that's what it is.**

4    Q.    Does that help?

5    A.    **It does.  It will help me sleep at night.**

6    Q.    Is it just regular Tylenol or extra
7 strength or is it Tylenol PM?

8    A.    **I believe it's just regular Tylenol.**

9    Q.    So if you didn't have the back pain, you
10 wouldn't be taking any Tylenol I take it?

11    A.    **Probably not, no.**

12    Q.    In terms of the left lower quadrant pain,
13 you said it was constant.  Does that mean 24/7.
14 It's always there.  There's never any relief?

15    A.    **When I say constant, I mean it's almost**
16 **daily.  So I'll always feel it for part of the day.**
17 **There are times when I don't notice it, especially**
18 **like, you know, if I'm working out or something**
19 **like that, I may be distracted from it.**

20        **But there's times where it's a little bit**
21 **more intense and then I'll notice it more.  But in**
22 **general, I would say it's there probably noticeably**

### 66

1 **at least 50 to 75 percent of the time.**

2    Q.    Does it interfere with your workouts in
3 any way or prevent you from working out?

4    A.    **It doesn't prevent me from working out.**
5 **It will occasionally cause some discomfort while**
6 **I'm working out.  So I either try to modify the**
7 **exercise or I just kind of work through it.**

8    Q.    Is there any exercise you cannot do now
9 because of that pain?

10    A.    **Because of the abdominal pain?**

11    Q.    Yeah.

12    A.    **Not really.  I would say sometimes some of**
13 **the core exercises, both a combination from the**
14 **pain in the front of my stomach then and my back**
15 **pain.  Those would be challenging for me.**

16    Q.    But you're able to do them -- you --

17    A.    **Not always.  I can't always do them.**
18 **Sometimes he'll have to modify those exercise.**

19    Q.    How about the incisional pain?  Is there
20 some exercises or workout you cannot do because of
21 the incisions?

22    A.    **No.**

### 67

1    Q.    How often do you have the burning, sharp
2 pain?

3    A.    **Most recently I would say it's probably**
4 **like two to three times a week.**

5    Q.    Does anything aggravate it?

6    A.    **No.  It's very random.  It comes on**
7 **randomly.**

8    Q.    You're not noticing any trigger for it?

9    A.    **No.  Sometimes it happens when I sleep.  I**
10 **have noticed that like sometimes I'll wake up and**
11 **I've been dreaming about like something from the**
12 **surgery or the past.  I will wake up with that**
13 **pain.**

14        **So I don't know if those are related, but**
15 **yeah, it doesn't seem to be related to anything.**

16    Q.    Does it just go away randomly as well?  Or
17 is there something that you need to do to make it
18 go away?

19    A.    **No.  It kind of goes away on its own.**

20    Q.    Have you received any counseling since
21 your surgery?

22    A.    **Professional counseling, no.**

### 68

1    Q.    Do you feel like you need counseling?

2    A.    **Not really, only because I'm not the type**
3 **of person who likes to talk a lot about these kind**
4 **of things.  To me, it's very difficult to share**
5 **these things, even if it's with a stranger.**

6        **So I don't know if I would benefit from**
7 **counseling.**

8    Q.    Do you share them with friends or family?

9    A.    **I've shared a little bit — my family**
10 **knows, and a little bit with some friends, a little**
11 **bit with my coach, Michael, just because he says**
12 **this is an important aspect with like the stress**
13 **related and like sleep issues.  But other than**
14 **that, I haven't talked too much about it.**

15    Q.    Do you have sleep issues?

16    A.    **I have.  It's gotten better.  But I have**
17 **had some issues with sleeping just in terms of**
18 **going to sleep, I can do fine.  Then I'll wake up**
19 **in the middle of the night and I'm up for several**
20 **hours.**

21    Q.    How long has that been going on?

22    A.    **It was — it kind of comes and goes.  But**

**Page 69**

1  I would say this past summer.  So between June,
2  July and August, it was pretty significant where I
3  was waking up and losing probably like three or
4  four hours a sleep.  Most recently I've been
5  sleeping better.
6      Q.    Were you able to determine why those three
7  months you were having this problem?
8      A.    No.  Just -- in general, I kind of felt
9  like I was more stressed just in regards to
10 everything going on with having trouble getting
11 back to running, and starting to have more back
12 pain.
13         Then I think it was just a combination of
14 factors, and so it might have been related to
15 stress.
16     Q.    Do you feel that you're under stress now?
17     A.    A little bit, yeah.  There's definitely
18 still some stress.  But I feel like I might be
19 getting better at trying to control it, like manage
20 it because I know it doesn't help to -- if I can't
21 sleep, that affects my entire life.
22         So I've been trying different techniques

**Page 70**

1  like breathing and doing a little bit of medication
2  before I go to bed to try to help, which seems like
3  it's been helping.
4      Q.    The stress is due to what?
5      A.    So I mean a lot of it has been related to
6  again, feeling upset about not being able to get
7  back to my normal activity level being this far out
8  from my surgeries.
9          Some of it's just because I've been upset
10 about physically, like how I'm not where I want to
11 be like looks wise in terms of my body and having
12 the stomach a little bit deformed.
13         There's just been -- I think those are
14 kind of like the main factors.  Then just worried
15 about the future in terms of, especially like if
16 I'm going to be able to have children and those
17 kind of things.
18         Thinking about that in the future has kind
19 of started to get a little bit more worrisome for
20 me, especially because I'm already 38.  So it makes
21 me nervous about trying to think about that.
22     Q.    Have you ever removed your eggs and frozen

**Page 71**

1  them?
2      A.    No, I have not.
3      Q.    Have you ever thought about that?
4      A.    I have recently started looking into that.
5      Q.    Where did you look into that?
6      A.    Just online, just on the websites.
7      Q.    Any concrete plans to do that?
8      A.    From what I've researched, if I -- I have
9  thought about freezing my eggs.  But I'm concerned
10 because some of the things that I've seen online
11 are just saying there's not necessarily a high
12 success rate with doing that.
13         So I do plan on talking to like a
14 fertility physician just to see what the best
15 options would be if I'm not able to carry my own
16 child.
17     Q.    Have you ever had a fertility workup?
18     A.    What do you mean by a fertility workup?
19     Q.    Let me rephrase it.  Prior to your
20 surgery, did you ever have a fertility workup?
21     A.    No.
22     Q.    Prior to your surgery, did you ever try to

**Page 72**

1  get pregnant?
2      A.    No.
3      Q.    Do you have a significant other?
4      A.    Not right now, no.
5      Q.    Do you plan on waiting until you have a
6  significant other before trying to get pregnant or
7  not necessarily?
8      A.    No.  That would be ideal, yes.  The only
9  thing I have thought about that might be an
10 alternative option would be to adopt if I don't
11 have necessarily a partner at the time that I'm
12 wanting to have a child.
13     Q.    Is there a certain age that you are going
14 to actually try to get pregnant?
15     A.    Not a certain age that I'm thinking.  It's
16 more about if I have that person that I want to
17 have a child with.
18     Q.    The person comes first?
19     A.    Yes, ideally.
20     Q.    To this point, you haven't found that
21 person?
22     A.    No.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

73

1      MS. KOHLER: Off the record.
2          (Discussion off the record.)
3  BY MS. BOYCE:
4      Q.   Are you okay looking at your photographs?
5      A.   Yes.
6      Q.   All I want to do is I want to show you the
7  photographs and just tell me when they were taken.
8      A.   Yes.
9      Q.   We've marked them as Exhibit 4. I think
10 there's four pictures. So if you can just go page
11 by page and tell me what dates they were taken.
12     A.   So I don't know if I'll be able to give
13 you exact dates.
14     Q.   Just an estimate is fine.
15     A.   This was taken I want to say in September
16 of 2017, just a few months ago.
17     Q.   That's page 1 of Exhibit 4?
18     A.   Yes. Page 2, same thing.
19     Q.   Did the same person take all photographs?
20     A.   I set the camera up and then I took them
21 myself.
22     Q.   All of them?

74

1      A.   Yes. Page 2, same, September of 2017.
2  Page 3 was -- I believe that was like a week or two
3  after I was released from the hospital, so December
4  of 2016. Page 4, same, December of 2016. And page
5  5, December of 2016.
6      Q.   Thank you. I believe in your Answers to
7  Interrogatories, you mentioned that you may be
8  seeking plastic surgery, cosmetic surgery?
9      A.   Possibly, yes. That would be, of course,
10 after I determine what the course of having a child
11 would be if it's going to be possible or if it's
12 not.
13     Q.   So you would first wait to see if you're
14 going to have a child and then after that?
15     A.   Yeah.
16     Q.   So if the right guy doesn't come along,
17 does that mean you will not attempt to become
18 pregnant?
19     A.   Not necessarily. I would like to have a
20 child. But ideally is to have someone there as
21 well would be the first case scenario.
22          But no, I mean if I don't find a man

75

1  doesn't necessarily mean I don't want to get
2  pregnant or don't want to have a child.
3      Q.   Is there an age that you red line, if I
4  don't find a guy, I'm going to try to have a child
5  without a guy?
6      A.   Honestly I don't know yet. I think I will
7  probably have a better idea after I talk to like a
8  fertility physician just in terms of what's the
9  success rate in terms of the ability to have
10 depending on the age.
11          I know that the older I get, the less
12 likely, the more risk there's going to be in
13 pregnancy.
14     Q.   So if you can't have a child naturally,
15 you would adopt?
16     A.   I'm open to that, yes.
17     Q.   Would you adopt without a significant
18 other?
19     A.   Yes. I would definitely still want to
20 have a child.
21     Q.   Since your surgery, you have seen a GYN
22 for fertility workup or no?

76

1      A.   Since my surgery, I saw a gynecologist
2  for -- to check the health of my fallopian tubes.
3      Q.   Any reason why you did that?
4      A.   Just to see if there would be any issues
5  with pregnancy. That was what the gynecologist had
6  recommended. When I asked her in terms of if I
7  would still be able to have babies, she said, Well,
8  let's check your fallopian tubes first.
9      Q.   Why now? If you're not planning on
10 getting pregnant now, why did you have that
11 evaluation done?
12     A.   Just so I know in the future. From the
13 way she explained it, the way the gynecologist
14 explained it, like the health of your fallopian
15 tubes is key.
16          That's not going to change now or whether
17 it be a year from now.
18     Q.   What did she tell you about your fallopian
19 tubes?
20     A.   There was one fallopian tube completely
21 blocked.
22     Q.   Did she say it was permanently blocked?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

20 (77 to 80)

---

77

1    A.   I believe she said typically this means
2 it's permanent.  But I did not get great detail
3 about that.
4    Q.   Did she say why it was blocked?
5    A.   I mean she said based on my history from
6 the surgeries, that it's -- it could be from scar
7 tissue.  It could be related to the surgeries.  But
8 she didn't go into any great detail on that with
9 me.
10    Q.   Did she talk about any procedure or
11 treatment that could be done to unblock it?
12    A.   No.  She said that, you know, if getting
13 pregnant in the future was something I wanted, it
14 would be helpful to come to a fertility clinic to
15 talk about my options.
16    Q.   Does she work at a fertility clinic?  Or
17 is she just a regular GYN?
18    A.   She works at a fertility clinic.
19    Q.   That's Dr. Nicole Kummer?
20    A.   Yes.
21    Q.   Did she recommend a repeat
22 hysterosalpingogram at any time in the future?

---

78

1    A.   No.
2    Q.   Did she talk about your chances of getting
3 pregnant with one blocked tube?
4    A.   No, she did not.
5    Q.   Did she say anything about your chances of
6 getting pregnant, whether they're reduced, the
7 same?
8    A.   I believe she said they're reduced.  But
9 she said it's not impossible.  The fact that I have
10 one tube open, there's a possibility.
11    Q.   Are you open to IVF if you can't get
12 pregnant naturally?
13    A.   What is IVF?
14    Q.   In vitro fertilization.
15    A.   Again, I'm not going to say I'm opposed to
16 it.  But when I've looked online, just based on my
17 own self-research, the success rates for some of
18 those procedures is not high.
19       That's why I know I need to talk to a
20 physician in regards to what's like the best
21 success rate.  Because it's also expensive.  So if
22 something has a low success rate and is expensive,

---

79

1 I don't want to go down that path.
2    Q.   You would go to the adoption path if that
3 were the case?
4    A.   Yeah.  If it's a really low success rate
5 and going to cost a lot of money, I probably will
6 not pursue that path.
7    Q.   Do your brothers have children?
8    A.   No.
9    Q.   Are they married?
10    A.   No.
11    Q.   So your parents don't have any
12 grandchildren?
13    A.   No.  My mom was just talking about that.
14       MS. KOHLER:  No pressure.
15 BY MS. BOYCE:
16    Q.   Anything else that's going on with you
17 currently that you think may be related to the
18 surgeries that you had that we haven't talked
19 about?
20    A.   I mean the biggest thing I would say is
21 just the physical limitations in terms of having
22 still ongoing pains, which again don't limit me in

---

80

1 terms of being able to work, but I am definitely
2 not at the place that I was prior.
3       I don't want to be ungrateful.  I'm
4 definitely glad that I can still work out and that
5 I can still do my job and that I'm alive.  But I'm
6 not the same person that I was prior.
7       And, you know, again like my stomach is a
8 big area of concern for me.  I just -- it's been
9 difficult for me to get -- think about getting in a
10 relationship with a person.
11       Initially like after the surgeries, the
12 idea of being intimate with someone was not even
13 appealing to me just because of everything that had
14 gone on in that area.
15       But I think most recently like being a
16 little bit more self-conscious about how my stomach
17 looks and then the idea that I might have to have
18 the conversation with a man that I cannot give you
19 a child is scary to me.  Because I feel like for a
20 lot of guys, that's a deal breaker.  I feel like
21 that's one thing where I'm nervous, that I'm going
22 to find someone that I really like or love, but I

---

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

21 (81 to 84)

---

**81**

1  won't be able to give him a child.
2       So I feel like that's the biggest worry
3  for me about getting into a relationship that I'm
4  going to have the conversation with someone.
5     Q.   If you need to take a break, just let me
6  know.
7     A.   I think I'm okay.
8     Q.   Prior to your surgery, were you in a
9  relationship?
10    A.   The last time I had seen someone was about
11 six months prior to my surgery.
12    Q.   So you broke up six months before surgery?
13    A.   Uh-huh.
14    Q.   How long were you in the relationship?
15    A.   About three months.
16    Q.   What happened to that relationship?
17    A.   We just didn't end up working out.  He was
18 a little younger than me.  We were just in
19 different phases in our life.
20    Q.   No discussion about having children
21 together?
22    A.   No.

---

**82**

1     Q.   How about before that?
2     A.   Prior to that, I had been dating.  But I
3  wasn't probably in a serious relationship for like
4  six or seven years it had been since my last
5  relationship, like serious relationship.
6     Q.   Currently are you dating at all?
7     A.   Huh-uh.
8     Q.   When's the last time you dated?  Was it
9  before surgery?
10    A.   It was before surgery.
11    Q.   You're not on any dating sites or anything
12 like that?
13    A.   I joined Match I think initially when I
14 got back to Arizona after my surgery.  But I was
15 not ready for that.  So I did not stay on Match at
16 all.  I didn't go out on any dates.  I thought I
17 might be ready, but I was not ready.
18    Q.   Do you have any idea when you think you'll
19 be ready to start dating?
20    A.   I recently have wanted to start dating.
21 But again, like I mentioned, I'm uncomfortable with
22 how my stomach looks.  So to show that part of my

---

**83**

1  body to someone makes me a little bit nervous and
2  uncomfortable.
3       Again, I'm worried about really falling in
4  love with someone and having to have the
5  conversation about not having kids, which again, to
6  me is a deal breaker for a lot of men.
7     Q.   You're not saying you can't have children?
8     A.   No.  I don't know if I can.  I'm just
9  concerned that if that's the case, that I don't
10 want to have my heart broken.  So I've been a
11 little bit hesitant to get back out there.
12    Q.   In terms of your surgery, tell me when you
13 started to have any complaints or issues that led
14 to your surgery.
15    A.   So I don't remember the exact dates.  But
16 when I saw the physician, the PA who initially
17 referred me to the gynecologist, I had maybe been
18 starting to see like symptoms of constipation.  And
19 I was feeling a little bit of a bulge probably two
20 months prior to that.
21    Q.   Two months prior to your surgery?
22    A.   No, two months prior to initially seeking

---

**84**

1  out physician help.
2     Q.   Who was the PA?
3     A.   It was De La Santos, Jonathan De La
4  Santos.
5     Q.   Let me see if this is here.  Doesn't look
6  like.  Is he with a group?
7     A.   He is.  He works with a female physician,
8  but I don't remember the name.  I must have it in
9  my —
10    Q.   Say the name again.
11    A.   Jonathan De La Santos or De La Santos.
12    Q.   So you can provide the name of the group
13 address?
14    A.   Sure.
15    Q.   Did you seek out a PA specifically?
16    A.   No.  I seeked out the physician.  But the
17 first person that could see me was the physician
18 assistant.
19    Q.   Did you see the physician assistant only
20 once?
21    A.   Yes.
22    Q.   Did the physician assistant refer you to

---

85

1  someone else then?
2      A.   Yeah.  So he recommended a pelvic
3  ultrasound, which I had done.  Then when they got
4  those results back, he referred me to the
5  gynecologist.
6      Q.   So your complaint to him when you first
7  saw him was constipation and bulging of your
8  abdomen?
9      A.   Yeah, and a little bit of lower abdomen
10 kind of pain.
11     Q.   By the way, I'm sorry, but I'm going to
12 skip around for a minute.
13         MS. KOHLER:  The name of the person, was
14 it one of those people that we signed an
15 authorization for?
16         THE WITNESS:  Yes.
17         MS. KOHLER:  Do you have that package?
18         MS. BOYCE:  I don't.  I was just looking
19 to Answers to Interrogatories.
20         MS. KOHLER:  I thought it was a name we
21 already had.  Let's take a five-minute break.
22         (A recess was taken.)

86

1  BY MS. BOYCE:
2      Q.   I want to go back for a minute.  Sorry to
3  move around on you.  But the left lower quadrant
4  pain that you have now, can you give me on a scale
5  of 1 to 10 what the level of pain would be, 10
6  being the highest?
7      A.   I would say on average it's about a three
8  or four.
9      Q.   How about the incisional pain?
10     A.   When it's there, it's probably like a 7 or
11 8.
12     Q.   Has anyone told you why you're having left
13 lower quadrant pain?
14     A.   When I talked to the gastroenterologist,
15 Dr. Harris, he told me after doing all the tests
16 and seeing him that it might be something from all
17 the surgeries, from all the trauma.
18         And that, you know, it may just be
19 something that's there for the rest of my life.  It
20 may go away in a couple months.  It may go away in
21 a couple years.  It's kind of hard to tell.
22     Q.   Anything more specifically than it's from

87

1  surgery?
2      A.   No.
3      Q.   Has anyone explained to you what the
4  incisional pain is caused by?
5      A.   Again, Dr. Harris said that's very common,
6  like the nerve endings still firing after having a
7  surgery.  He said the same thing.  It's one of
8  those things where it may be gone in a couple
9  months.  It may be something that's there for
10 years.  It may be there the rest of my life.  It's
11 kind of hard to tell.
12     Q.   Did he say that there's anything that
13 could be done to the incision that could alleviate
14 the pain?
15     A.   No.  He didn't mention anything about
16 that.
17     Q.   You did have a flexible sigmoidoscopy?
18     A.   Uh-huh.
19     Q.   That was normal, correct?
20     A.   Yes.
21     Q.   They didn't see anything in the bowel that
22 could be causing the left lower quadrant pain?

88

1      A.   No.  They didn't find anything for that.
2      Q.   Have you had any CAT scan of your abdomen
3  or MRI of your abdomen?
4      A.   I believe I had an MRI.  I don't think it
5  was a CAT scan.  He didn't want me to have more
6  radiation, so I believe he did an MRI.
7      Q.   That was normal, right?
8      A.   Yes.
9      Q.   So now we'll go back to the PA.  You saw
10 him sometime prior to August of 2015; is that
11 right?
12     A.   Yes.
13     Q.   You saw him for constipation, bulging of
14 the abdomen?
15     A.   Yes.
16     Q.   How long had you had the constipation
17 before you saw him?
18     A.   Maybe about a month or two.
19     Q.   Were you taking any medications for that?
20     A.   Not really.  I think I had started taking
21 some magnesium powder.  But other than that,
22 nothing.

89

1   Q.   Same with the bulging in the abdomen,
2   about a month?
3   A.   Yes.
4   Q.   How about the pain?
5   A.   The same.  It was probably about a month
6   or two.
7   Q.   Do you know why he ordered an ultrasound?
8   Was he looking for anything in particular?
9   A.   He said based off of like what he could
10  palpate, that he was recommending a pelvic
11  ultrasound.  Because it felt like something was
12  there, so they needed to see.
13  Q.   Was he feeling something on your uterus?
14  A.   He couldn't tell.  The way he said it was
15  positioned, he couldn't tell if it was coming from
16  my uterus or if it was coming more from my abdomen.
17  Q.   What is your understanding as to what the
18  ultrasound showed?
19  A.   From what I understood, it was showing a
20  mass coming out from my uterus.
21  Q.   So then you saw Dr. Grade; is that
22  correct?

90

1   A.   Yes.
2   Q.   You never saw Dr. Grade prior to this
3   point?
4   A.   Correct.
5   Q.   Dr. Grade told you what?
6   A.   So I believe she recommended -- it was
7   either an ultrasound.  She basically recommended
8   some more diagnostic testing.  Then they did a
9   smear just to make sure that there was nothing
10  cancerous within my uterus.  That was when I
11  initially saw her.  Then she got those results
12  back.
13  Q.   So she ordered the MRI, correct?
14  A.   Yes.
15  Q.   You list on your Answers to
16  Interrogatories you saw Dr. Patricia Grade and
17  Dr. Tiffany Stadnick.  Did you see both of them
18  prior to your surgery in this case, or just one of
19  them?
20  A.   I believe it was just one of them.
21  Q.   So what was your understanding as to the
22  results of the MRI?

91

1   A.   From what I remember, they had said it
2   looked like I had some -- a large fibroid on my
3   uterus, and that -- I think they had told me that
4   there was a question about having a cyst on an
5   ovary, but then they later told me that what
6   actually they thought was a cyst was that both
7   ovaries were on one side of my abdomen so that my
8   uterus had been tipped.
9   Q.   Who told you that both ovaries are on one
10  side?
11  A.   I believe it was Dr. Stadnick.  It was the
12  female gynecologist that I was seeing.
13  Q.   You did see both Grad and Stadnick?
14  A.   I honestly think it was Dr. Stadnick that
15  I saw.
16  Q.   You didn't see Grade?
17  A.   I don't remember a Grade.  I don't know if
18  that was her partner or her colleague who kind of
19  was working with her.  But Stadnick is the name
20  that I remember.
21  Q.   Did she give you the size of the fibroid?
22  A.   She did.

92

1   Q.   Does that mean anything to you?
2   A.   Not really.  The only thing she told me
3   was it was very large.  She kind of said, You can
4   tell it's large because we can feel it and you can
5   see it.
6   Q.   Did she tell you what kind of fibroid it
7   was?
8   A.   She told me that it was on the outside of
9   my uterus.
10  Q.   Did that have any significance to you?
11  A.   No.  Other than that she said that's a
12  good thing.  Sometimes it makes it easier to remove
13  when they're on the outside of the uterus.
14  Q.   Did she recommend any treatment?
15  A.   She said that the options were to try like
16  drug therapy to see if the fibroid would shrink,
17  but that her recommendation given the size of the
18  fibroid would be to surgically remove it.
19  Q.   Did she discuss with you surgical options?
20  A.   She said that they could do -- she would
21  recommend a robotic surgery just because I told her
22  that I did want to preserve my uterus.  And that

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

24 (93 to 96)

93

1  given the size of the fibroid, they would start,
2  you know, robotic and then possibly have to convert
3  to open, depending on what they found when they got
4  in there.
5      Q.  Has anyone told you that you cannot carry
6  a child?
7      A.  No one specifically has said that, no.
8      Q.  What was your understanding then about
9  what the robotic surgery entailed?
10     A.  From what I understood, they use like a
11 robotic device.  There's like four or five
12 incisions.  They don't have to open me up
13 completely.
14         But the way that the incisions are, it
15 allows for a little bit less healing time.  The
16 risks for infection and those kind of things are a
17 little bit lower.  It's still -- they can still go
18 ahead and remove the fibroid without necessarily
19 having to open me up.
20     Q.  It was your understanding it was a
21 minimally invasive surgery?
22     A.  Yes.

94

1      Q.  Did she make any other recommendation?
2      A.  No.  Just the drug therapy, then the
3  surgical removal.
4         MS. KOHLER:  Give me a minute.
5         (Discussion off the record.)
6  BY MS. BOYCE:
7      Q.  Why did you do after your discussion with
8  Dr. Stadnick about your options?
9      A.  I called my mom and my parents to kind of
10 tell them about what they found and what they were
11 recommending.  We kind of talked together about
12 maybe just going ahead and doing the surgery just
13 to get it done with.
14         So originally I think I did go ahead and
15 call them back and say I was planning to do the
16 surgery.  And then I continued to do more research
17 on the web.
18         Because my concern with doing surgery with
19 Dr. Stadnick was that she did not do surgeries at
20 her primary area.  She had only done I think she
21 said one or two.  Like I was either going to be her
22 first robotic surgery or maybe she had done one or

95

1  two others.
2         That wasn't a big practice area for her.
3  I was a little nervous.  After I confirmed the
4  surgery, I was a little bit nervous about going
5  into surgery with someone who did not have that
6  much experience.
7         So I started to do web searches on some
8  other physicians that might be in the area that
9  could do the surgery.
10     Q.  Did she actually tell you that you could
11 be the first or second or third?
12     A.  She mentioned something like that.  She
13 told me that her colleague, who is kind of the guru
14 of these robotic surgeries, like she trains people
15 all around the world, would be in there with her,
16 but that she would be the one to do the surgery.
17     Q.  Did you ever ask whether the other doctor
18 could do the surgery?
19     A.  I did not, no.
20     Q.  Do you know who that doctor was?
21     A.  It might be Dr. Grade.  That might be why
22 her name is there.  It might be her colleague.

96

1      Q.  But you didn't set up any consult with
2  that physician?
3      A.  No.
4      Q.  Did Dr. Stadnick explain to you the risks
5  of surgery?
6      A.  She didn't know it at that point, no.  It
7  was kind of one of those things.  I think she
8  briefly mentioned that there could be a reason to
9  have to remove the uterus, depending on when they
10 get in there.  But there wasn't much discussion at
11 that point.
12     Q.  Did you ask her what the potential risks
13 would be for surgery?
14     A.  No, not at that point.
15     Q.  At any point?
16     A.  No.  Only because I had confirmed the
17 surgery and then I canceled the surgery with them.
18     Q.  When you called to schedule the surgery,
19 was there any discussion about the potential risks?
20     A.  No.  I had scheduled the surgery with
21 another like staff member.  It wasn't actually with
22 her.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

25 (97 to 100)

---

**97**

1    Q.    You wanted -- you were thinking about
2  having surgery and scheduling surgery with
3  Dr. Stadnick without even knowing the risks; is
4  that correct?
5    A.    Yes.  That was just — they said I could
6  go back in there.  I would be going back in there
7  to meet with her before surgery and all those
8  things.
9    Q.    Did you actually get a date?
10   A.    No.
11        (Discussion off the record.)
12 BY MS. BOYCE:
13   Q.    I asked you about a date about something.
14   A.    No.  I did set a date.
15   Q.    Do you know what the date was?
16   A.    I don't remember.  Yeah, I don't remember.
17   Q.    Dr. Stadnick's records indicate that you
18 saw her for the first time on August 11, 2015.
19 Does that sound right?
20   A.    Yes, it does.
21   Q.    She wrote in her records that you had
22 increased pelvic pressure and pelvic pain since

---

**98**

1  January of that year.  Is that incorrect or
2  correct?
3    A.    I don't remember.  I mean if that's what
4  it says in the notes, I might have had like more
5  pressure in that area.
6    Q.    Then she says, Over the last few months,
7  bloating, constipation, difficulty urinating, pain
8  with ovulation; is that correct?
9    A.    I remember the constipation and like the
10 bloating was probably more like actually the
11 bulging.  And then what were the other two?
12   Q.    Difficulty urinating and pain with
13 ovulation.
14   A.    I don't necessarily remember those.  But
15 if I reported at the time, it's a possibility.
16   Q.    According to her notes, you also reported
17 a 10-pound weight gain; is that correct?
18   A.    Yeah.  It was probably about eight pounds.
19 Depends on how much I weighed when I went in there.
20 But again, my average was about 138.  So I think I
21 had gained weight since then.
22   Q.    Do you have any recollection of her

---

**99**

1  discussing with you uterine artery embolization?
2    A.    I do not.
3    Q.    In terms of the surgery, did she
4  specifically discuss with you what would be done at
5  the time of surgery?
6    A.    They gave me a CD, which I kind of
7  reviewed, I believe, that kind of described the
8  robotic procedure.  Then she did talk a little bit
9  about how it works.
10   Q.    So then you saw her three days after the
11 first visit, saw her on the 14th of August?
12   A.    Okay.
13   Q.    Does that ring a bell?
14   A.    I know that they were trying to see me
15 right away, yes.
16   Q.    That's when she discussed your ultrasound
17 and ordered the MRI?
18   A.    Yes.
19   Q.    Then you saw her after the MRI was done,
20 right?
21   A.    Yes.
22   Q.    And so the last visit that I have with

---

**100**

1  Dr. Grade was August 27th 2015.  Does that sound
2  right?
3    A.    That's probably about right.
4    Q.    So the surgery would have been scheduled
5  for sometime after August 27, 2015?
6    A.    Yeah.  I do remember it was sometime in
7  September that it was tentatively going to be.
8    Q.    Do you remember whether it was scheduled
9  before you had your telephone conversation with
10 Dr. Damilyants?
11   A.    It was before, but after I canceled it.
12 So I — I don't know actually if I canceled it
13 before.  I had scheduled the surgery and then I
14 spoke to Dr. Damilyants.
15   Q.    However you pronounce it.
16   A.    Yeah.
17   Q.    The surgery was still pending, surgical
18 date was still pending when you had your consult?
19   A.    I don't remember if I — I want to say
20 that I canceled it before I actually spoke to her.
21 But I might have waited until after just to see if
22 this was a better option.

---

---

101

1    Q.    Where would the surgery take place if you
2    were going to have it with Dr. Stadnick?
3    A.    It would have been in Scottsdale.
4    Q.    What hospital?
5    A.    I believe it's called Honor Health Shea.
6    Q.    Honor?
7    A.    Honor Health.  And then Shea Hospital.
8    Q.    Is that the biggest hospital in
9    Scottsdale?
10   A.    It's one of the — I don't know if it's
11   the biggest.  But yeah, it's one of the major
12   hospitals there.
13   Q.    So did you do -- you told me that you did
14   some research after having your discussion with
15   Dr. Stadnick?
16   A.    Uh-huh.
17   Q.    What exactly did you research?
18   A.    I kind of looked up like myomectomies.  I
19   looked up minimally invasive myomectomies, top
20   doctors for myomectomies.
21   Q.    Did you consult with anyone other than
22   Dr. Damilyants?

102

1    A.    No.
2    Q.    Any reason why?
3    A.    Well, for every web search that I did,
4    that website kept coming up as one of the top
5    websites or one of the top ones on the page.
6          So I kind of saw that it was like a
7    frequent -- it was kind of a big facility for this
8    type of search.
9    Q.    No other facility came up?
10   A.    There were others.  But I mean literally
11   every time every search I put in, that was the
12   Center for Innovative Gynecological care came up.
13   Q.    Is there any reason why you didn't call
14   any other specialists that did this type of
15   surgery?
16   A.    Mostly because I wanted to sort of try to
17   get the surgery done and talk to a physician sooner
18   than later, just because Dr. Stadnick was
19   recommending surgery, you know, probably sooner
20   than later.  So I kind of wanted to talk to one
21   physician and then see if that was a good fit.
22   Q.    Did you talk to Dr. Grade or Dr. Stadnick

103

1    after you had your consult with Dr. Damilyants?
2    A.    No.  The only thing I did was I canceled
3    the surgery.
4    Q.    You didn't explain to them why?
5    A.    I explained to the person, the staff
6    member that I cancelled surgery with.
7    Q.    Tell me about your consult with
8    Dr. Damilyants.  Do you remember it?
9    A.    I do.  So it was a phone consult.  She
10   kind of told me that she reviewed my imaging and my
11   medical records, and that she thought I would be a
12   good candidate.
13         She asked me questions in terms of if I
14   wanted to still have kids or if I was not thinking
15   that that was going to be a future option for me.
16   I told her that I did want to preserve my uterus
17   because I'm thinking in the future that kids would
18   be something that I would want to have.
19         Let's see what else did we talk about?
20   She said she thought I was a good candidate for the
21   surgery.  I asked her -- you know, I told her that
22   the other doctors were saying the robotic surgery,

104

1    but there might be a chance for open.
2          She said, you know, with our surgery, the
3    size of the fibroid really doesn't matter, that you
4    still look like you would be a good candidate for
5    the LAMM.
6          I asked her about what sort of
7    complications have occurred or what risks have
8    occurred with these kind of surgeries that they do.
9    She said with any surgery, it's typical to have
10   infections.  There's a risk for infections.
11   There's a risk for blood loss.  There's a risk for
12   damage to other organs, but that that risk is
13   extremely low, less than one percent of the time.
14         And then she said if you wanted to go
15   ahead and schedule surgery, we could do it within
16   the next couple weeks or like a couple weeks after
17   that, depending on if I wanted to do it.
18         I think I got off the phone with her.  I
19   talked to my parents.  I then kind of decided this
20   would be something that I would want to schedule.
21   She had my whoever does the scheduling call me to
22   set up the appointment.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

105

1  Q.   Does your mother work?

2  A.   **She was at the time.  She just recently**
3  **retired.**

4  Q.   What did she do?

5  A.   **She works at JC Penney.  She did like**
6  **stocking kind of work.**

7  Q.   No healthcare background?

8  A.   **No.**

9  Q.   How about your father, any healthcare
10 background?

11 A.   **No.**

12 Q.   Nursing, medical?

13 A.   **No.**

14 Q.   Anybody in the family have nursing or
15 medical background?

16 A.   **No.**

17 Q.   So what was your understanding then as to
18 the difference in the surgery that Dr. Damilyants
19 does versus what you were recommended by
20 Dr. Stadnick?

21 A.   **Well, based off of kind of what she had**
22 **told me and then also what I saw on their website,**

106

1  the LAMM was less invasive than robotic surgery.

2       They had a high success rate for even

3  complicated situations where the fibroids may be

4  very large or there may be several fibroids, that

5  the recovery time was shorter compared to robotic

6  or open surgeries, and that the risks were lower

7  with the LAMM procedure compared to robotic or open

8  surgeries.

9  Q.   In what way from your understanding was
10 the LAMM less invasive than robotic?

11 A.   **With the robotic, from what I remember, it**
12 **sounded like there's usually like four or five**
13 **different incisions that they use.  And the LAMM**
14 **just had two incisions.**

15      **And that the procedures that they actually**
16 **used in the robotic in terms of how they removed**
17 **the fibroids were safer than how they removed them**
18 **in the LAMM.**

19      **I think something about the robotic, it**
20 **was very common to sort of grind up the fibroid.**
21 **Versus in the LAMM, they did not do that.**

22 Q.   It was your understanding it was safer to

107

1  grind it up?

2  A.   **My understanding was it was safer not to**
3  **grind it up.**

4  Q.   Safer with the LAMM?

5  A.   **Safer with the LAMM.**

6  Q.   In terms of the removal of the --

7       MS. KOHLER: I think she got that reversed
8  a second ago.

9       THE WITNESS: I did?

10      MS. KOHLER: Yeah.

11 A.   **Safer with the LAMM because of the way**
12 **they remove the fibroid.  They didn't grind them**
13 **up.  There was less incisions.  And that they could**
14 **again remove large fibroids without difficulty**
15 **using the LAMM procedure.**

16 BY MS. BOYCE:

17 Q.   You said the LAMM had a higher success
18 rate than robotic?

19 A.   **That's what — yes.**

20 Q.   What was your understanding as to the
21 success rate with each?

22 A.   **Just that the LAMM, they did not have to**

108

1  typically convert to open surgery, whereas robotic

2  they would have to sometimes.

3  Q.   Do you know what the --

4  A.   **Percentages, I don't remember.**

5  Q.   And you said the recovery is shorter with
6  the LAMM.  Do you know what the recovery is with
7  the LAMM versus the robotic?

8  A.   **From what I remember, the LAMM would have**
9  **been like two weeks versus robotic.  They said**
10 **anywhere from like four to six weeks.  I think open**
11 **surgery was greater than that.**

12 Q.   Was there any discussion with
13 Dr. Damilyants about the possibility about having
14 to open you?

15 A.   **I did ask her.  I said, So they told me at**
16 **this other gynecologist that they were going to try**
17 **robotic, but that there was a chance they might**
18 **have to convert to open.**

19      **She said, Based off of your imaging, I**
20 **don't see a reason why you would need to convert to**
21 **open.**

22 Q.   Did she tell you that that was certainly a

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

---

**109**

1 possibility?

2    **A.**   **No, she did not.**

3    Q.   So it was your understanding that there

4 was no way you would be opened?

5    **A.**   **Based off of what she said, I didn't think**

6 **that was, yeah, what she was recommending.**

7    Q.   You said the risks are lower with the

8 LAMM.  What was your understanding as to what the

9 risks were with LAMM versus robotic?

10    **A.**   **Well, with robotic, my understanding was**

11 **because there were more incisions.  And again, the**

12 **way that they were grinding things up, that there's**

13 **more risk for infections.  There's a higher risk**

14 **for blood loss.  There's a higher risk for having**

15 **to convert to an open surgery.  There's a longer**

16 **recovery time.**

17       **With the LAMM, my understanding was that**

18 **there's still risks for the infection, blood loss**

19 **and the damage to the other organs, but that the**

20 **risk rate was extremely low.**

21    Q.   But less than one percent?

22    **A.**   **Less than one percent.**

---

**110**

1    Q.   Do you know whether there was a risk of

2 damage to other organs with robotics?

3    **A.**   **I believe they said, yeah, that's a risk**

4 **like infection and blood loss.  Those are common**

5 **risks for any surgery.**

6    Q.   How about damage to other organs?

7    **A.**   **Yes.  That was something I believe they**

8 **mentioned.**

9    Q.   Was it your understanding that risk with

10 robotic was also less than one percent?

11    **A.**   **They did not give me that percentage.**

12 **That was not something that was said by Dr. -- the**

13 **gynecologist that I saw in Scottsdale.**

14    Q.   Was it discussed on the CD they gave you?

15    **A.**   **It might have been.  But I don't know if**

16 **necessarily it gave percentage again for the risks.**

17    Q.   Do you still have that CD?

18    **A.**   **Probably not.**

19    Q.   What did you do with it?

20    **A.**   **I think I probably threw it out.**

21    Q.   Did they give you any written material

22 along with the CD?

---

**111**

1    **A.**   **They gave me some written material on the**

2 **drug therapy that she said was an option, and then**

3 **I think again on the myomectomy and the robotic**

4 **device.**

5    Q.   Do you still have that written material?

6    **A.**   **I don't think I do.**

7    Q.   How about with Dr. Damilyants' practice,

8 did they send you any written material or CDs?

9    **A.**   **They sent me like some preoperative**

10 **material.**

11    Q.   And would this be what you were referring

12 to, what we've marked as Exhibit 2?

13       MS. KOHLER: There's two of them.

14 BY MS. BOYCE:

15    Q.   And Exhibit 2?

16    **A.**   **Yes.  This is one of them.**

17       MS. KOHLER: That's exhibit which one?

18       MS. BOYCE: 3.

19    **A.**   **Exhibit 3.  And then Exhibit 2, yes.**

20 BY MS. BOYCE:

21    Q.   Do you recall them sending you anything

22 else?

---

**112**

1    **A.**   **For preop work, there must have been one**

2 **other document.  But no, nothing else more than**

3 **that.**

4    Q.   Any disks?

5    **A.**   **No.**

6    Q.   Did they refer you to any website for

7 information specifically about the procedure?

8    **A.**   **Their website has information on the LAMM.**

9 **And it also has information on LAMM versus robotic**

10 **surgery.**

11    Q.   But that's something you reviewed when you

12 did your research?

13    **A.**   **Yes.**

14    Q.   Was there anything that they specifically

15 referred you to either on their website or someone

16 else's website?

17    **A.**   **No.**

18    Q.   How long do you think the phone

19 consultation took with Dr. Damilyants?

20    **A.**   **Maybe about 30 minutes.**

21    Q.   Did you speak with anyone else in her

22 office during that phone consult?

---

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

---

**113**

1    A.    Just the person who connected us.  That's
2  it.
3    Q.    You called her or did she call you?
4    A.    I called her.
5    Q.    Did she -- was there a decision made in
6  that phone conversation that you agreed to surgery?
7    A.    I'm trying to -- I'm pretty sure that I --
8  she told me that when we could do the surgery and
9  then I called my parents, then I called back like
10 within the hour.
11        But it may have said that yeah, I do -- I
12 do want to go ahead and plan the procedure during
13 that phone call.
14        (Discussion off the record.)
15 BY MS. BOYCE:
16   Q.    I think what I just heard was you either
17 told her during that phone conversation or
18 within --
19   A.    The hour.
20   Q.    -- the hour that you agreed to the
21 surgery?
22   A.    Yes.

---

**114**

1    Q.    Were you sent any material with regard to
2  signing a consent form for the surgery?  Or was
3  that something that you filled out when you got to
4  Maryland?
5    A.    I believe it was just in Maryland where I
6  signed the consent form.
7    Q.    Nothing that was sent to you?
8    A.    I don't think so.  They had a couple
9  documents like in terms of blood work and other
10 things like in regards to my insurance.  But I
11 don't remember -- I don't recall a consent form.
12   Q.    Did you read the consent form that you
13 signed for the surgery?
14   A.    When I was there?
15   Q.    Yeah.
16   A.    I skimmed over it.
17   Q.    What do you mean by skimmed?
18   A.    I kind of briefly read over the main
19 points that they went through.  I kind of felt like
20 the major things that were on the consent form, we
21 had discussed with the consult with Dr. Damilyants
22 in terms of whether she just brought them up or I

---

**115**

1  asked her questions regarding those things.
2    Q.    So by the time you agreed to surgery, you
3  didn't have any other questions about the surgery;
4  is that correct?
5    A.    Say that one more time.
6    Q.    By the time you agreed to the surgery, all
7  your questions --
8    A.    Over the phone?
9    Q.    Yeah -- all your questions had been
10 answered?
11   A.    For the most part, yes.
12   Q.    Were there any questions that were not
13 answered to your satisfaction?
14   A.    I mean I had additional questions once I
15 got to right before surgery.  And that was just
16 because I had time to think about them.
17        For the most part, the questions that I
18 asked, she gave me answers to during the phone
19 consult.
20   Q.    What questions -- what additional
21 questions did you have?
22   A.    I asked her -- again, I asked her about

---

**116**

1  her thoughts on the open surgery.  So the other
2  physician was saying robotic, but that there's a
3  possibility with the open surgery.
4        I asked her about like common
5  complications and risks with the LAMM procedure
6  that she's seen.  And then I think those were the
7  two main questions I asked her actually during the
8  phone consult.
9    Q.    So were there additional questions that
10 you had after the phone consult and before surgery?
11   A.    So before surgery, I asked her if there
12 were additional fibroids or anything that they
13 found in there, would she be able to remove those
14 at the same time or would they have to leave those.
15        I also asked her about the fact that my
16 uterus had been tilted, what typically they do for
17 that.
18   Q.    What did she say to that?
19   A.    For the uterus tilt?
20   Q.    Yeah.
21   A.    She said that they typically will just let
22 the uterus will just resolve on its own.  So

---

117

1  they don't reorient it.
2     Q.   What did she say in terms of if additional
3  fibroids were found?
4     A.   **She said yes, they would remove anything**
5  **that's not supposed to be there.**
6     Q.   The common complications and risks, is
7  that when she explained to you infection, blood
8  loss, damage to other organs?
9     A.   **Uh-huh.**
10    Q.   You have to say yes.
11    A.   **I'm sorry, yes.**
12         MS. KOHLER:  That being on the day of
13  surgery or the phone call?
14         THE WITNESS:  That was the phone call.
15  BY MS. BOYCE:
16    Q.   Was there any other discussion with
17  Dr. Damilyants about common complications and risks
18  other than in that phone call?
19    A.   **No.  I think it was mostly the phone call.**
20  **Yeah.**
21    Q.   Was there any other discussion with her
22  about whether she will need to open?

118

1     A.   **No.**
2     Q.   Just in that phone call?
3     A.   **Yes.**
4     Q.   When did you come to Maryland for the
5  surgery?
6     A.   **So I believe my surgery was on October**
7  **22nd.  We flew in the day before, so October 21st.**
8     Q.   Did you see the doctor on the 21st at all?
9     A.   **No.**
10    Q.   Did you see any medical provider?
11    A.   **No.**
12    Q.   Where did you stay?
13    A.   **I don't remember the name of the hotel.**
14  **It was maybe like two miles away from the facility.**
15  **So it was in Rockville, Maryland.**
16    Q.   You came with both your parents?
17    A.   **Yes.**
18    Q.   Did you all stay in one room?
19    A.   **Yes.**
20    Q.   So your parents went to the surgery center
21  with you?
22    A.   **They did.**

119

1     Q.   Was there anything that you recall about
2  the day of the surgery prior to surgery?
3     A.   **In regards to?**
4     Q.   Any conversations you had with anyone.
5     A.   **I mean I talked to my parents a little bit**
6  **before surgery.  And then there was other staff**
7  **there that I probably had conversations with as**
8  **well at the Innovative Gynecology.**
9     Q.   Any conversations with the medical
10  provider in terms of what was going to be done,
11  potential risks, complications?
12    A.   **I had a chance to meet with the postop**
13  **nurse who was going to be caring for me after**
14  **surgery.  I spoke to the nurse who was actually**
15  **going to be in surgery.  I spoke to the**
16  **anesthesiologist.  And then I met with**
17  **Dr. Damilyants again briefly.  I met with each of**
18  **those people briefly before surgery.**
19    Q.   Tell me about your conversation with the
20  doctor.
21    A.   **She asked me how I was doing.  She asked**
22  **me if I had any questions.  That was the time that**

120

1  **I asked her about the additional fibroids.  I asked**
2  **her what would be done because my uterus had been**
3  **tilted.**
4         **She kind of just like -- I think that was**
5  **pretty much it.  She just said, There will be**
6  **another nurse in there with me.  There's going to**
7  **be the anesthesiologist.  You'll be out the entire**
8  **time.  And then when you're out here, we'll let**
9  **your parents know when you're done with surgery.**
10    Q.   Is this the first surgery you ever had?
11    A.   **Yes.**
12    Q.   No surgery for any reason prior to this?
13    A.   **No, nothing.**
14    Q.   No surgeries as a kid?
15    A.   **No.**
16    Q.   Prior to surgery, whether it was in the
17  phone call or any subsequent contact you had with
18  the doctor's office, were you told how long the
19  surgery would take?
20    A.   **No.  I think they said that typically it's**
21  **around a couple hours, maybe a little bit shorter,**
22  **but they didn't say an exact time.**

**121**

1  Q.  Did they tell you anything about your
2  postop course?
3  A.  They told me that I would remain here
4  until my pain was under control, until the
5  anesthesia wore off.  They wanted to make sure that
6  the catheter would be pulled out before they sent
7  me home with my parents back to the hotel.
8  Q.  So when you said remain here, you meant in
9  the surgery center?
10  A.  Yes.
11  Q.  Did they tell you how long you should
12  remain in Maryland?
13  A.  They said that I could -- would be safe to
14  return home two days after.  I was supposed to stay
15  the day after surgery so that the nurse could
16  follow-up with me.  But I was free to leave from
17  there as long as the nurse said it was okay.
18  Q.  Were you told when you should set up your
19  postop visit with the doctor?
20  A.  There was a hand out that was given.  I
21  want to say it was like four weeks -- three to four
22  weeks after surgery.  I don't remember the exact

**122**

1  time frame.
2  Q.  Was that appointment ever scheduled?
3  A.  It was.  I scheduled it in Omaha with my
4  -- I think it was my mom's gynecologist at that
5  time.  Because we were having trouble finding a
6  gynecologist that was going to see me since I was
7  not affiliated with anyone out there and they
8  didn't do the surgery.
9      But I had gone into the hospital before
10  then, so I never went to see him.
11  Q.  I mean but were you told by
12  Dr. Damilants' office that you needed to come back
13  to see her?
14  A.  No.  They told me that was not necessary.
15  Q.  You could see any GYN?
16  A.  Yes.
17  MS. KOHLER:  Let's go off the record for a
18  minute.
19  (Discussion off the record.)
20  MS. KOHLER:  I'm going to have to, because
21  of an emergency with my son, likely have to leave
22  the deposition before the end.

**123**

1      I had provided to Ms. Boyce four pages of
2  handwritten notes that we both agreed would not
3  waive any attorney-client confidentiality or work
4  product confidentiality because they probably are
5  protected by work product.  But I have no problem
6  giving them out.  I think we agreed to that,
7  correct?
8      MS. BOYCE:  Correct.
9      MS. KOHLER:  And I am about to produce
10  some messages, Facebook and Instagram messages,
11  mostly Facebook messages, which were ones that
12  Ms. Sandoval was able to pull out at this late
13  date.
14      There were text messages that she no
15  longer has and can't retrieve.  I'm about to give
16  you all of the bills that we currently have.  We're
17  missing lots of bills still.
18      I'm not sure how many of these bills were
19  produced to you before, so I wanted to make sure we
20  gave them all to you.
21      With that, we're going to have Ellen Flynn
22  come in and substitute for me.  And if there's any

**124**

1  real problems, I can always come back if I need to.
2      MS. BOYCE:  We won't have you do that.
3      MS. KOHLER:  Let's go off the record.
4      (A recess was taken.)
5      (Deposition Exhibit Number 5 was
6      marked for identification.)
7  BY MS. BOYCE:
8  Q.  I think we were talking about the
9  understanding you had about the postop course
10  before surgery.
11  A.  Okay.
12  Q.  Just to recap, you were told that you'd
13  remain in the center until your pain was controlled
14  and your catheter was removed.  You'd be going home
15  in about two days?
16  A.  Yes.
17  Q.  That you were to see a doctor in three to
18  four weeks after surgery; not Dr. Damilyants.  I'm
19  going to refer to her as Dr. Damilyants.
20  A.  Yes, that's correct.
21  Q.  Anything else that you can recall?
22  A.  Just in terms of my postop care?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

125

1    Q.    Right.  What your understanding was of
2  your postop course prior to surgery.
3    A.    So how I would recover?
4    Q.    Yeah.
5    A.    The other things that were mentioned were
6  things like about how the CO2 was inserted.  So
7  that there's usually like that pressure kind of
8  pain around the chest or even the arm.
9          They said that can last anywhere from two
10 to three days is what was written.  But I know the
11 nurse told me sometimes it can last up to a week.
12 And that walking, taking frequent walks will help
13 get that dissipated sooner than later.
14          Then they told me that I was given pain
15 medication and I should be taking those as needed
16 regularly.
17   Q.    Who told you all that?
18   A.    That was the postop nurse and the nurse
19 who came to see us in the hotel the day after.
20   Q.    So this is what the postop nurse told you
21 on the day of surgery just prior to surgery?
22   A.    I'm sorry.  That's afterwards.  That was

126

1  afterwards.  What the course – like what I should
2  expect when I left the hospital or left the surgery
3  center.
4    Q.    Those were discharge instructions that she
5  gave you?
6    A.    Yes.
7    Q.    But in terms of going home in two days and
8  seeing a doctor -- those were all discharge
9  instructions?
10   A.    No.  Those were prior to surgery.  I'm
11 sorry.  I think I got confused briefly.
12   Q.    Other than Dr. Damilyants, did anyone else
13 from her office give you any type of instructions
14 as to what would happen after surgery?
15   A.    The documents they sent me.  And I believe
16 there was like a link on that document that you
17 would click to.  It would refer you back to their
18 website, like in regards to the LAMM postop
19 procedures, things to do like showering, those
20 basic things of what to expect after surgery.
21   Q.    There was nothing in the written documents
22 that you received that said you are to come back

127

1  and see Dr. Damilyants at any point after surgery?
2    A.    No.
3    Q.    Do you have any recollection of any
4  discussion you had with Dr. Damilyants on the day
5  of surgery after surgery was finished?
6    A.    I don't remember speaking.  I think she --
7  I remember her coming by.  I think she spoke to my
8  parents.  I remember them saying that it was just
9  because my hemoglobin -- she was explaining why my
10 hemoglobin was really low, so they were keeping me
11 there a little longer.
12   Q.    Do you remember what she said?
13   A.    I don't.  What I was told is that there
14 was a lot of blood loss during the surgery.  So
15 that explains why my hemoglobin was low.
16   Q.    Who told you that?
17   A.    My parents.
18   Q.    Did they tell you why you lost a lot of
19 blood in the surgery?
20   A.    Just that there was a lot of -- the
21 surgery was more extensive than she had expected.
22   Q.    Did you have any discussion with

128

1  Dr. Damilyants after surgery at anytime about what
2  she found in surgery, what she did?
3    A.    She might have met with me briefly, but I
4  really don't remember.  I remember seeing her, but
5  I don't --
6    Q.    Even after you left the center, any
7  discussions with her either by text email, phone?
8    A.    No.
9    Q.    In person?
10   A.    The only time I spoke to her on the phone
11 was the day that I called for more pain medication.
12 She called me back saying, You shouldn't be in this
13 much pain.  That was the day I went into the ER
14 because she told me to go to the ER.
15   Q.    Even to this day, you never had a
16 conversation with Dr. Damilyants about what she
17 found in surgery, what she did in surgery; is that
18 correct?
19   A.    Not that I remember.  Like again, she
20 might have.  I remember her talking to my parents.
21 I don't know if she was also speaking to me.  Like
22 I remember seeing her.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

---

**129**

1    So I don't remember if she was actually
2  talking to me directly like post surgery.
3    Q.    It's your parents that told you that the
4  surgery was more extensive?
5    A.    And the nurse.  The nurse also mentioned
6  it to me.
7    Q.    What nurse was that?
8    A.    It was the postop nurse, the nurse who was
9  checking my blood pressure, giving me graham
10 crackers and fluids.
11   Q.    Nurse in the center?
12   A.    Yes.
13   Q.    What did she tell you?
14   A.    She told me, she's like, You lost a lot of
15 blood.  You were in there for a long time.  Just
16 that things like she was trying to give me pain
17 medication to help reduce my pain.  She kept asking
18 me how my pain was.
19    Then she told me that just -- that was
20 pretty much all she said about the surgery was that
21 I was in there for a long time.  It looks like it
22 was a little bit more extensive than they

**130**

1  anticipated.
2    Q.    Do you know from any source what was done
3  in the course of surgery?
4    A.    Afterwards we did get papers.  So my
5  parents had the papers that were given to them I
6  believe by either the doctor or the nurse.
7     It showed — it kind of told what they did
8  in surgery briefly.  Then there was a picture of
9  how much mass was removed.
10    Then the nurse who came to our hotel the
11 next day kind of went over briefly what kind of
12 procedure that they did, just in terms that there
13 were more fibroids than just one, and that there
14 was also a cyst on my ovary that was removed.
15   Q.    Were you told how many fibroids were
16 removed?
17   A.    No.  There was a picture though, which was
18 pretty graphic.  So it kind of showed that there
19 was a lot of mass there.
20   Q.    Was that the picture that was taken during
21 surgery?
22   A.    I believe so.

**131**

1    Q.    Were you told on what ovary there was a
2  cyst?
3    A.    I was.  I believe it was the left, but I
4  can't remember.  I don't remember.  They did tell
5  me which ovary it was.
6    Q.    Were you told the cyst was removed?
7    A.    Yes.
8    Q.    Were you told anything else was removed
9  other than fibroids and cysts?
10   A.    Not that I remember.
11   Q.    Were you told that all fibroids were
12 removed?  Or were some left behind?
13   A.    I believe they said they removed all
14 fibroids.
15   Q.    Did anyone explain to you what type of
16 fibroids were removed?
17   A.    No.  The only time I remember them saying
18 about the fibroids was when they had told me that
19 the mass was on the outside of my uterus.
20   Q.    Were you ever told why you had fibroids?
21   A.    No.  I remember them saying sometimes it's
22 genetic.  It's very much hormonally based.  But

**132**

1  they didn't say exactly why.
2    Q.    Were you ever told that there was scar
3  tissue that was found in your abdomen during
4  surgery?
5    A.    I remember the nurse who came to us at the
6  hotel the next day asked me if I had surgery
7  before.  I told her no.  My mom asked why.  She
8  said, Because you have scar tissue.  We were like,
9  I wonder why.
10   Q.    Were you ever diagnosed with an
11 inflammatory condition of the pelvis?
12   A.    Nothing formally.  The only thing I
13 remember was when I had my MRI done.  And then I
14 went to Dr. Stadnick's office, she reviewed the
15 mass, the fibroid.  She also said they saw that
16 there was some inflammation over part of my
17 intestine.  But that was all she said.
18   Q.    But as far as you know, you were never
19 diagnosed with inflammatory pelvic disease?
20   A.    Right, nothing like that.
21   Q.    Or inflammatory bowel disease?
22   A.    Nothing like that, no.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

34 (133 to 136)

---

133

1    Q.    So on the day of surgery, you went
2  directly to the hotel?
3    **A.    Afterwards?**
4    Q.    After surgery.
5    **A.    Yes.**
6    Q.    Do you know what pain medication you were
7  given?
8    **A.    I believe it was Vicodin.**
9    Q.    Did you take any Vicodin day of surgery
10 after surgery?
11   **A.    After surgery, yes.  Before surgery, I**
12 **don't think I took anything.  I don't remember if**
13 **they gave me something prior to surgery just to**
14 **help like relax me.  But no, nothing.  I didn't**
15 **take anything prior on my own.**
16   Q.    By the way, for the months that you had
17 the fibroids, were you taking anything for pain?
18   **A.    Before?**
19   Q.    Yeah.
20   **A.    I would take Tylenol.**
21   Q.    So do you remember what time you got back
22 to the hotel on the day of surgery, approximately?

---

134

1    **A.    I don't.  I want to say it was maybe like**
2  **1:00 or so.  I know it was like the afternoon.  It**
3  **wasn't too late.**
4    Q.    Did you sleep the rest of the day?
5    **A.    Pretty much.  I was up — I took two walks**
6  **down the hallway, and that was it.**
7    Q.    Did you walk unassisted?
8    **A.    I did.**
9    Q.    Do you recall how much Vicodin you took
10 that day?
11   **A.    What was prescribed?  I think they had me**
12 **on one every four hours.  I don't remember the**
13 **dosage.  But I was taking it as directed.**
14   Q.    Do you know how many Vicodin pills they
15 gave you?
16   **A.    I don't remember.  I want to say it was at**
17 **least a 10-day to two-week prescription.  The day**
18 **that I actually called was the day that I was**
19 **running out.**
20   Q.    Where did you get the Vicodin?
21   **A.    Walgreens or CVS.  My dad picked it up**
22 **from Rockville.**

---

135

1    Q.    Do you know which CVS or where?
2    **A.    It would have been really -- it would have**
3  **been — I don't remember.  I know that the nurse or**
4  **whoever the staff at the surgery center, they had**
5  **to call the prescription in.  So it's probably in**
6  **there.**
7    Q.    Was there a stop made at Walgreens or CVS
8  to pick up the prescription on the way to the
9  hotel?  Or did your father drop you off and go get
10 the prescription?
11   **A.    He dropped me and my mom off.  Then he**
12 **went to get the prescription.**
13   Q.    How were you feeling that day?
14   **A.    Sore, a little bit of pain and just really**
15 **tired.  So I pretty much, like I said, slept most**
16 **of the day, the remainder of the day, took a few**
17 **walks.**
18   Q.    Where was the pain?
19   **A.    It was pretty much everywhere.  So I was**
20 **having pain up in the chest all the way down to my**
21 **pelvis.**
22   Q.    Did the Vicodin help?

---

136

1    **A.    It did.**
2    Q.    Did the walking help?
3    **A.    A little bit.**
4    Q.    Did you sleep through the night, do you
5  think?
6    **A.    I think I did.  I remember sleeping pretty**
7  **well that day.**
8    Q.    Did your parents have any concerns that
9  they voiced to you that day?
10   **A.    No, nothing.**
11   Q.    Then the next day -- trying to remember
12 the days of the week this was.  So surgery was on a
13 Thursday, right?
14   **A.    Yes, I believe so.**
15   Q.    How were you feeling on Friday?
16   **A.    Friday a little bit better.  I was able to**
17 **take like four or five walks down the hallway.**
18   Q.    Unassisted?
19   **A.    Yes.  I was still having pain.**
20   Q.    Same place?
21   **A.    Yeah.**
22   Q.    From the chest all the way to the pelvis?

---

137

1   A.   Yes.
2   Q.   Same intensity or was it more, less?
3   A.   It was probably about the same.
4   Q.   Still taking Vicodin, one every four
5   hours?
6   A.   Yes.
7   Q.   Were you taking that Vicodin for the 24
8   hours or would you not take it during the nighttime
9   because you were sleeping?
10  A.   I believe the first night I woke up to
11  take it.  Then the second night, I don't think I
12  woke up.  I think I slept through.
13  Q.   This is Friday night?
14  A.   So Friday night, yes.
15  Q.   Were you eating on Friday?
16  A.   I did.  I believe we went out to eat.  I
17  don't remember where.  We were able to go out for
18  dinner.
19  Q.   Did you go out for lunch?
20  A.   No.  I had -- my mom brought me some stuff
21  from breakfast from the breakfast that they offer
22  at the hotel.  I wasn't really hungry up until

138

1   later.
2   Q.   Did you eat a full breakfast?
3   A.   Not a full breakfast, but I ate some.
4   Q.   Nothing for lunch?
5   A.   Nothing for lunch.
6   Q.   Then you ate dinner?
7   A.   Yes.
8   Q.   Did you have a full dinner?
9   A.   Not a full dinner, but I was able to eat I
10  would say at least half of it.
11  Q.   Were you drinking throughout the day?
12  A.   Yes.  I was trying to drink lots of water.
13  Q.   No problem with water?
14  A.   No.
15  Q.   No nausea, no vomiting during the day?
16  A.   A little nausea.  But yeah, it wasn't bad.
17  There was no vomiting.
18  Q.   Then did the nurse come on Friday?
19  A.   She did.
20  Q.   Do you remember what time she came?
21  A.   I don't.  I think it was like mid to late
22  afternoon.  Actually it was probably more

139

1   midafternoon.
2   Q.   Do you know her name?
3   A.   I don't remember her name.
4   Q.   Do you remember what she looks like?
5   A.   Not really.  I remember she had brown
6   hair.  That's all I remember.
7   Q.   But you were expecting her that day?
8   A.   Yes.
9   Q.   Tell me what you recall about that visit.
10  A.   She came in.  She introduced herself.  She
11  checked my blood pressure, my heart rate.  She drew
12  blood to check my hemoglobin.  She kind of reviewed
13  the pictures.  She kind of looked -- showed me like
14  the mass, the picture, then also kind of what the
15  kind of surgery entailed.
16       That's when she asked me about if I had
17  surgery before because there was scar tissue.  She
18  looked at my incision.  And she kind of went over
19  again the postop instructions about making sure
20  that I walk.
21       Then she was asking me about my appetite,
22  asking me about -- I believe she asked me about

140

1   my -- if I voided, like in terms of urine, which I
2   had.
3       And then I don't think there was really
4   anything else she asked about or talked about.
5   Q.   Did she touch your abdomen in any way?
6   A.   She did.
7   Q.   Did she press on it?
8   A.   Yes.
9   Q.   Palpate it?
10  A.   Yes.
11  Q.   Did she also listen to your abdomen?  Did
12  she put a stethoscope on it, listen for bowel
13  sounds?
14  A.   I don't remember.  I'm assuming she
15  probably did, I honestly don't remember if she did
16  or not.
17  Q.   Do you remember if she listened to your
18  chest?
19  A.   She did.  I remember her checking my heart
20  rate.
21  Q.   Did she listen to your breath sounds?
22  A.   I think so, yes.

141

1    Q.    Did you tell her you were taking the
2    Vicodin?
3    A.    I did.
4    Q.    Every four hours?
5    A.    Yes.
6    Q.    Did she tell you that was fine, that was
7    what was to be expected?  Or did she tell you
8    that's not to be expected?
9    A.    I don't think she said either way.  She
10   just asked me if I was taking the pain medications
11   and how often.
12   Q.    Did she indicate in any way that your
13   condition on that day was out of the ordinary?
14   A.    She mentioned that my hemoglobin I think
15   was low.  I can't remember if she said that it was
16   lower even than yesterday, the day prior.  She
17   wanted to call Dr. Damilyants.  And that she would
18   call me back later that day after she hears from
19   the doctor.
20   Q.    Did she do that?
21   A.    She did.
22   Q.    What did she tell you about that?

142

1    A.    She said that she spoke to Dr. Damilyants.
2    And there was no concern about my hemoglobin still
3    being low.  I was okay to fly back on Saturday
4    morning with my parents to Omaha.
5    Q.    Was that always your plan to fly back to
6    Omaha and recover there?
7    A.    Yes.
8    Q.    Do you know what your hemoglobin was?
9    A.    I don't remember.  I believe it was like
10   in the seven or eights.  I don't remember the exact
11   number though.
12   Q.    Then on Saturday, did you fly home on
13   Saturday?
14   A.    I did.
15   Q.    Was that the date you were intending to
16   fly back?
17   A.    Yes.
18   Q.    You didn't change any plane reservations
19   for any reason?
20   A.    No.
21   Q.    Do you remember when you flew back, what
22   time?

143

1    A.    It was early in the morning.  I want to
2    say it was probably like 9:00 or 10:00.  We left
3    very early.
4    Q.    Out of Dulles, Reagan or BWI?
5    A.    I believe it was Reagan.  I may be wrong.
6    I flew into one airport and then I flew out from a
7    different airport.
8    Q.    That was what you had set up before
9    surgery?
10   A.    Yes.
11   Q.    Was it a direct flight?
12   A.    Yes.
13   Q.    Did you have any issues, problems on the
14   plane?
15   A.    Other than nausea, no.  We did get a
16   wheelchair transport, which helped a lot so that I
17   didn't have to walk the entire airport to get to
18   the plane.  Then they let us board earlier, just
19   because my dad had talked to them about me getting
20   back from surgery.
21        I was a little nauseous.  But I took my
22   pain medication and I tried to sleep while I was on

144

1    the plane.
2    Q.    Did you sleep?
3    A.    I did.
4    Q.    Did you eat on Saturday?
5    A.    On Saturday?
6    Q.    Uh-huh.
7    A.    I did.  I think when we got home, maybe
8    like a couple hours after we flew in, I tried to
9    eat a little bit.
10   Q.    How long was the flight?
11   A.    It was about three hours.
12   Q.    So you would have been home by lunch time?
13   A.    Yeah, maybe a little later.
14   Q.    You had a little to eat at that point?
15   A.    Yes.  Might have been like an early dinner
16   or really late lunch.
17   Q.    Did you have dinner as well?
18   A.    I don't remember.  I remember my mom
19   wanting me to eat more that day.  But I don't
20   remember if I had a whole lot more.  I might have
21   snacked on something.  It wasn't like a full dinner
22   though.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

145

1   Q.   Any nausea, vomiting?
2   A.   A little nausea, but no vomiting.
3   Q.   Did you take the Vicodin all day on that
4   Saturday every four hours?
5   A.   Yes.
6   Q.   Did you sleep that night?
7   A.   I did.
8   Q.   You didn't wake up to take pain meds?
9   A.   I did wake up to take pain meds.
10  Q.   Just one or once?
11  A.   I believe it was just once.
12  Q.   Did you do any walking on Saturday?
13  A.   Just inside the house.
14  Q.   How about on Sunday, how were you feeling
15  then?
16  A.   I felt like I was more sore.  I was -- I
17  was in a little bit more pain, kind of that same
18  whole area, like the chest pain, even to the lower
19  abdomen area.
20       I didn't -- I was going to go outside and
21  walk, but I didn't feel like I had the strength to.
22  So I just sort of walked in the house.  I ate a few

146

1   times kind of like little snacks.  I mean, I felt
2   like the pain was a little bit more, but it wasn't
3   awful as long as I was taking the Vicodin.
4   Q.   You didn't increase the Vicodin?
5   A.   No.
6   Q.   Dosage or frequency?
7   A.   No.
8   Q.   No problems eating?  I mean you weren't
9   vomiting?
10  A.   I wasn't vomiting, no.  I just wasn't
11  hungry.  My appetite wasn't very good at all.
12  Q.   You were drinking?
13  A.   I was, but not as much as I usually drink.
14  But I was trying to make sure I had -- when I would
15  take pain medications, I tried to make sure I was
16  drinking and had a little something.
17  Q.   You had a conversation with the nurse
18  practitioner on that Tuesday; is that correct?
19  A.   I believe so.  I don't remember what exact
20  day it was.  But I do remember her calling me in
21  less than a week after surgery.
22  Q.   That's Kimberly Nieves?

147

1   A.   I believe that name sounds familiar.
2   Q.   When she called you or anyone called you,
3   would they always call you on your cell phone?
4   A.   I don't remember.  I believe that's what
5   they called me on was my cell phone.
6   Q.   What's your cell phone number?
7   A.   (402)321-6881.
8   Q.   Your carrier was?
9   A.   AT&T.
10  Q.   Still is?
11  A.   Yes.
12  Q.   When you were at the hotel, did they call
13  the hotel directly or called you on your cell?
14  A.   I don't remember to tell you the truth.  I
15  think she used my cell.  But I know that they had
16  our information at the hotel as well.
17  Q.   Now, according to the nurse practitioner
18  that you spoke to on that Tuesday, she said that
19  you were doing well; is that correct?
20  A.   Yes.  I believe I told her I was still
21  having pain, but I was taking the pain medication.
22  Q.   Because according to her notes, what you

148

1   told her was that you had increased pain on that
2   Sunday and Monday, but that had resolved; is that
3   correct?
4       MS. KOHLER:  Is it correct that that's
5   what she put?
6   BY MS. BOYCE:
7   Q.   Is that history correct or incorrect?
8   A.   It did not resolve, unless -- no.  The
9   pain was still there.
10  Q.   Did it decrease at all by Tuesday when you
11  spoke to her?
12  A.   I would say it probably decreased a little
13  bit since Monday and Tuesday -- I'm sorry, Sunday
14  and Monday.
15  Q.   I mean she also recorded that you were
16  doing well without any complaints.  Do you have any
17  recollection of complaining about anything to her
18  on that Tuesday?
19  A.   No.  I don't remember like telling her
20  anything in terms of like -- there wasn't really
21  anything to complain about aside from I was having
22  a little bit of pain, kind of the normal post

---

**149**

1 surgery kind of things.

2    Q.    So between that day, which was October
3 27th and November 5th, what was going on with your
4 condition?

5    A.    Well, so the pain that I was having, that
6 was sort of like the full kind of chest and
7 abdominal pain, I would say that lasted almost a
8 week and a half to 10 days, which I thought maybe
9 it was because I wasn't getting out and walking as
10 much as like they had emphasized.  I was walking
11 around the house when I could.

12        And the pain was sort of constant.  As
13 long as I was taking the pain medications, it was
14 tolerable.  But it was not getting less I would
15 say.  I was — like probably maybe by — so
16 Saturday, Sunday, Monday, Tuesday.

17        Maybe by Tuesday or Wednesday, I was able
18 to start sleeping in bed as long as I was — there
19 was a little bit of an incline.  Those first couple
20 days I had to sleep in the recliner because it was
21 hard for me to get up out of bed.

22        And then there was one day at one point

---

**150**

1 like after, like I said, 9 or 10 days where I felt
2 like I still had all that pain in the entire chest
3 and abdominal area.

4        There was one day where I started to feel
5 some relief in the chest.  It felt like that gas
6 had gone away.  So I tried to switch over to taking
7 just Advil.  Because I had been taking the Vicodin
8 sort of round the clock.

9        I was able to take the Advil for maybe
10 like 12 to — half a day to a full day.  Then the
11 pain came back it was much more severe.  So I went
12 back on to the Vicodin.

13    Q.    So was the pain pretty much in the same
14 area, although the chest pain had relieved
15 somewhat?

16    A.    Yeah.  So the pain that I had after I
17 tried to take the Advil and I got back off of it,
18 it was pretty much in that same area, but it wasn't
19 as much in the chest.  It was more like the upper
20 abdomen, then the lower abdomen and the whole area.

21    Q.    The whole abdomen?

22    A.    Yes.

---

**151**

1    Q.    Not one side or the other?

2    A.    Right.

3    Q.    Did you notice whether you had a
4 temperature at all?

5    A.    I didn't.  I didn't actually check my
6 temperature.  Until the last day on November 5th,
7 my mom checked my temperature at one point earlier
8 in the day and I was normal.  And then she checked
9 it again before I took my next pain medication and
10 I had a fever.

11    Q.    Do you know what the fever was?

12    A.    I want to say it was like 101.9, but it
13 might have been a little higher.

14    Q.    That was before you went to the ER?

15    A.    Yes.

16    Q.    Do you know how soon after you went to the
17 ER after she took that temperature?

18    A.    So my mom took the temperature.  And
19 within the hour Dr. Damilyants called to ask about
20 why they were calling in for more pain medications.
21 She asked about my symptoms.  I told her, yeah, my
22 mom took my temperature recently and I have a

---

**152**

1 fever.  She said, Okay.  You need to go to the ER
2 right away.  I would say it was within an hour,
3 hour and a half that we went to the ER.

4    Q.    Were you thinking about going to the ER
5 before you had the conversation with
6 Dr. Damilyants?

7    A.    No.

8    Q.    I take it then after you went off the
9 Vicodin for about a half a day, when you went back
10 on it, it did relieve the pain?

11    A.    It did.  I mean it helped.  There was
12 still always pain there.  But it wasn't like
13 without the Vicodin, it was a high level of pain.

14    Q.    Was the primary reason why you went to the
15 ER because Dr. Damilyants instructed you to because
16 of the fever?

17    A.    Yes.

18    Q.    Not so much the pain?

19    A.    Correct.

20    Q.    Any other issues that you were having on
21 or around November 5th other than the fever and the
22 pain?  Were you still eating up to that point?

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

---

**153**

1    A.   No.  That's the thing.  My mom was really
2  worried.  I know she told me, she was like, Sarah,
3  your appetite is just — you're not eating.  You
4  look really skinny.  You need to start eating more.
5        Like I kind of knew like my appetite
6  wasn't good.  But I kind of thought, Well, they
7  said that the surgery was so extensive.  Maybe the
8  healing process is going to be a little slower for
9  me than other people that might have had this
10  similarly surgery.  So I was trying to be patient.
11    Q.   But you were eating some?
12    A.   Yeah.  To the last — I would say the last
13  like three days before I went to the ER, I was only
14  eating like little bits when I had to take pain
15  medication, only because I didn't want to get
16  nauseous.
17    Q.   But you were able to keep that down?
18    A.   Yes.
19    Q.   So you never had any vomiting at anytime?
20    A.   No.
21    Q.   Did you ever increase the Vicodin more
22  than once every four hours?

**154**

1    A.   No.
2    Q.   Did you ever get a refill on the Vicodin?
3    A.   I called.  That was the day I called.  But
4  no, we never actually got the refill.
5    Q.   You only had that initial prescription and
6  that was it?
7    A.   Yes.
8    Q.   So is there anything that you recall about
9  the emergency room visit, anything that stands out
10  in your mind about that?
11    A.   I mean I remember pretty much most of the
12  emergency room visit.
13    Q.   Do you recall anything anyone told you
14  about what was going on with you?
15    A.   So when I went to the ER after they did
16  the imaging, I remember the doctor coming back in
17  and said that they were seeing, I think they
18  described it as air and fluid in my abdomen where
19  there shouldn't be.
20        So she wanted to admit me to the hospital
21  and have one of their surgeons come and look at the
22  imaging.

**155**

1    Q.   That was Dr. Hovey?
2    A.   He was the surgeon who looked at the
3  imaging, yes.  But I don't remember which physician
4  saw me in the ER.  It was a woman doctor.
5    Q.   Was it the ER doctor or was it the surgeon
6  or a surgeon?  Do you know?
7    A.   Was it for what?  For what?
8    Q.   The woman doctor, was she the ER doctor?
9    A.   The female doctor was the ER doctor.
10    Q.   When did you see the surgeon for the first
11  time?
12    A.   He came in literally I would say within 30
13  to 40 minutes after I was up in my room in the
14  hospital.  He told me that we needed to go to
15  surgery right away.
16    Q.   Was that Dr. Hovey?
17    A.   That was Dr. Hovey.
18    Q.   Did he say why you had to go to surgery
19  right away?
20    A.   He said that they needed to see why I had
21  so much -- what was going on in there because of
22  all the fluid and the air in the abdomen.

**156**

1    Q.   Other than that, he didn't know what was
2  going on; is that correct?
3    A.   That's correct.
4    Q.   Basically he was going to do an
5  exploratory surgery to find out why there was air
6  and fluid in the abdomen?
7    A.   Yeah.  I believe that's what he kind of
8  described.
9    Q.   How about after the surgery, did he
10  explain to you what he found, what he did?
11    A.   I don't really remember.  I remember if it
12  was either him or the nurse that kind of told me
13  what had happened.  I asked for copies of the
14  surgery report.
15        So I was able to read over like the brief
16  report that was in the — that they had there.  I
17  don't remember the next couple days after that.
18    Q.   When do you think you got the operative
19  report to read?
20    A.   I want to say it was either the next day
21  after surgery or maybe — like it was pretty soon.
22  So within 24 to 48 hours I had asked for it.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

40 (157 to 160)

---

**157**

1  Q.   Did it make any sense to you?

2  A.   A little bit, yes.

3  Q.   Did you have any discussion, though, with

4  Dr. Hovey about what he found, what he did?

5  A.   I don't remember.  I know my parents did.

6  But the first like five days of my hospital, I

7  don't remember very much.  My parents told me that

8  I was kind of really out of it.

9  Q.   How about any point in your

10  hospitalization, do you recall any discussion with

11  Dr. Hovey?

12  A.   I do, yes.

13  Q.   Tell me about that.

14  A.   So he did tell me that they had to remove

15  part of my large intestine, the right side of my

16  intestine.  He said that they found a hole there.

17  And that was like releasing all the contents of my

18  intestines into my stomach, which is -- there was a

19  lot of fluid, he said.

20       He said, When it gets -- when the fluid

21  gets released into the intestines, it's almost like

22  cement, so it's very hard to kind of -- I think he

---

**158**

1  said kind of go through the different cavities and

2  organs and those kind of things.  But they cleaned

3  everything up as much as they could.

4       And that they were -- I think he just said

5  that they were going to follow up and just kind of

6  see how I heal after that.

7  Q.   Did he explain to you why you had a hole

8  in your colon?

9  A.   Not that I remember.  I remember asking

10  him, Is this from the other surgery?  He's like,

11  That's the only option.  That's the only probable

12  option.  But I don't think he really said that, you

13  know, what other reasons there could be.

14  Q.   Other than that, did he explain to you how

15  that could have occurred during your surgery?

16  A.   No.

17  Q.   Did you feel any better after the surgery?

18  A.   So there were -- like I said, I don't

19  remember a lot of those first five days or so.  I

20  felt good I remember briefly.

21       And then it was probably like the fifth or

22  sixth day in, I started to get a lot of pain and I

---

**159**

1  was getting really nauseous.  I was having trouble

2  breathing.

3       Again, I don't remember.  But I think it

4  was probably the fifth or sixth day from the

5  surgery.

6  Q.   There was a period of time where you felt

7  better?

8  A.   I did, yes.

9  Q.   Then you got worse?

10  A.   Yes.

11  Q.   Was Dr. Hovey seeing you everyday?

12  A.   I believe so.  I think they said he

13  stopped by.  Then my parents spoke to him.  Again,

14  I was not with it.  I was out of it.

15  Q.   Anyone other than your parents have any

16  discussion with physicians?

17  A.   My brother came in, but I don't know if --

18  he may have been there when Dr. Hovey was there.

19  But yeah, it was mostly my parents.

20  Q.   What's your parent's names?

21  A.   Mike Sandoval.

22  Q.   And your mom?

---

**160**

1  A.   Imelda, I-M-E-L-D-A.

2  Q.   And your brother's name?

3  A.   My brother -- older brother is Michael

4  Sandoval.

5  Q.   Michael Jr.?

6  A.   Michael Jr.

7  Q.   He's the one that would have been in the

8  hospital?

9  A.   Well, actually both of them, Michael and

10  Jonathan.

11  Q.   You think Michael is the one that had

12  discussions with physicians?

13  A.   No.  It would have been Jonathan.

14  Q.   So you had a second surgery.  Tell me what

15  happened that led to the second surgery.

16  A.   Well, I remember that they said that my

17  white blood cell count was rising again and I was

18  spiking a temperature.

19       And so I don't remember if they did

20  another imaging.  But I remember them telling me

21  that I was going to need to go back into surgery to

22  kind of see what was going on because I was still

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

41 (161 to 164)

---

161

1 showing signs of infection.
2     Q.    Dr. Hovey did that surgery?
3     A.    He did.  He told me he was going to have
4 one of his colleagues in there with the surgery as
5 well.
6     Q.    Do you know who the colleague was?
7     A.    I don't remember his name.
8     Q.    Was he the same specialty, different
9 specialty?
10     A.    Same specialty.
11     Q.    Do you know why the colleague was going to
12 be in there?
13     A.    I don't know why.
14     Q.    What did he tell you about what he found
15 in that surgery?
16     A.    He said there was still some more fluid in
17 the space.  They tried to clean everything up.
18 They went a little bit lower into the abdomen and
19 that's when they found a hole in my rectum.
20          He told me that they had -- they inserted
21 drains to help pull out some of the fluid and that
22 I needed to have an ileostomy.

---

162

1     Q.    Which he had already done, right?
2     A.    Yes.
3     Q.    I take it you didn't give consent for an
4 ileostomy prior to surgery, correct?
5     A.    No.  The only thing I remember asking is I
6 told him, I said, I do not want to have a bag.  He
7 said, If you need a bag, I'm going to have to do
8 it.  But the goal would be to have it short term.
9     Q.    Did he explain to you how big the hole was
10 that he found in the colon?
11     A.    Not that I remember.
12     Q.    How about in the rectum?
13     A.    No, not that I remember.
14     Q.    Did he tell you whether he had difficulty
15 finding the hole in the colon or the rectum?
16     A.    He did.  He said both surgeries were very
17 difficult because of all the fluid.  It was hard to
18 again, kind of navigate through the abdomen.
19          He said the first surgery, they -- once
20 they found that hole, they didn't even go down into
21 that lower area.  Then the second surgery, they
22 kind of worked through that area.  That's when they

---

163

1 found the second hole.
2     Q.    Did he say why he didn't go into the lower
3 area in the first surgery?
4     A.    No, he did not say.
5     Q.    Did he tell you what steps he took to look
6 for a hole in the first surgery?
7     A.    No.  The only thing I remember him saying
8 is again, kind of describing when there's so much
9 fluid from the intestines, it gets like cement.
10 And it gets very hard to kind of weed through
11 everything.  So it took a long time.  And that's
12 all I remember him saying about that.
13     Q.    Did he say the same thing about the second
14 surgery, everything was like cement?
15     A.    Yes.
16     Q.    Same?
17     A.    Yes.
18     Q.    Even though he had removed it in the
19 second surgery?
20     A.    Yeah.  He said it was still like the fluid
21 gets really gummy.  He described it almost like
22 cement.

---

164

1     Q.    Did he tell you what steps he took to find
2 the hole in the rectum in the second surgery?
3     A.    No.
4     Q.    Did he have a discussion with you about
5 whether the hole in the rectum was created
6 unintentionally in his first surgery versus the
7 surgery that was performed by Dr. Damilyants?
8     A.    I asked him.  I said, So is this hole from
9 my surgery from Dr. Damilyants?  He said, Well,
10 he's like, During our first exploratory, I wasn't
11 even down in that area.  So it has to be from that
12 surgery.
13     Q.    Again, did he explain to you how the hole
14 in the rectum occurred?
15     A.    Not really.
16     Q.    Did anyone explain to you how the hole in
17 the colon occurred or the hole in the rectum, any
18 physician; medical provider?
19     A.    Not really.  I mean the only thing is they
20 described how when these kind of damages happen in
21 general, like it's because of, you know, just the
22 organs being really close, and then just punctures

---

165

1  happening to nearby organs.  They didn't say
2  anything specific towards me.
3      Q.   Did anybody explain to you that your
4  anatomy was distorted in any way?
5      A.   I learned that afterwards.  Aside from
6  just the -- I knew that my uterus had been tipped.
7  But it wasn't until after I got out of the hospital
8  that they told me that there was more abnormal
9  anatomy, like that things were actually stuck
10 together.
11     Q.   Who told you that?
12     A.   It was actually -- I believe it was -- who
13 was it?  It was one of my dad's friends who's a
14 lawyer and he reviewed the notes.  So he was
15 reading through the notes and said that my anatomy
16 was abnormal.
17     Q.   Any physician tell you that your anatomy
18 was abnormal?
19     A.   They must have mentioned it once.  But I
20 don't remember anyone specifically bringing that
21 up.  Because again, it wasn't until after the
22 hospital that I learned that it was more than just

166

1  my uterus had been tipped.
2      Q.   What did the lawyer tell you in terms of
3  what distorted anatomy you had?
4          MS. KOHLER: Hold on.  Is this the lawyer
5  that contacted me?
6          THE WITNESS: Yes.
7          MS. KOHLER: I have to instruct her not to
8  answer on that.  First one kind of came out.  But
9  you're not to talk about what he said.
10         THE WITNESS: Oh, okay.
11 BY MS. BOYCE:
12     Q.   Did you see Dr. Hovey after you were
13 discharged from the hospital?
14     A.   I did.
15     Q.   In his office?
16     A.   I saw him in his office.
17     Q.   Was there any discussion with him after
18 you were discharged about any distorted anatomy?
19     A.   I don't think so.  I mean he might have
20 briefly mentioned it.  I did ask him questions
21 about the surgery.  But I don't remember him
22 specifically — I don't remember that being a large

167

1  topic of discussion.
2      Q.   Was there anything that he said to you in
3  his office that was new or different than what he
4  had told you in the hospital?
5      A.   Not that I can think of, no.
6      Q.   After the second surgery, did he tell you
7  how long you would have the bag?
8      A.   He said the goal would be short term.  He
9  didn't give me a specific date.  He said, you know,
10 the goal is just to have this temporarily until
11 your rectum heals and then to remove it.
12     Q.   Was it removed after the rectum healed?
13     A.   Yes.
14     Q.   Was it removed earlier than anticipated,
15 later than anticipated?  Do you know?
16     A.   I don't know.  I don't know.
17     Q.   Was it something that you were pushing to
18 have removed?
19     A.   I mean I wasn't pushing for it.  I told
20 him I don't want to live with this forever.  I
21 mean, I was willing to have it as long as I needed
22 to have it.

168

1      Q.   There wasn't any discussion with Dr. Hovey
2  that he wanted you to have it a month more, two
3  months more and you said, no, absolutely not?
4      A.   No, nothing like that.
5      Q.   So you were discharged from the hospital
6  when?  Do you remember?
7      A.   December 2nd, I believe.
8      Q.   You went to your parent's house?
9      A.   Yes.
10     Q.   You stayed there until February?
11     A.   Yes.
12     Q.   Did you fly by yourself to Arizona in
13 February?
14     A.   I did.
15     Q.   Have you taken any vacations in the last
16 couple years?
17     A.   No, nothing.  No.
18     Q.   Do you typically take vacations every
19 year?
20     A.   No.  I'll take time off and do like a trip
21 back home, but nothing — like I haven't taken
22 anything recently.

Transcript of Sarah Imelda Sandoval

43 (169 to 172)

Conducted on December 11, 2017

---

**169**

1  Q.  Since your surgery, have you been back
2  home?
3  A.  Yes.
4  Q.  How many times?
5  A.  Maybe like three times.
6  Q.  Are you still seeing Dr. Hovey?
7  A.  I am not.
8  Q.  Has he completely discharged you?
9  A.  He did, yes.
10  Q.  Do you remember the last time you saw him?
11  A.  It was after the -- it was probably in
12  January of 2016.  So it was after the reversal.
13  Q.  So what, just a month after that surgery
14  and that was it?
15  A.  Yes.
16  Q.  Are you still seeing any
17  gastroenterologist?
18  A.  No.  I saw Dr. Harris.  And then the last
19  time he saw me, because there wasn't really any new
20  pains.  Everything from the imaging came out
21  normal, he said unless I was having significant
22  problems, I didn't necessarily need to come back

**170**

1  and see him until that happened.
2  Q.  You're not having any constipation
3  anymore, right?
4  A.  I am having constipation.
5  Q.  Is that on a regular basis?
6  A.  It is.  I mean I have to take stool
7  softeners pretty -- I mean daily pretty much.
8  Sometimes I'll take like magnesium to help with
9  that as well.
10  Q.  What stool softener are you taking?
11  A.  Like a Colace I believe.
12  Q.  Is that helping?
13  A.  It does help.
14  Q.  Are you seeing Dr. Julie Ann Heathcott?
15  A.  I am.
16  Q.  Is that just for regular GYN?
17  A.  Yes.
18  Q.  Is she the one that referred you to
19  Dr. Kummer or had anyone referred you?
20  A.  Yes.  It was Dr. Heathcott that referred
21  me to her, Dr. Kummer.
22  Q.  How long have you been seeing

**171**

1  Dr. Heathcott?
2  MS. KOHLER:  It probably should be
3  Heathcott, H-E-A-T-H without the L.  It's wrong.
4  A.  I don't remember when I saw her.  I think
5  it's been maybe about a year, maybe a little longer
6  than that, a year and a half.
7  BY MS. BOYCE:
8  Q.  Why are you seeing her?
9  A.  Just to have a steady GYN, from everything
10  that happened.  Then I know that the chance of
11  having fibroids in the future is an option -- or a
12  possibility, so preventive kind of care.
13  Q.  Has she indicated you have any GYN issue,
14  problem?
15  A.  No.  I did have -- they did find some -- I
16  think they found like a little cyst on my ovary
17  during an ultrasound.  But then that was gone a
18  couple months after they did a repeat of the
19  ultrasound?
20  Q.  She's done one ultrasound or more than
21  one?
22  A.  I think I've had maybe two or three.

**172**

1  Q.  For any particular reason?
2  A.  Because I was asking about fibroids and
3  cysts recurring.  She told me, Well, let's check to
4  see if you have anything in place right now.
5  Q.  Did she indicate you have any fibroids?
6  A.  No.
7  Q.  Dr. Kummer you only saw once?
8  A.  Yes.
9  Q.  Dr. Susan Keasling-Evans, you saw her in
10  the hospital?
11  A.  I saw her after I was released from the
12  hospital in Omaha.
13  Q.  How many times?
14  A.  I don't know.  It was several times.
15  Initially it was like once a week, and then kind of
16  sparsed (sic) out from there.
17  Q.  I take it you didn't see her after the
18  February -- after you left Nebraska in February?
19  A.  Right.
20  Q.  She's the one that gave you the return to
21  work slip?
22  A.  Yes.

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

173

1    Q.    Was there ever a period of time where you
2  planned to return to work, but you couldn't so the
3  date was delayed or --
4        MS. KOHLER: Objection to form.
5  BY MS. BOYCE:
6    Q.    Let me see if I can rephrase it.  I
7  understand that you were initially intending to be
8  off work for what did you tell me, three weeks?
9    **A.    I think I requested two to three weeks**
10 **off.**
11   Q.    Was there ever a period of time after that
12 where you were, for example, you were planning on
13 returning to work on February 8th, but you
14 couldn't.  And then it got moved to February 15th?
15 That's what I'm trying to --
16   **A.    No.  The date that I initially was**
17 **supposed to return to part time, I did go ahead and**
18 **returned part time.**
19   Q.    Are you religious?
20   **A.    I mean, yes.  I have faith.  And yes, I do**
21 **pray.**
22   Q.    Do you belong to a church?

174

1    **A.    No.  I usually — I've gone to a couple**
2  **different churches, but I didn't really like them.**
3  **There's sermons that I'll watch online.**
4    Q.    Do you take comfort from your religion?
5    **A.    I do.**
6    Q.    Do you have a Facebook page?
7    **A.    I do.**
8    Q.    What's the name of your -- is it Sarah
9  Sandoval?
10   **A.    It is, yes.**
11   Q.    It's still up and running?
12   **A.    It is.  It's Sarah Sandoval from Omaha,**
13 **Nebraska.  I still have Omaha as well.**
14   Q.    I have marked Exhibit 5.  You have a copy
15 in front of you too.  Are these from your Facebook?
16   **A.    So these first two pages are from**
17 **Instagram.**
18   Q.    Oh.
19   **A.    And then I think the rest of these are all**
20 **from Facebook.**
21   Q.    Now, were those posted on your Facebook or
22 your father's?

175

1    **A.    So there were a couple of these that I**
2  **posted.  The ones with the pictures I believe my**
3  **dad posted on my — so he could post something on**
4  **my page.**
5    Q.    The picture that's on those pages, which
6  is Exhibit 3, when were these taken?
7    **A.    So this is like an old picture.  I don't**
8  **know when.  This was prior to surgery.  My dad**
9  **probably took the picture, like shared my picture**
10 **and then posted something above it.**
11   Q.    Were you at Blodikan High School (sp)?
12   **A.    I was.  I was heavier, but I was always**
13 **like active.**
14   Q.    Did you play any particular sport?
15   **A.    I played softball.**
16   Q.    How about in college?
17   **A.    No.  Well, I shouldn't say that.  I didn't**
18 **play any sports, but I ran marathons.**
19   Q.    Long distance marathons?
20   **A.    Yes.**
21   Q.    Are there any other postings that you made
22 to your Facebook page or to Instagram about your

176

1  surgery, your postop course?
2    **A.    Aside from those listed, I mean I may have**
3  **— there may be something about like just feeling**
4  **better.  But again, I'm not one to share a lot**
5  **about what has happened with me, just because I**
6  **feel that in itself is hard.**
7        **So those are primarily the ones I actually**
8  **kind of state regards my surgery.  It stated, I had**
9  **a surgery and this is how I'm doing, those sorts of**
10 **things.**
11   Q.    How about your parents, did they post any
12 details about your surgery, your condition?
13   **A.    My dad did and my aunt.  I think they**
14 **posted things like — something about when I had to**
15 **go back for the second surgery, just asking for**
16 **prayer requests.**
17       **But other than that, not to my knowledge.**
18 **I don't remember.  I don't know of them posting**
19 **anything in specific regards to my surgeries.**
20   Q.    Any contact with Dr. Damilyants after you
21 were admitted to the hospital?
22   **A.    Yes.  She did send me texts.  She was**

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

---

177

1  asking how I was doing.  She wanted to speak to the
2  surgeon who did the surgery in the hospital.  But
3  other than that, I didn't talk to her.
4    Q.    Since the phone call you had with her
5  about filling your pain medication and she
6  referring you to the ED, have you spoken to her at
7  any point?
8    A.    I have not.
9    Q.    It's all been texts?
10   A.    Yes.  Just while I was in the hospital.
11   Q.    Any emails?
12   A.    No.
13   Q.    Any contact with her office, if not her,
14 someone else in the office?
15   A.    I received like a survey from the office,
16 but I didn't fill it out.  That was it.
17   Q.    Do you know whether she ever spoke to your
18 surgeon?
19   A.    I don't.  I gave -- I gave the surgeon her
20 information, but I don't know if he actually called
21 her.
22   Q.    He never said to you one way or the other?

---

178

1    A.    Right.
2    Q.    Do you still have the text messages from
3  her?
4    A.    I don't.
5    Q.    Did you respond to the texts?
6    A.    I did.
7    Q.    Then we've marked Exhibit 1 as notes you
8  took.  Can you just tell me when you took the
9  notes?
10   A.    So these first ones were probably when I
11 first got back to Arizona.  So I want to say March
12 of 2016.  And then I think I added -- you know, I
13 continued to add as the months went by.  Like
14 things that are posted about like May and June,
15 like that was obviously later.
16   Q.    Those would have been written in May or
17 June?
18   A.    Yes.
19   Q.    Then you stopped writing?
20   A.    Yes.
21   Q.    There are no other notes --
22   A.    No.

---

179

1    Q.    -- about your surgery?
2    A.    Yeah.
3    Q.    Can you tell me why you decided to sue?
4    A.    I think one of the main factors is just
5  that from people I've spoken to, it seems like a
6  lot of this could have been prevented.  I know
7  accidents happen and nothing is intentional.
8         But that experience, like being in the
9  hospital, was the worst experience ever.  It was
10 very painful.  I remember like thinking like I'm
11 not going to make it.  I'm not strong enough to do
12 this.
13        It was -- it was hard.  I know like I'm
14 lucky that I had my family there, because my dad
15 stayed with me in the hospital everyday, which I
16 was very lucky to have.
17        But it's just -- I thought, like I can't
18 wait until this is just a memory like a year out.
19 And a year out, I'm still not where I was at.  I'm
20 still having pains.  I still don't feel like the
21 same person as I used to be.
22        Two years out, I'm still not where I want

---

180

1  to be.  I just feel like things have changed.  I'm
2  worried about the future.
3         Working in the hospital, I've seen people
4  who have had similar things happen.  And they come
5  back when they're 60 because there's issues with
6  scar tissue or there's issues down the line.
7         Like I just feel like what I went through
8  was a life altering event.  I felt like some of it
9  could have been prevented.
10        Again, like I know none of this happened
11 intentionally.  Like it wasn't done out of malice.
12 But I was -- I went to these surgeons because they
13 specialized in this kind of surgery.  This is all
14 they do.  This is their expertise.  I thought that
15 was the best thing to do.
16        I didn't -- I kind of -- I feel like
17 sometimes when someone's an expert, sometimes they
18 overestimate their ability to do something, which
19 sometimes is a good reason to go with the surgeon
20 that maybe doesn't have as much experience or this
21 isn't their only field because they're going to be
22 more cautious.

---

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

181

1    So again, I feel like she went and did the
2 surgery in a way that maybe it shouldn't have been
3 done.  The doctors that I've spoken to, even some
4 of the surgeons, they kind of mention like -- they
5 kept asking me, why wasn't this done as an open
6 surgery, and I don't know what to tell them.
7    But I'm getting from them that this should
8 have been done as an open surgery.  Like it should
9 have been converted.  There should have been a
10 different path that was taken once they got in
11 there and they saw what was going on inside my
12 uterus and the abdomen.
13    So if this could have been prevented, it
14 would have been fantastic.  I feel like things have
15 changed forever.  I don't want to be ungrateful,
16 because I do feel lucky I'm alive.  I can still
17 work.  I'm healthy for the most part.  I can get to
18 my work and my job and do a little bit of physical
19 activity.
20    But there's a lot of things that have
21 changed.  I don't feel like the same person.  I
22 don't feel like -- if I can't have kids, that's

182

1 going to make me feel broken as a woman.  It's just
2 a lot of things have changed.  And it's not just
3 like little changes.  It's things that are going to
4 affect me for the rest of my life.
5    Q.   Are you done?
6    A.   I'm done.
7    Q.   When you said you think it could have been
8 prevented, is it your understanding it could have
9 been prevented if surgery was done open?
10    A.   From just again -- like I don't know,
11 because I'm not a surgeon.
12    Q.   Based on what your understanding is.
13    A.   Just based off of how -- like the doctors
14 who saw me afterwards and the questions that they
15 asked, it sounds like if the surgery would have
16 been done a different way, some of these things
17 could have been prevented.
18    Q.   That's what I'm trying to get at.  Is
19 there anything in particular they said should have
20 been done or could have been done differently to
21 prevent the injury.
22    A.   They didn't say specifically anything like

183

1 that.  The only thing again, I remember saying is
2 about like how things were -- how things were stuck
3 together.  And like just that with the doing a
4 minimally invasive surgery, it's very challenging
5 to kind of get in there and really remove
6 everything safely.  But I don't remember anything
7 other than that.
8    Q.   Have you surprised yourself?  I mean you
9 told me you didn't think you were strong enough to
10 get through this.  Have you surprised yourself in
11 that regard?
12    A.   Well, yeah.  I mean again, I think a lot
13 of it has to do with I do believe that God helped
14 me through it.  I wouldn't be here if it wasn't for
15 that.  I know my family, if I didn't have them, I
16 don't know what I would have done without them,
17 because they helped me financially.
18    My parents cared for me.  My grandmother
19 came in and cared for me.  I mean, I did surprise
20 myself, but I know it's not because of me solely.
21 I know I had the strength only because of the
22 people around me.

184

1    Q.   So has there been any positive out of this
2 life altering event?
3    A.   Yeah, a better appreciation for my family
4 for sure.  My dad and I probably don't get along
5 the best, but he definitely was there for me.
6    Q.   Is your dad retired?
7    A.   He is.
8    Q.   In terms of your medical bills, are there
9 any out-of-pocket expenses?
10    A.   Are you talking about for during the
11 actual surgeries?
12    Q.   Surgery, postop, any physician that you
13 saw related to the surgery.  Were there any bills
14 not paid by insurance?
15    A.   There were.  I don't remember like how
16 much or which ones.  I have one that's on a
17 recurrent monthly payment.  That was from one of
18 the surgeries with CHI.  And then --
19    Q.   What's CHI?
20    A.   Sorry, the Algeant Health Lakeside
21 Hospital.  I think CHI is before all that.
22    Q.   That was either your first surgery or your

185

1  second surgery?
2    A.   That was where I had both surgeries done.
3  But I don't remember which one I currently have on
4  a monthly recurrent payment.
5    Q.   How much are you paying?
6    A.   Every month it's like $106.
7    Q.   Do you know how much you owe?
8    A.   I want to say it was about $3,000?
9    Q.   That's what insurance didn't pay?
10   A.   Yes.
11   Q.   Did insurance pay 100 percent of the other
12 bills?
13   A.   No, not that I know of. But I don't have
14 exactly which ones have been paid and which ones
15 have not.
16   Q.   Did you pay on all of the bills?  Was
17 there something that you were supposed to pay?
18   A.   So before the surgeries -- I don't know
19 for the first surgery how that worked. But for the
20 second surgery, I did have to pay something prior,
21 like for my deductible.
22   Q.   That was for the closure of the ileostomy?

186

1    A.   Yes. That was for the reversal. But
2  again, I don't know how much I paid.
3         MS. KOHLER:  We can try to figure all that
4  out.
5  BY MS. BOYCE:
6    Q.   You told me you had Anthem --
7    A.   Yes.
8    Q.   -- at the time of your surgeries. Who do
9  you have currently?
10   A.   Blue Cross Blue Shield.
11   Q.   That's who you had with your second job?
12   A.   Core Medical Group, yeah.
13   Q.   You had Rehabcare, which was Anthem?
14   A.   Uh-huh.
15   Q.   Then you went to Fusion?
16   A.   Yes.
17   Q.   Then you had Blue Cross Blue Shield?
18   A.   Yes.
19   Q.   Now with Core, you have --
20   A.   Blue Cross Blue Shield.
21   Q.   Has there been any collection of any
22 bills?

187

1    A.   Just the one that I'm currently having the
2  monthly recurring payments. That was because the
3  bill was sent to my parent's house. And I don't
4  know how it got lost. I'm not sure exactly. So I
5  never received it, but then they got a collection
6  notice.
7    Q.   That was the only one?
8    A.   Yes.
9    Q.   You haven't filed bankruptcy?
10   A.   No.
11   Q.   I think I'm winding down here.
12        Were there any -- did you take any other
13 photos of yourself other than what we've marked?
14   A.   I didn't. My brother had taken pictures
15 of me when I was in the hospital, but my mom made
16 him delete them.
17   Q.   Did anyone print out the pictures before
18 they were deleted?
19   A.   No.
20   Q.   Was that Jonathan?
21   A.   Yes.
22   Q.   Did he do that just to drive you crazy?

188

1    A.   I don't know why he did it. I think he
2  wanted to show me how awful I looked. My mom was
3  like, She doesn't need to see that.
4    Q.   Nice brother.
5    A.   Yeah.
6    Q.   So currently the only physician you're
7  seeing on a regular basis, correct me if I'm wrong,
8  is the chiropractor?
9    A.   Well, and the PT.
10   Q.   And the PT?
11   A.   And then I have to make an appointment
12 with Dr. Heathcott here. I'm coming up on my
13 annual in February.
14   Q.   Do you have a pharmacy in Arizona?
15   A.   I do. Usually I have prescriptions sent
16 to CVS, but I haven't had anything recently.
17   Q.   CVS where?
18   A.   It's off of -- the ZIP code is 85260.
19 It's off of Frank Lloyd Wright.
20   Q.   Is there any plan for future imaging? Has
21 anyone told you you need to have an MRI every year?
22   A.   No. The only thing Dr. Harris said, like

---

**189**

1  in the future if I'm having issues, they say they
2  might consider imaging again.  But he said in
3  general, they want to -- since I've had so many CAT
4  scans, like they would try not to do anything with
5  radiation.
6      Q.    How about sigmoidoscopies or
7  colonoscopies, has anyone told you you need those
8  in the future?
9      A.    I believe he said when they did the
10  flexible sigmoidoscopy, they found a few polyps.
11  So typically when that happens, because it's
12  precancerous, they would recommend an additional
13  follow-up flexible sigmoidoscopy like in five years
14  or so.  But other than that, no.
15      Q.    Is there any reason why you had the phone
16  consult with Dr. Damilyants as opposed to another
17  physician in the practice?  Did you specifically
18  ask for her?
19      A.    I did not, no.  That's who I got paired up
20  with.
21      Q.    Did you ever ask her how many of the
22  procedures she had done?

---

**190**

1      A.    I don't think I asked her that
2  specifically, no.
3      Q.    You don't live with anyone; is that
4  correct?
5      A.    No, I do not.
6      Q.    At the time of this event, were you living
7  with anyone?
8      A.    No.
9      Q.    No roommates, nobody?
10      A.    No.
11      Q.    Did you do any research to see if anyone
12  did the LAMM procedure in Arizona?
13      A.    I did.
14      Q.    There was no physician that did the LAMM
15  procedure?
16      A.    No.  I looked in California as well.
17      Q.    Do you recall your conversations with
18  Kimberly Nieves?
19      A.    A little bit.
20      Q.    Did you only speak to her one time?
21      A.    I believe I spoke to her twice.  So the
22  one time she called like a few day after I got home

---

**191**

1  from Maryland, and then the day that I went into
2  the emergency room because I was asking for more
3  pain medications.
4      Q.    Did you call her?
5      A.    I did.
6      Q.    You called the office?
7      A.    I called the office and I got connected to
8  her.
9      Q.    You told her you were having pain?
10      A.    Yes.
11      Q.    And wanted to refill the medication?
12      A.    I did.
13      Q.    Did she ask you any questions?
14      A.    She did.
15      Q.    You remember what she asked?
16      A.    Yes.  She asked -- she asked about like my
17  voiding patterns, so if I was urinating and having
18  bowel movements.  I told her I was having trouble a
19  little bit with some urination, and that there was
20  a little bit of pain when I tried to -- sometimes
21  when I tried to pee, there would be pain in my
22  lower abdomen.

---

**192**

1          She asked me if I had a fever.  I told her
2  no, because I hadn't had one up until that time.
3  She asked me how I was eating.  I told her my
4  appetite was poor.  I believe those were the main
5  things that we talked about.
6      Q.    Had you had a bowel movement since
7  surgery?
8      A.    I did.
9      Q.    Was it normal?
10      A.    It was little.  So I want to say it was
11  normal.  But I was just pooping a little bit.  But
12  I had thought because I wasn't eating very much,
13  that's probably why I wasn't having large bowel
14  movements.
15      Q.    Do you know when you have a fever?
16      A.    I mean --
17      Q.    I mean when your mom took your
18  temperature, did you know then that you had a
19  fever?
20      A.    Not really.  I mean I felt awful, but I
21  didn't really realize that -- I didn't put two and
22  two together that I was running a fever.

193

1    Q.    Now you know how you felt with a fever.
2 Do you think you had a fever -- well, strike that.
3         I mean she did take your temperature and
4 it was normal the same day?
5    A.    Yes.
6    Q.    Was there any day though that you felt you
7 had a temperature?
8    A.    Not that - no.  Again, I thought I'm
9 feeling awful.  I'm in pain.  I just don't feel
10 good.  But there was never a time where I thought,
11 Oh, I'm running a fever.
12   Q.    What is a fever to you?
13   A.    Well, when your temperature is elevated.
14 Generally when I've had a fever from the flu, I
15 feel achy.  There's body aches.  Sometimes you get
16 like chills.
17   Q.    But in terms of a number?
18   A.    A fever.  So I think generally anything
19 over 100 -- well, like 100 degrees, you're running
20 a little bit of a fever.  I mean 98.7 is normal.
21   Q.    I've had people tell me 99 is a fever, so
22 I was asking you.

194

1         MS. KOHLER:  It's pretty clear she's not a
2 complainer.  I imagine she never had a fever.
3         MS. BOYCE:  Actually I don't think I've
4 ever had a fever.
5         THE WITNESS:  Oh, wow.  You better knock
6 on wood.
7         MS. KOHLER:  Really?  Never?
8         MS. BOYCE:  Never.  I'm immune deficient.
9         I think that is all the questions I have.
10 But let me just run through your answers just very
11 quickly.
12 BY MS. BOYCE:
13   Q.    Did you have any complications, problems
14 with your reversal of your ileostomy surgery?
15   A.    You mean afterwards when I got home?
16   Q.    Or the surgery itself.  Are you aware of
17 any complications that arose during that surgery?
18   A.    No.  I remember Dr. Hovey telling me the
19 surgery was really easy compared to the other ones.
20   Q.    How about your postop course, was that
21 pretty smooth or were there any complications?
22   A.    There weren't any complications.  But I

195

1 definitely had some pains like trying to eat again
2 and having everything running through the
3 intestines.
4         I was constipated, which they said that's
5 to be expected.  Then even afterwards though, I
6 wasn't able to eat like my regular diet.  So I
7 couldn't have vegetables unless they were fully
8 cooked.  Even then, sometimes the fully cooked
9 vegetables, I wasn't tolerating them.
10        Those kind of things, I don't know if you
11 consider them complications.  But in terms of
12 digestion, that has changed.
13   Q.    Were you on any special diet with the bag?
14   A.    Yes, a low fiber diet.
15   Q.    Were you on any special diet after it was
16 reversed?
17   A.    No.  The nutritionist told me -- or the
18 dietician I saw, she said I was clear to eat
19 whatever.
20   Q.    As you tolerated it?
21   A.    Yes.
22   Q.    Did you have any drains in after the

196

1 reversal surgery?
2    A.    No.
3    Q.    The drains were placed after the second
4 surgery?
5    A.    Yes.
6    Q.    How long did they stay in place?  Were
7 they there when you were discharged from the
8 hospital?
9    A.    No.  They were pulled before.
10   Q.    What did they drain into?  Was it just
11 like a gauze pad that you had over the drains?
12   A.    No.  So they were the drains that had the
13 little bulb.  So I had four of those.
14   Q.    In terms of people with knowledge, you
15 listed your parents.  Then there's Megan Swezey at
16 Rehabcare?
17   A.    Swezey.  She was my manager at that time.
18   Q.    Are you still in touch with her?
19   A.    We're friends on Facebook, but not
20 regularly.
21   Q.    She just knows about how it impacted your
22 work?

197

1    A.    Just when returning to work, yes.
2    Q.    Have you had any discussions with or have
3 you met Dr. McCarus, the expert that's been named
4 on your behalf?
5    A.    I have not met him.
6    Q.    He hasn't done any exam?
7    A.    No.
8    Q.    You were off work for a total of 16.5
9 weeks; is that right?
10    A.    Approximately, yes.
11    Q.    Then you were working part time for a
12 month?
13    A.    Yes.
14         (A brief interruption in the proceedings.)
15 BY MS. BOYCE:
16    Q.    Your answers say you made a claim under
17 UNUM.  Is that for the short-term disability?
18    A.    It was for — I want to say it was called
19 accident insurance.  So it was in case something
20 caused me to go into the hospital to see if I could
21 get reimbursed for it.
22         MS. KOHLER: She didn't have short-term

198

1 disability.  She had an accidental insurance
2 policy, tried to get.
3 BY MS. BOYCE:
4    Q.    Through work?
5    A.    Yes.
6         MS. KOHLER: But they said this wasn't an
7 accident.
8 BY MS. BOYCE:
9    Q.    The Center for Innovative GYN Care bill,
10 before you had surgery, did you know what the bill
11 was going to be?  Or were you given that financial
12 information?
13    A.    I don't remember.  I remember I was given
14 information with regards to this being an
15 outpatient procedure.
16         I was out of network, but that I would be
17 billed as it was in network.  There was also
18 information that I will receive the check if that
19 happens that I needed to send the check to them.
20    Q.    Was it billed in network?
21    A.    It was.
22    Q.    Were you told that there would be an

199

1 out-of-pocket expense for you for that bill, even
2 if they submitted it as an in network?
3    A.    I don't remember.  I remember them saying
4 there might be an additional cost, but I don't
5 remember them saying like what for.
6    Q.    So there was nothing you had to pay prior
7 to surgery?
8    A.    No.
9    Q.    Last question hopefully.  In your answers,
10 you calculated your lost earnings were 35,000 plus.
11 Can you tell me how that was calculated?  Did you
12 use an hourly rate?
13    A.    I did use the hourly rate for the time I
14 was off, both for those months full time and then
15 the part-time work.
16    Q.    What hourly rate did you use?
17    A.    I want to say I used like the 42
18 something.  It was sort of — I think my — the
19 salary per year is about 91,000, so I went off of
20 that.
21    Q.    Did you work overtime at Rehabcare at any
22 point?

200

1    A.    No.
2         MS. BOYCE:  All right.  Thank you so much.
3         MS. KOHLER:  I have just a couple
4 questions.
5         EXAMINATION BY COUNSEL FOR THE PLAINTIFF
6 BY MS. KOHLER:
7    Q.    You've talked about -- I want to focus on
8 digestive issues. You've talk about the
9 constipation. You've talked about going to see
10 Dr. Harris.  Beyond what you've already talked
11 about, what if any sort of bowel digestive issues
12 are you having currently, if anything?
13    A.    So the main ongoing issues are just being
14 constipated, so having to take the stool softeners
15 regularly and the magnesium on a daily basis.  And
16 then still having trouble digesting some foods.
17         So I have like working with my coach, she
18 has told me to make sure that I chew thoroughly,
19 which seems like an obvious answer.  But which has
20 helped.  I make sure that I chew everything like 20
21 to 30 bites.
22         And then like with the constipation,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

51 (201 to 204)

201

1 there's like bloating and those kind of things.
2 The combination of the digestion and the bloating
3 can sometimes I'm assuming contributes to the
4 abdominal pain too.
5     Q.   What sorts of foods are you still having
6 trouble digesting?
7     A.   Like raw vegetables, salads, those kind of
8 things that I really enjoy normally.  I don't
9 really drink carbonated drinks.  But if I try to
10 have something carbonated, it doesn't settle well
11 with my digestion.
12         And sometimes like steak, those kind of
13 things are difficult for me to digest as well.
14     Q.   You mentioned that you had just recently
15 that you woke up and you were in the middle of a
16 dream.  Do you have any -- what if any nightmares
17 do you have either -- well, strike that.  Let me
18 ask a different question.
19         After you got out of the hospital, were
20 you having any nightmares with regard to the whole
21 hospital experience and surgeries?
22     A.   I don't know if you would call them

202

1 nightmares, but it was like flashbacks.  I would
2 have a glimpse of -- I would have a memory.  Or it
3 would even be part of my dream where I would
4 remember either a time where I was vomiting or I
5 was in extreme pain.
6         Like I said, those would be the times
7 where I can feel like that incisional pain at the
8 same time.  I don't know if you call it a
9 nightmare.  But it does happen sometimes when it's
10 part of my dream and I'll wake up.
11         Or I'll have a flashback sometimes
12 occasionally during the day.  Again, it's just like
13 I'll have a moment where I kind of remember a
14 certain moment in the hospital.
15     Q.   Are you still having those events today?
16     A.   A few, yeah.  Occasionally I'll have some
17 again either in my dreams or occasionally during
18 the day.
19     Q.   Was it more frequent when it was closer to
20 you getting out of the hospital?
21     A.   Yeah.  There were a lot more flashbacks
22 initially.

203

1     Q.   In terms of your sort of rehabilitation
2 from the time of the reversal -- well, actually
3 let's talk about first when you were still -- after
4 you got out of the hospital, you were still in
5 Nebraska between the time you got out of the
6 hospital and the time of the reversal, what if
7 anything were you able to do at that point in time?
8     A.   Not much.  So I was very weak.  So I would
9 try to get up and walk up and down the stairs to
10 use the restroom to force myself to get some
11 activity.
12         I did not -- I think I left the house for
13 doctors appointments.  And then I went out one time
14 to the store with my mom, which I wasn't able to
15 tolerate.  I got very dizzy.  My heart rate was
16 really high.  It felt like it was beating out of my
17 chest, so I went back to the car and waited for
18 her.
19         So I didn't really go out of the house too
20 much.  I tried to just -- like I said, the most I
21 was doing exercise wise, I had a band that I would
22 try to use.  I was really tired though.  I was very

204

1 weak.
2         Eating was even a chore.  It was one of
3 those things where I would try to be active.  But
4 honestly I stayed in bed and like slept I would say
5 at least 50 percent of the time.
6     Q.   Tell us a little bit about the bag and
7 changing the bag and what if any difficulties you
8 were having with the bag during the couple of
9 months that you had the bag.
10     A.   So the bag itself was -- it was very -- it
11 was a new thing for me and it was very -- something
12 I was not happy about.  It was something that
13 needed to be emptied pretty regularly, so like
14 every two to three hours.
15         I had to burp it because of the gas that
16 would build up.  So I had to go into the restroom
17 and burp it probably every hour, just because it
18 was so stinky.  I wouldn't want to do it out in
19 front.  Even if it was with my family, I still
20 wouldn't want to do that because it smelled awful.
21         There was a lot of leaks.  So initially
22 the bag -- the idea was to change the bag every two

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

52 (205 to 208)

---

**205**

1  to three days.  But sometimes the bag would leak
2  and it would start to come off.  It would need to
3  be changed more frequently than that.
4       When the bag did leak, it was almost like
5  acid on my skin.  So the skin around the stoma was
6  all raw.  It was very painful to have that sort of
7  acidic liquid in that area.
8       The raw skin was very tender.  I remember
9  even sometimes changing the bag after that would be
10  very painful.  The bag was -- it was one of those
11  things, like I said, I had to empty it like every
12  two to three hours.  If it got halfway full, it
13  would start to pull.  And the weight of it would be
14  uncomfortable in that stoma area.
15       It was just -- it wasn't something that I
16  wanted to be seen with.  It wasn't easily hidden.
17  Even if I was wearing baggy clothes, you could
18  still see it pressuring out.
19       Showering with it was uncomfortable.  You
20  wouldn't think the water touching it would be
21  uncomfortable.  But it was so tender to have even
22  water running over it.

---

**206**

1       It was a very uncomfortable situation.
2  Then the nights that it would leak or the bag would
3  burst, my mom and my grandma would have to help me
4  get cleaned up.  We'd have to change the sheets.
5  We'd have to change everything.  We'd have to call
6  the nurse to have her come put a new bag on.
7       It was one of those things when the bag
8  would burst at night, it was an ordeal.  Like we
9  were up for two or three hours getting everything
10  cleaned up and changed, changing the bag, having
11  the nurse get there.
12       So it was something that I was glad to
13  have off for sure.  I cannot even imagine having to
14  live with that for the rest of my life.  So I'm
15  thankful for that.
16   Q.   Was there a nurse that was staying with
17  you?  Or was it a nurse you had to call in from the
18  outside?
19   A.   It was a home health care nurse, so we had
20  to call.
21   Q.   Is the nurse the one that would change the
22  bag every few days?

---

**207**

1   A.   She would.  They were training me, like
2  teaching me sort of how to do it.  Sometimes they
3  would have me do parts of it.  But especially when
4  the skin was raw, they would take over most of that
5  part.
6   Q.   Your grandmother, is she still alive?
7   A.   She is.
8   Q.   What's her name?
9   A.   Sara, S-A-R-A, Z-A-V as in Victor, A-L-A.
10   Q.   Where does she live?
11   A.   San Bernardino, California.
12   Q.   Because we didn't put her in the
13  interrogatory answer, but we probably should.
14       MS. KOHLER:  Thank you.  That's all the
15  questions I have.
16       MS. BOYCE:  I just have a couple.
17  FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANTS
18  BY MS. BOYCE:
19   Q.   Who was the home health nurse with?  Was
20  it an agency?
21   A.   I want to say it was Algeant Health Home
22  Agency.  So it was through Algeant.

---

**208**

1   Q.   L-E-G-I-O-N?
2   A.   Sorry, A-L-G —
3   Q.   Say it again.
4   A.   A-L-G-E-A-N-T.
5   Q.   Home Care?
6   A.   Yeah.
7   Q.   In?
8   A.   Omaha.  I may be wrong on the name, but
9  I'm almost positive it was through the hospital.
10   Q.   You can check on that?
11   A.   Yes.
12   Q.   How long was the home nurse coming to your
13  house?
14   A.   Pretty much the entire month of December.
15   Q.   Not any time in January?
16   A.   No.
17   Q.   How often did she come, every few days?
18   A.   Yes, about every two to three days.
19   Q.   Is that the only thing she did was change
20  the bag and skin care?
21   A.   Yeah.  They checked my vitals.  But other
22  than that, it was for the ostomy.

---

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

209

1   Q.  She didn't provide any physical care?

2   **A.  No.**

3   Q.  Did there come a time where you were able

4 to change the bag on your own?

5   **A.  Yes.  Especially when it would leak.  And**

6 **if there wasn't a nurse available right away, I**

7 **would try to change it on my own.  But again,**

8 **sometimes it would leak again, so I wasn't sure if**

9 **I was doing it right.  But yeah, I was -- there**

10 **were times I did change it by myself.**

11   Q.  You were able to empty it on your own?

12   **A.  Yes.**

13      MS. BOYCE:  Thank you.

14      MS. KOHLER:  She'll read and sign.

15      (Signature having not been waived, the

16 deposition of SARAH IMELDA SANDOVAL concluded at

17 2:13 p.m.)

18

19

20

21

22

210

1      ACKNOWLEDGMENT OF DEPONENT

2

3    I, SARAH IMELDA SANDOVAL, do hereby acknowledge

4 that I have read and examined the foregoing

5 testimony, and the same is a true, correct and

6 complete transcription of the testimony given by me

7 and any corrections appear on the attached Errata

8 sheet signed by me.

9

10 _____   _____

11  (DATE)      (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

211

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2    I, Tina D. McComb, Court Reporter, the officer before

3 whom the foregoing proceedings were taken, do hereby certify

4 that the foregoing transcript is a true and correct record of

5 the proceedings; that said proceedings were taken by me

6 stenographically and thereafter reduced to typewriting under

7 my supervision; that review was requested as appropriate, and

8 that I am neither counsel for, related to, nor employed by

9 any of the parties to this case and have no interest,

10 financial or otherwise, in its outcome.

11    IN WITNESS WHEREOF, I have hereunto set my hand and

12 affixed my notarial seal this 19th day of December 2017.

13 My commission expires:

14 November 14, 2021

15

16

17

18   _Tina D. McComb_

19 _____

20 NOTARY PUBLIC IN AND FOR THE

21 STATE OF MARYLAND

22

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    54

| A |
|---|

**a-l-a**
207:9
**a-l-g**
208:2
**a-l-g-e-a-n-t**
208:4
**a-n-n**
43:2
**abdomen**
63:2, 63:10,
85:8, 85:9,
88:2, 88:3,
88:14, 89:1,
89:16, 91:7,
132:3, 140:5,
140:11, 145:19,
150:20, 150:21,
154:18, 155:22,
156:6, 161:18,
162:18, 181:12,
191:22
**abdominal**
62:21, 64:6,
64:7, 64:12,
66:10, 149:7,
150:3, 201:4
**ability**
53:14, 75:9,
180:18
**able**
11:8, 15:14,
21:10, 27:17,
31:7, 31:10,
33:5, 35:6,
36:2, 47:16,
51:11, 52:19,
66:16, 69:6,
70:6, 70:16,
71:15, 73:12,
76:7, 80:1,
81:1, 116:13,
123:12, 136:16,
137:17, 138:9,
149:17, 150:9,
153:17, 156:15,
195:6, 203:7,

203:14, 209:3,
209:11
**abnormal**
165:8, 165:16,
165:18
**above**
46:5, 175:10
**absolutely**
37:19, 168:3
**accept**
53:17
**accepting**
32:9
**accident**
197:19, 198:7
**accidental**
198:1
**accidents**
179:7
**according**
98:16, 147:17,
147:22
**aches**
193:15
**aching**
63:3
**achy**
193:15
**acid**
205:5
**acidic**
205:7
**acknowledge**
210:3
**acknowledgment**
210:1
**across**
48:4
**active**
19:20, 30:11,
33:9, 33:10,
175:13, 204:3
**activities**
38:2, 38:12
**activity**
40:1, 70:7,
181:19, 203:11
**actual**
60:15, 184:11

**actually**
22:10, 28:10,
45:5, 45:19,
48:17, 53:17,
55:18, 55:20,
62:15, 72:14,
91:6, 95:10,
96:21, 97:9,
98:10, 100:12,
100:20, 106:15,
116:7, 119:14,
129:1, 134:18,
138:22, 151:5,
154:4, 160:9,
165:9, 165:12,
176:7, 177:20,
194:3, 203:2
**add**
178:13
**added**
178:12
**additional**
115:14, 115:20,
116:9, 116:12,
117:2, 120:1,
189:12, 199:4
**address**
84:13
**admit**
154:20
**admitted**
176:21
**adopt**
72:10, 75:15,
75:17
**adoption**
79:2
**adults**
11:19, 11:20,
16:18
**advil**
150:7, 150:9,
150:17
**aerobic**
50:3, 52:11
**aerobics**
51:19, 51:22
**affect**
182:4

**affects**
69:21
**affiliate**
47:11
**affiliated**
122:7
**affixed**
211:12
**after**
7:22, 8:17,
10:10, 10:21,
12:18, 12:19,
22:10, 23:4,
23:15, 29:19,
30:21, 30:22,
31:2, 38:9,
48:2, 48:5,
49:3, 49:6,
49:15, 54:8,
56:21, 74:3,
74:10, 74:14,
75:7, 80:11,
82:14, 86:15,
87:6, 94:7,
95:3, 99:10,
99:19, 100:5,
100:11, 100:21,
101:14, 103:1,
104:16, 116:10,
119:13, 121:14,
121:15, 121:22,
124:18, 125:19,
126:14, 126:20,
127:1, 127:5,
128:1, 128:6,
133:4, 133:10,
133:11, 141:18,
144:8, 146:21,
150:1, 150:16,
151:16, 151:17,
152:8, 154:15,
155:13, 156:9,
156:17, 156:21,
158:6, 158:17,
165:7, 165:21,
166:12, 166:17,
167:6, 167:12,
169:11, 169:12,

169:13, 171:18,
172:11, 172:17,
172:18, 173:11,
176:20, 190:22,
195:15, 195:22,
196:3, 201:19,
203:3, 205:9
**afternoon**
134:2, 138:22
**afterwards**
125:22, 126:1,
130:4, 133:3,
165:5, 182:14,
194:15, 195:5
**again**
7:14, 15:19,
16:4, 16:18,
16:21, 24:4,
25:10, 26:19,
27:17, 27:21,
28:2, 32:10,
39:3, 39:12,
42:5, 51:6,
51:7, 54:7,
58:8, 58:11,
61:22, 62:3,
70:6, 78:15,
79:22, 80:7,
82:21, 83:3,
83:5, 84:10,
87:5, 98:20,
107:14, 109:11,
110:16, 111:3,
115:22, 119:17,
128:19, 139:19,
151:9, 159:3,
159:13, 160:17,
162:18, 163:8,
164:13, 165:21,
176:4, 180:10,
181:1, 182:10,
183:1, 183:12,
186:2, 189:2,
193:8, 195:1,
202:12, 202:17,
208:3, 209:7,
209:8
**age**
72:13, 72:15,

75:3, 75:10
**agency**
11:1, 207:20,
207:22
**aggravate**
67:5
**ago**
30:1, 30:2,
61:11, 73:16,
107:8
**agreed**
113:6, 113:20,
115:2, 115:6,
123:2, 123:6
**ahead**
19:7, 93:18,
94:12, 94:14,
104:15, 113:12,
173:17
**air**
154:18, 155:22,
156:5
**airport**
143:6, 143:7,
143:17
**al**
1:10
**algeant**
184:20, 207:21,
207:22
**alicia**
58:20
**alison**
3:4
**alive**
80:5, 181:16,
207:6
**all**
6:11, 11:20,
17:14, 21:15,
63:8, 73:6,
73:19, 73:22,
82:6, 82:16,
86:15, 86:16,
86:17, 95:15,
97:7, 115:6,
115:9, 118:8,
118:18, 123:16,

123:20, 125:17,
126:8, 129:20,
131:11, 131:13,
132:17, 135:20,
136:22, 139:6,
145:3, 146:11,
148:10, 150:2,
151:4, 155:22,
157:17, 162:17,
163:12, 174:19,
177:9, 180:13,
184:21, 185:16,
186:3, 194:9,
200:2, 205:6,
207:14
**alleviate**
87:13
**allows**
93:15
**almost**
36:21, 63:3,
63:6, 65:15,
149:7, 157:21,
163:21, 205:4,
208:9
**along**
63:8, 74:16,
110:22, 184:4
**alongside**
36:18
**already**
14:12, 70:20,
85:21, 162:1,
200:10
**also**
30:8, 47:13,
58:22, 59:22,
63:9, 78:21,
98:16, 105:22,
110:10, 112:9,
116:15, 128:21,
129:5, 130:14,
132:15, 139:14,
140:11, 148:15,
198:17
**altering**
180:8, 184:2
**alternative**
72:10

**although**
150:14
**always**
36:10, 36:21,
51:13, 65:14,
65:16, 66:17,
124:1, 142:5,
147:3, 152:12,
175:12
**amigos**
8:21, 9:14
**amount**
13:15
**anatomy**
165:4, 165:9,
165:15, 165:17,
166:3, 166:18
**anesthesia**
121:5
**anesthesiologist**
119:16, 120:7
**angeles**
7:13, 7:16,
8:20
**ann**
170:14
**annual**
25:13, 25:16,
25:17, 27:6,
188:13
**another**
22:11, 43:16,
44:18, 50:12,
55:6, 96:21,
120:6, 160:20,
189:16
**answer**
6:4, 6:7, 9:19,
166:8, 200:19,
207:13
**answered**
115:10, 115:13
**answering**
5:21
**answers**
74:6, 85:19,
90:15, 115:18,
194:10, 197:16,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

56

199:9
**anthem**
17:21, 18:4,
18:12, 18:18,
186:6, 186:13
**anticipated**
130:1, 167:14,
167:15
**anybody**
57:7, 58:15,
105:14, 165:3
**anymore**
170:3
**anyone**
55:8, 56:8,
86:12, 87:3,
93:5, 101:21,
112:21, 119:4,
122:7, 126:12,
131:15, 147:2,
154:13, 159:15,
164:16, 165:20,
170:19, 187:17,
188:21, 189:7,
190:3, 190:7,
190:11
**anything**
5:21, 6:9,
30:9, 32:11,
39:1, 46:12,
55:19, 63:19,
67:5, 67:15,
78:5, 79:16,
82:11, 86:22,
87:12, 87:15,
87:21, 88:1,
89:8, 92:1,
111:21, 112:14,
116:12, 117:4,
119:1, 121:1,
124:21, 131:8,
133:12, 133:15,
133:17, 140:4,
148:17, 148:20,
148:21, 154:8,
154:9, 154:13,
165:2, 167:2,
168:22, 172:4,

176:19, 182:19,
182:22, 183:6,
188:16, 189:4,
193:18, 200:12,
203:7
**anytime**
6:12, 128:1,
153:19
**anywhere**
38:6, 40:2,
40:19, 42:5,
62:20, 108:10,
125:9
**appealing**
33:7, 80:13
**appear**
210:7
**appetite**
139:21, 146:11,
153:3, 153:5,
192:4
**applied**
28:22
**apply**
33:2, 35:15
**appointment**
55:3, 55:6,
104:22, 122:2,
188:11
**appointments**
203:13
**appreciation**
184:3
**appropriate**
211:7
**approximately**
9:2, 133:22,
197:10
**area**
11:22, 55:16,
55:21, 80:8,
80:14, 94:20,
95:2, 95:8,
98:5, 145:18,
145:19, 150:3,
150:14, 150:18,
150:20, 162:21,
162:22, 163:3,

164:11, 205:7,
205:14
**areas**
37:10, 56:2
**arizona**
6:17, 6:19,
6:21, 13:4,
13:6, 13:8,
13:12, 13:21,
13:22, 14:8,
14:10, 14:13,
14:16, 15:13,
15:15, 16:7,
23:20, 24:13,
24:16, 25:1,
27:21, 28:1,
32:4, 32:6,
32:22, 47:11,
47:22, 49:10,
53:8, 82:14,
168:12, 178:11,
188:14, 190:12
**arm**
125:8
**armstrong**
3:13
**arose**
194:17
**around**
28:3, 45:15,
85:12, 86:3,
95:15, 120:21,
125:8, 149:11,
152:21, 183:22,
205:5
**artery**
99:1
**articulate**
36:9
**aside**
25:15, 27:6,
148:21, 165:5,
176:2
**ask**
6:2, 14:15,
35:7, 95:17,
96:12, 108:15,
151:19, 166:20,

189:18, 189:21,
191:13, 201:18
**asked**
47:8, 62:13,
76:6, 97:13,
103:13, 103:21,
104:6, 115:1,
115:18, 115:22,
116:4, 116:7,
116:11, 116:15,
119:21, 120:1,
132:6, 132:7,
139:16, 139:22,
140:4, 141:10,
151:21, 156:13,
156:22, 164:8,
182:15, 190:1,
191:15, 191:16,
192:1, 192:3
**asking**
6:3, 25:22,
64:5, 129:17,
139:21, 139:22,
158:9, 162:5,
172:2, 176:15,
177:1, 181:5,
191:2, 193:22
**aspect**
68:12
**assistance**
19:22
**assistant**
22:4, 24:18,
84:18, 84:19,
84:22
**assisted**
19:2, 19:12,
19:16, 20:1
**assume**
24:5, 35:15,
51:17
**assuming**
57:18, 140:14,
201:3
**at&t**
147:9
**ate**
40:9, 138:3,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    57

| | | | |
|---|---|---|---|
| 138:6, 145:22<br>**attached**<br>210:7<br>**attack**<br>29:17, 29:21<br>**attempt**<br>74:17<br>**attorney-client**<br>123:3<br>**august**<br>69:2, 88:10,<br>97:18, 99:11,<br>100:1, 100:5<br>**aunt**<br>176:13<br>**aureus**<br>9:11, 9:21,<br>12:5, 13:17<br>**authorization**<br>85:15<br>**available**<br>11:17, 209:6<br>**average**<br>33:15, 40:20,<br>86:7, 98:20<br>**aware**<br>194:16<br>**away**<br>67:16, 67:18,<br>67:19, 86:20,<br>99:15, 118:14,<br>150:6, 152:2,<br>155:15, 155:19,<br>209:6<br>**awful**<br>146:3, 188:2,<br>192:20, 193:9,<br>204:20<br><hr>**B**<hr>**babies**<br>76:7<br>**babij**<br>2:4, 3:5<br>**back**<br>6:4, 6:6, 6:20,<br>8:2, 9:7, 9:12,<br>12:10, 13:7, | 29:4, 47:14,<br>49:4, 49:14,<br>50:9, 52:2,<br>52:16, 52:21,<br>53:1, 54:7,<br>54:11, 55:9,<br>55:11, 56:19,<br>57:2, 57:13,<br>58:4, 58:12,<br>59:21, 60:1,<br>60:20, 61:7,<br>61:13, 62:19,<br>64:8, 64:9,<br>64:10, 64:12,<br>64:15, 65:9,<br>66:14, 69:11,<br>70:7, 82:14,<br>83:11, 85:4,<br>86:2, 88:9,<br>90:12, 94:15,<br>97:6, 113:9,<br>121:7, 122:12,<br>124:1, 126:17,<br>126:22, 128:12,<br>133:21, 141:18,<br>142:3, 142:5,<br>142:16, 142:21,<br>143:20, 150:11,<br>150:12, 150:17,<br>152:9, 154:16,<br>160:21, 168:21,<br>169:1, 169:22,<br>176:15, 178:11,<br>180:5, 203:17<br>**background**<br>105:7, 105:10,<br>105:15<br>**bad**<br>59:14, 138:16<br>**bag**<br>162:6, 162:7,<br>167:7, 195:13,<br>204:6, 204:7,<br>204:8, 204:9,<br>204:10, 204:22,<br>205:1, 205:4,<br>205:9, 205:10,<br>206:2, 206:6, | 206:7, 206:10,<br>206:22, 208:20,<br>209:4<br>**baggy**<br>205:17<br>**ball**<br>52:9<br>**band**<br>203:21<br>**bankruptcy**<br>187:9<br>**bann**<br>43:2, 53:13<br>**based**<br>41:19, 55:14,<br>56:11, 77:5,<br>78:16, 89:9,<br>105:21, 108:19,<br>109:5, 131:22,<br>182:12, 182:13<br>**baseline**<br>40:17, 42:8<br>**basic**<br>126:20<br>**basically**<br>43:6, 90:7,<br>156:4<br>**basis**<br>9:17, 11:5,<br>32:1, 56:13,<br>170:5, 188:7,<br>200:15<br>**beating**<br>203:16<br>**because**<br>17:6, 25:10,<br>35:12, 45:17,<br>47:15, 48:3,<br>48:18, 52:16,<br>52:19, 55:21,<br>56:19, 58:11,<br>62:16, 66:9,<br>66:10, 66:20,<br>68:2, 68:11,<br>69:20, 70:9,<br>70:20, 71:10,<br>78:21, 80:13,<br>80:19, 89:11, | 92:4, 92:21,<br>94:18, 96:16,<br>102:16, 102:18,<br>103:17, 107:11,<br>109:11, 115:16,<br>120:2, 122:5,<br>122:20, 123:4,<br>127:9, 128:14,<br>132:8, 137:9,<br>139:17, 143:19,<br>147:22, 149:9,<br>149:20, 150:7,<br>152:15, 153:15,<br>155:21, 160:22,<br>162:17, 164:21,<br>165:21, 169:19,<br>172:2, 176:5,<br>179:14, 180:5,<br>180:12, 180:21,<br>181:16, 182:11,<br>183:17, 183:20,<br>183:21, 187:2,<br>189:11, 191:2,<br>192:2, 192:12,<br>204:15, 204:17,<br>204:20, 207:12<br>**become**<br>74:17<br>**bed**<br>70:2, 149:18,<br>149:21, 204:4<br>**been**<br>5:5, 11:20,<br>12:2, 13:7,<br>14:1, 15:19,<br>20:13, 25:6,<br>27:14, 30:18,<br>33:14, 35:5,<br>42:13, 43:7,<br>47:22, 48:1,<br>52:3, 52:16,<br>56:18, 57:3,<br>58:19, 67:11,<br>68:21, 69:4,<br>69:14, 69:22,<br>70:3, 70:5,<br>70:9, 70:13,<br>80:8, 82:2, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

58

82:4, 83:10,
83:17, 91:8,
100:4, 101:3,
108:9, 110:15,
112:1, 115:9,
116:16, 120:2,
135:2, 135:3,
144:12, 144:15,
150:7, 151:13,
159:18, 160:7,
160:13, 165:6,
166:1, 169:1,
170:22, 171:5,
177:9, 178:16,
179:6, 180:9,
181:2, 181:8,
181:9, 181:13,
181:14, 182:7,
182:9, 182:16,
182:17, 182:20,
184:1, 185:14,
186:21, 197:3,
209:15
**before**
2:14, 5:15,
15:9, 24:1,
25:9, 30:20,
31:1, 41:21,
42:7, 47:3,
47:8, 49:9,
49:17, 49:18,
49:19, 50:10,
50:15, 56:21,
57:22, 61:7,
63:17, 70:2,
72:6, 81:12,
82:1, 82:9,
82:10, 88:17,
97:7, 100:9,
100:11, 100:13,
100:20, 115:15,
116:10, 116:11,
118:7, 119:6,
119:18, 121:6,
122:9, 122:22,
123:19, 124:10,
132:7, 133:11,
133:18, 139:17,

143:8, 151:9,
151:14, 152:5,
153:13, 184:21,
185:18, 187:17,
196:9, 198:10,
211:2
**beginning**
20:9
**behalf**
3:3, 3:11,
197:4
**behind**
131:12
**being**
59:20, 70:6,
70:7, 80:1,
80:12, 80:15,
86:6, 117:12,
142:3, 164:22,
166:22, 179:8,
198:14, 200:13
**believe**
12:20, 14:3,
17:21, 18:9,
20:8, 21:8,
31:19, 47:5,
48:1, 53:10,
65:8, 74:2,
74:6, 77:1,
78:8, 88:4,
88:6, 90:6,
90:20, 91:11,
99:7, 101:5,
110:3, 110:7,
114:5, 118:6,
126:15, 130:6,
130:22, 131:3,
131:13, 133:8,
136:14, 137:10,
137:16, 139:22,
142:9, 143:5,
145:11, 146:19,
147:1, 147:4,
147:20, 156:7,
159:12, 165:12,
168:7, 170:11,
175:2, 183:13,
189:9, 190:21,

192:4
**bell**
99:13
**belmont**
14:2
**belong**
173:22
**benefit**
68:6
**benefits**
17:12, 17:14,
17:17, 18:6
**beran**
53:6, 53:16,
55:4
**bernardino**
207:11
**best**
71:14, 78:20,
180:15, 184:5
**better**
11:9, 11:10,
15:20, 27:18,
56:20, 57:19,
68:16, 69:5,
69:19, 75:7,
100:22, 136:16,
158:17, 159:7,
176:4, 184:3,
194:5
**between**
6:21, 13:8,
32:6, 33:11,
33:16, 33:17,
34:7, 40:19,
69:1, 149:2,
203:5
**beyond**
200:10
**big**
80:8, 95:2,
102:7, 162:9
**biggest**
79:20, 81:2,
101:8, 101:11
**bikes**
52:12
**bill**
187:3, 198:9,

198:10, 199:1
**billed**
198:17, 198:20
**bills**
123:16, 123:17,
123:18, 184:8,
184:13, 185:12,
185:16, 186:22
**biology**
7:21
**bit**
15:18, 15:20,
18:10, 21:12,
28:11, 41:12,
41:14, 49:9,
61:17, 65:20,
68:9, 68:10,
68:11, 69:17,
70:1, 70:12,
70:19, 80:16,
83:1, 83:11,
83:19, 85:9,
93:15, 93:17,
95:4, 99:8,
119:5, 120:21,
129:22, 135:14,
136:3, 136:16,
144:9, 145:17,
146:2, 148:13,
148:22, 149:19,
157:2, 161:18,
181:18, 190:19,
191:19, 191:20,
192:11, 193:20,
204:6
**bites**
200:21
**bits**
153:14
**bloating**
98:7, 98:10,
201:1, 201:2
**blocked**
76:21, 76:22,
77:4, 78:3
**blodikan**
175:11
**blood**
104:11, 109:14,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

59

109:18, 110:4,
114:9, 117:7,
127:14, 127:19,
129:9, 129:15,
139:11, 139:12,
160:17
**blue**
17:21, 18:3,
18:6, 18:13,
18:18, 186:10,
186:17, 186:20
**board**
143:18
**body**
41:11, 41:14,
41:17, 42:11,
50:11, 51:17,
70:11, 83:1,
193:15
**born**
7:1
**both**
11:19, 28:7,
28:16, 30:8,
30:18, 30:21,
39:18, 56:2,
60:2, 61:1,
66:13, 90:17,
91:6, 91:9,
91:13, 118:16,
123:2, 160:9,
162:16, 185:2,
199:14
**bowel**
87:21, 132:21,
140:12, 191:18,
192:6, 192:13,
200:11
**boy**
43:2
**boyce**
3:12, 4:3, 4:5,
5:7, 5:13, 13:2,
13:3, 34:2,
35:21, 41:16,
46:18, 46:20,
54:22, 55:2,
73:3, 79:15,

85:18, 86:1,
94:6, 97:12,
107:16, 111:14,
111:18, 111:20,
113:15, 117:15,
123:1, 123:8,
124:2, 124:7,
148:6, 166:11,
171:7, 173:5,
186:5, 194:3,
194:8, 194:12,
197:15, 198:3,
198:8, 200:2,
207:16, 207:18,
209:13
**break**
6:12, 6:13,
54:20, 81:5,
85:21
**breaker**
80:20, 83:6
**breakfast**
137:21, 138:2,
138:3
**breath**
140:21
**breathing**
70:1, 159:2
**brief**
156:15, 197:14
**briefly**
28:15, 96:8,
114:18, 119:17,
119:18, 126:11,
128:3, 130:8,
130:11, 158:20,
166:20
**bringing**
165:20
**broke**
81:12
**broken**
83:10, 182:1
**brother**
31:16, 31:17,
31:18, 159:17,
160:3, 187:14,
188:4

**brother's**
160:2
**brothers**
29:8, 31:12,
31:15, 79:7
**brought**
13:6, 114:22,
137:20
**brown**
139:5
**build**
57:5, 204:16
**building**
21:19, 57:4
**bulb**
196:13
**bulge**
83:19
**bulging**
85:7, 88:13,
89:1, 98:11
**burning**
63:7, 67:1
**burp**
204:15, 204:17
**burst**
206:3, 206:8
**butt**
60:20
**bwi**
143:4
**bypass**
29:18

---
**C**
---

**cabg**
29:18, 30:3
**calculated**
199:10, 199:11
**california**
7:13, 7:16,
8:4, 8:22, 33:8,
190:16, 207:11
**call**
94:15, 102:13,
104:21, 113:3,
113:13, 117:13,
117:14, 117:18,

117:19, 118:2,
120:17, 135:5,
141:17, 141:18,
147:3, 147:12,
177:4, 191:4,
201:22, 202:8,
206:5, 206:17,
206:20
**called**
9:11, 11:2,
17:5, 46:2,
47:5, 53:10,
94:9, 96:18,
101:5, 113:3,
113:4, 113:9,
128:11, 128:12,
134:18, 147:2,
147:5, 147:13,
151:19, 154:3,
177:20, 190:22,
191:6, 191:7,
197:18
**calling**
146:20, 151:20
**came**
21:18, 31:6,
49:10, 102:9,
102:12, 118:16,
125:19, 130:10,
132:5, 138:20,
139:10, 150:11,
155:12, 159:17,
166:8, 169:20,
183:19
**camera**
73:20
**can**
5:8, 6:7, 7:14,
11:15, 18:15,
18:21, 28:9,
32:11, 34:21,
34:22, 35:1,
45:18, 45:19,
50:12, 50:17,
53:22, 54:5,
54:16, 54:20,
56:15, 58:9,
62:22, 68:18,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    60

| | | | |
|---|---|---|---|
| 73:10, 80:4, 80:5, 83:8, 84:12, 86:4, 92:3, 92:4, 93:17, 124:1, 124:21, 125:9, 125:11, 167:5, 173:6, 178:8, 179:3, 181:16, 181:17, 186:3, 199:11, 201:3, 202:7, 208:10 | 171:12, 198:9, 206:19, 208:5, 208:20, 209:1 | 163:14, 163:22 | **cheaper** 47:19 |
| | **cared** 183:18, 183:19 | **center** 1:9, 8:21, 102:12, 118:20, 121:9, 124:13, 126:3, 128:6, 129:11, 135:4, 198:9 | **check** 76:2, 76:8, 139:12, 151:5, 172:3, 198:18, 198:19, 208:10 |
| | **caregiver** 19:22 | | **checked** 139:11, 151:7, 151:8, 208:21 |
| | **caregivers** 20:2 | **ceppos** 3:13 | **checking** 129:9, 140:19 |
| **can't** 23:1, 48:14, 50:20, 56:10, 56:12, 66:17, 69:20, 75:14, 78:11, 83:7, 123:15, 131:4, 141:15, 179:17, 181:22 | **caring** 119:13 | **certain** 12:4, 13:15, 72:13, 72:15, 202:14 | **chest** 125:8, 135:20, 136:22, 140:18, 145:18, 149:6, 150:2, 150:5, 150:14, 150:19, 203:17 |
| | **carrier** 17:19, 147:8 | **certainly** 108:22 | |
| | **carry** 54:6, 71:15, 93:5 | **certificate** 211:1 | **chew** 200:18, 200:20 |
| | **case** 16:2, 74:21, 79:3, 83:9, 90:18, 197:19, 211:9 | **certified** 22:3 | **chi** 184:18, 184:19, 184:21 |
| **canceled** 96:17, 100:11, 100:12, 100:20, 103:2 | | **certify** 211:3 | **child** 71:16, 72:12, 72:17, 74:10, 74:14, 74:20, 75:2, 75:4, 75:14, 75:20, 80:19, 81:1, 93:6 |
| **cancelled** 103:6 | **cat** 88:2, 88:5, 189:3 | **challenging** 66:15, 183:4 | |
| **cancerous** 90:10 | **catheter** 121:6, 124:14 | **chance** 104:1, 108:17, 119:12, 171:10 | |
| **candidate** 35:9, 103:12, 103:20, 104:4 | **cause** 60:15, 62:5, 62:7, 66:5 | **chances** 78:2, 78:5 | **children** 11:19, 70:16, 79:7, 81:20, 83:7 |
| **cannot** 66:8, 66:20, 80:18, 93:5, 206:13 | **caused** 87:4, 197:20 | **change** 28:10, 41:21, 76:16, 142:18, 204:22, 206:4, 206:5, 206:21, 208:19, 209:4, 209:7, 209:10 | |
| **car** 203:17 | **causing** 57:11, 87:22 | | **chills** 193:16 |
| **carbonated** 201:9, 201:10 | **cautious** 180:22 | | **chiropractic** 60:9 |
| **care** 1:10, 20:3, 22:2, 23:5, 23:7, 24:12, 24:15, 25:9, 25:14, 27:1, 58:9, 60:9, 102:12, 124:22, | **cavities** 158:1 | **changed** 180:1, 181:15, 181:21, 182:2, 195:12, 205:3, 206:10 | **chiropractor** 53:4, 55:13, 58:5, 58:20, 58:21, 59:1, 188:8 |
| | **cd** 99:6, 110:14, 110:17, 110:22 | | |
| | **cds** 111:8 | **changes** 14:21, 182:3 | **choice** 29:5 |
| | **cell** 147:3, 147:5, 147:6, 147:13, 147:15, 160:17 | **changing** 28:9, 204:7, 205:9, 206:10 | **choose** 33:18 |
| | **cement** 157:22, 163:9, | **chartered** 3:14 | |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    61

| | | | |
|---|---|---|---|
| **chore**<br>204:2<br>**chose**<br>22:19<br>**chronic**<br>31:13<br>**church**<br>173:22<br>**churches**<br>174:2<br>**cities**<br>28:10<br>**civil**<br>1:8<br>**claim**<br>197:16<br>**class**<br>39:14, 49:12,<br>50:17<br>**classes**<br>39:15, 39:17,<br>47:17, 51:6,<br>51:9, 51:10<br>**clean**<br>161:17<br>**cleaned**<br>158:2, 206:4,<br>206:10<br>**clear**<br>194:1, 195:18<br>**click**<br>126:17<br>**clinic**<br>77:14, 77:16,<br>77:18<br>**clock**<br>150:8<br>**close**<br>164:22<br>**closer**<br>202:19<br>**closure**<br>185:22<br>**clothes**<br>41:20, 41:21,<br>42:3, 205:17<br>**co-workers**<br>54:16 | **co2**<br>125:6<br>**coach**<br>43:16, 43:17,<br>44:18, 53:13,<br>54:15, 68:11,<br>200:17<br>**code**<br>188:18<br>**colace**<br>170:11<br>**colleague**<br>91:18, 95:13,<br>95:22, 161:6,<br>161:11<br>**colleagues**<br>161:4<br>**collection**<br>186:21, 187:5<br>**college**<br>7:22, 175:16<br>**colon**<br>158:8, 162:10,<br>162:15, 164:17<br>**colonoscopies**<br>189:7<br>**combination**<br>66:13, 69:13,<br>201:2<br>**come**<br>38:12, 45:20,<br>74:16, 77:14,<br>118:4, 122:12,<br>123:22, 124:1,<br>126:22, 138:18,<br>154:21, 169:22,<br>180:4, 205:2,<br>206:6, 208:17,<br>209:3<br>**comes**<br>6:4, 67:6,<br>68:22, 72:18<br>**comfort**<br>174:4<br>**coming**<br>89:15, 89:16,<br>89:20, 102:4,<br>127:7, 154:16, | 188:12, 208:12<br>**commission**<br>211:13<br>**common**<br>87:5, 106:20,<br>110:4, 116:4,<br>117:6, 117:17<br>**companies**<br>11:16, 13:20<br>**company**<br>9:10, 10:9,<br>11:14, 11:18,<br>18:17, 53:9<br>**compared**<br>106:5, 106:7,<br>194:19<br>**compensate**<br>57:13<br>**compensated**<br>13:15, 17:10<br>**compensation**<br>15:19<br>**complain**<br>148:21<br>**complainer**<br>194:2<br>**complaining**<br>148:17<br>**complaint**<br>85:6<br>**complaints**<br>37:17, 83:13,<br>148:16<br>**complete**<br>51:11, 210:6<br>**completely**<br>76:20, 93:13,<br>169:8<br>**complicated**<br>106:3<br>**complications**<br>104:7, 116:5,<br>117:6, 117:17,<br>119:11, 194:13,<br>194:17, 194:21,<br>194:22, 195:11<br>**composition**<br>41:14 | **compression**<br>55:14, 55:19,<br>60:4<br>**concern**<br>80:8, 94:18,<br>142:2<br>**concerned**<br>71:9, 83:9<br>**concerns**<br>136:8<br>**concluded**<br>209:16<br>**concrete**<br>71:7<br>**concur**<br>59:18<br>**condition**<br>132:11, 141:13,<br>149:4, 176:12<br>**conditions**<br>29:16, 30:6,<br>31:13, 37:17<br>**confidentiality**<br>123:3, 123:4<br>**confirmed**<br>95:3, 96:16<br>**confused**<br>36:11, 36:15,<br>45:1, 126:11<br>**connected**<br>113:1, 191:7<br>**cons**<br>28:7<br>**consent**<br>114:2, 114:6,<br>114:11, 114:12,<br>114:20, 162:3<br>**consider**<br>62:1, 189:2,<br>195:11<br>**consistent**<br>54:14, 56:19<br>**constant**<br>63:3, 65:13,<br>65:15, 149:12<br>**constantly**<br>11:16<br>**constipated**<br>195:4, 200:14 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                62

| | | | |
|---|---|---|---|
| constipation<br>83:18, 85:7,<br>88:13, 88:16,<br>98:7, 98:9,<br>170:2, 170:4,<br>200:9, 200:22<br>consult<br>46:7, 46:8,<br>46:14, 96:1,<br>100:18, 101:21,<br>103:1, 103:7,<br>103:9, 112:22,<br>114:21, 115:19,<br>116:8, 116:10,<br>189:16<br>consultation<br>112:19<br>consults<br>43:13<br>contact<br>120:17, 176:20,<br>177:13<br>contacted<br>166:5<br>contents<br>157:17<br>continue<br>52:19<br>continued<br>94:16, 178:13<br>contract<br>9:12, 10:5,<br>10:10, 10:12,<br>11:1, 11:5,<br>13:12, 15:17,<br>16:4, 22:11,<br>32:5, 32:8,<br>34:21<br>contracts<br>10:7, 16:16,<br>28:4, 28:8,<br>28:12, 32:7,<br>32:9, 33:12,<br>33:16, 33:17,<br>33:20, 34:6<br>contributes<br>201:3<br>control<br>69:19, 121:4 | controlled<br>124:13<br>conversation<br>80:18, 81:4,<br>83:5, 100:9,<br>113:6, 113:17,<br>119:19, 128:16,<br>146:17, 152:5<br>conversations<br>119:4, 119:7,<br>119:9, 190:17<br>convert<br>93:2, 108:1,<br>108:18, 108:20,<br>109:15<br>converted<br>181:9<br>cooked<br>195:8<br>copies<br>26:8, 26:12,<br>156:13<br>copy<br>174:14<br>core<br>27:13, 27:17,<br>27:19, 31:20,<br>34:19, 57:3,<br>57:4, 66:13,<br>186:12, 186:19<br>correct<br>18:20, 20:11,<br>20:18, 24:7,<br>33:21, 87:19,<br>89:22, 90:4,<br>90:13, 97:4,<br>98:2, 98:8,<br>98:17, 115:4,<br>123:7, 123:8,<br>124:20, 128:18,<br>146:18, 147:19,<br>148:3, 148:4,<br>148:7, 152:19,<br>156:2, 156:3,<br>162:4, 188:7,<br>190:4, 210:5,<br>211:4<br>correction<br>45:21 | corrections<br>210:7<br>cosmetic<br>74:8<br>cost<br>79:5, 199:4<br>could<br>18:12, 20:2,<br>22:5, 22:16,<br>28:10, 40:2,<br>40:7, 42:5,<br>48:3, 52:1,<br>52:7, 52:9,<br>54:10, 56:10,<br>57:11, 60:1,<br>77:6, 77:7,<br>77:11, 84:17,<br>87:13, 87:22,<br>89:9, 92:20,<br>95:9, 95:10,<br>95:18, 96:8,<br>97:5, 104:15,<br>107:13, 113:8,<br>121:13, 121:15,<br>122:15, 149:11,<br>158:3, 158:13,<br>158:15, 175:3,<br>179:6, 180:9,<br>181:13, 182:7,<br>182:8, 182:17,<br>182:20, 197:20,<br>205:17<br>couldn't<br>89:14, 89:15,<br>173:2, 173:14,<br>195:7<br>counsel<br>5:6, 200:5,<br>207:17, 211:8<br>counseling<br>67:20, 67:22,<br>68:1, 68:7<br>count<br>160:17<br>couple<br>17:5, 17:7,<br>63:1, 63:15,<br>65:1, 86:20, | 86:21, 87:8,<br>104:16, 114:8,<br>120:21, 144:8,<br>149:19, 156:17,<br>168:16, 171:18,<br>174:1, 175:1,<br>200:3, 204:8,<br>207:16<br>course<br>44:11, 64:19,<br>74:9, 74:10,<br>121:2, 124:9,<br>125:2, 126:1,<br>130:3, 176:1,<br>194:20<br>court<br>1:1, 211:2<br>cousins<br>14:9<br>crackers<br>129:10<br>crazy<br>187:22<br>created<br>164:5<br>credentials<br>12:4<br>cross<br>17:21, 18:3,<br>18:6, 18:13,<br>18:18, 186:10,<br>186:17, 186:20<br>current<br>32:5, 36:1,<br>61:19<br>currently<br>6:15, 33:10,<br>49:21, 51:3,<br>55:4, 79:17,<br>82:6, 123:16,<br>185:3, 186:9,<br>187:1, 188:6,<br>200:12<br>cvs<br>134:21, 135:1,<br>135:7, 188:16,<br>188:17<br>cycling<br>49:12 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

63

cyst
91:4, 91:6,
130:14, 131:2,
131:6, 171:16
cysts
131:9, 172:3

D

dad
31:10, 35:7,
134:21, 143:19,
175:3, 175:8,
176:13, 179:14,
184:4, 184:6
dad's
14:9, 165:13
daily
37:11, 38:2,
65:16, 170:7,
200:15
damage
104:12, 109:19,
110:2, 110:6,
117:8
damages
164:20
damilyants
5:14, 100:10,
100:14, 101:22,
103:1, 103:8,
105:18, 108:13,
111:7, 112:19,
114:21, 117:17,
119:17, 122:12,
124:18, 124:19,
126:12, 127:1,
127:4, 128:1,
128:16, 141:17,
142:1, 151:19,
152:6, 152:15,
164:7, 164:9,
176:20, 189:16
darren
59:3, 59:4
date
21:4, 61:10,
97:9, 97:13,
97:14, 97:15,

100:18, 123:13,
142:15, 167:9,
173:3, 173:16,
210:11
dated
82:8
dates
48:13, 73:11,
73:13, 82:16,
83:15
dating
82:2, 82:6,
82:11, 82:19,
82:20
day
34:17, 36:8,
38:3, 39:19,
43:19, 50:12,
50:18, 65:16,
117:12, 118:7,
119:2, 121:15,
125:19, 125:21,
127:4, 128:11,
128:13, 128:15,
130:11, 132:6,
133:1, 133:9,
133:22, 134:4,
134:10, 134:17,
134:18, 135:13,
135:16, 136:7,
136:9, 136:11,
138:11, 138:15,
139:7, 141:13,
141:16, 141:18,
144:19, 145:3,
146:20, 149:2,
149:22, 150:4,
150:10, 151:6,
151:8, 152:9,
154:3, 156:20,
158:22, 159:4,
190:22, 191:1,
193:4, 193:6,
202:12, 202:18,
211:12
days
17:5, 17:7,
17:10, 19:9,

21:12, 38:15,
38:16, 39:7,
39:20, 39:21,
39:22, 40:3,
49:22, 50:1,
50:2, 50:15,
51:4, 51:21,
99:10, 121:14,
124:15, 125:10,
126:7, 136:12,
149:8, 149:20,
150:1, 153:13,
156:17, 157:6,
158:19, 205:1,
206:22, 208:17,
208:18
de
24:18, 84:3,
84:11
deal
80:20, 83:6
december
1:16, 74:3,
74:4, 74:5,
168:7, 208:14,
211:12
decided
9:6, 13:9,
18:13, 47:18,
104:19, 179:3
decision
113:5
decrease
28:18, 148:10
decreased
148:12
deductible
18:9, 185:21
defendants
1:11, 3:11,
5:6, 207:17
deficient
194:8
definitely
29:15, 37:5,
57:17, 61:3,
69:17, 75:19,
80:1, 80:4,

184:5, 195:1
deformed
70:12
degree
7:20
degrees
193:19
delayed
173:3
delete
187:16
deleted
187:18
demand
36:4
dementia
19:15, 20:4
depending
11:18, 34:21,
75:10, 93:3,
96:9, 104:17
depends
32:7, 98:19
deponent
210:1
deposition
1:14, 2:1,
4:11, 5:2, 5:15,
6:5, 122:22,
124:5, 209:16
describe
62:22
described
99:7, 154:18,
156:8, 163:21,
164:20
describing
163:8
detail
77:2, 77:8
details
176:12
determine
62:7, 69:6,
74:10
device
93:11, 111:4
diabetes
29:20

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    64

**diagnosed**
132:10, 132:19
**diagnostic**
90:8
**didn't**
9:5, 18:18,
19:22, 22:15,
25:8, 25:13,
26:17, 26:22,
35:4, 35:15,
53:18, 55:18,
61:21, 64:12,
65:9, 77:8,
81:17, 82:16,
87:15, 87:21,
88:1, 88:5,
91:16, 96:1,
96:6, 102:13,
103:4, 107:12,
109:5, 115:3,
120:22, 122:8,
132:1, 133:14,
142:18, 143:17,
145:8, 145:20,
145:21, 146:4,
151:5, 153:15,
156:1, 162:3,
162:20, 163:2,
165:1, 167:9,
169:22, 172:17,
174:2, 175:17,
177:3, 177:16,
180:16, 182:22,
183:9, 183:15,
185:9, 187:14,
192:21, 197:22,
203:19, 207:12,
209:1
**diet**
40:6, 195:6,
195:13, 195:14,
195:15
**dietician**
195:18
**difference**
18:5, 18:8,
105:18
**different**
6:4, 10:6,

10:13, 11:1,
11:12, 11:14,
11:15, 19:18,
26:3, 37:10,
41:12, 41:15,
52:3, 60:6,
63:1, 69:22,
81:19, 106:13,
143:7, 158:1,
161:8, 167:3,
174:2, 181:10,
182:16, 201:18
**differently**
182:20
**difficult**
68:4, 80:9,
162:17, 201:13
**difficulties**
204:7
**difficulty**
17:2, 35:22,
55:17, 98:7,
98:12, 107:14,
162:14
**digest**
201:13
**digesting**
200:16, 201:6
**digestion**
195:12, 201:2,
201:11
**digestive**
200:8, 200:11
**dinner**
137:18, 138:6,
138:8, 138:9,
144:15, 144:17,
144:21
**direct**
143:11
**directed**
134:13
**directly**
26:10, 129:2,
133:2, 147:13
**disability**
35:2, 35:3,
35:9, 35:10,

35:11, 35:16,
197:17, 198:1
**discharge**
126:4, 126:8
**discharged**
166:13, 166:18,
168:5, 169:8,
196:7
**discomfort**
66:5
**discuss**
46:15, 92:19,
99:4
**discussed**
99:16, 110:14,
114:21
**discussing**
99:1
**discussion**
34:1, 46:19,
55:1, 73:2,
81:20, 94:5,
94:7, 96:10,
96:19, 97:11,
101:14, 108:12,
113:14, 117:16,
117:21, 122:19,
127:4, 127:22,
157:3, 157:10,
159:16, 164:4,
166:17, 167:1,
168:1
**discussions**
128:7, 160:12,
197:2
**disease**
132:19, 132:21
**disks**
112:4
**dissipated**
125:13
**distance**
39:1, 175:19
**distorted**
165:4, 166:3,
166:18
**distracted**
65:19

**district**
1:2
**division**
1:3
**dizzy**
203:15
**doctor**
25:2, 38:1,
95:17, 95:20,
118:8, 119:20,
121:19, 124:17,
126:8, 130:6,
141:19, 154:16,
155:4, 155:5,
155:8, 155:9
**doctor's**
120:18
**doctors**
25:5, 25:6,
101:20, 103:22,
181:3, 182:13,
203:13
**document**
112:2, 126:16
**documents**
114:9, 126:15,
126:21
**does**
29:16, 30:5,
36:12, 43:6,
43:18, 45:15,
45:22, 56:4,
56:5, 56:16,
57:1, 57:3,
60:21, 60:22,
65:4, 65:5,
65:13, 66:2,
67:5, 67:16,
74:17, 77:16,
92:1, 97:19,
97:20, 99:13,
100:1, 104:21,
105:1, 105:19,
170:13, 202:9,
207:10
**doesn't**
50:11, 53:17,
53:19, 66:4,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

65

67:15, 69:20,
74:16, 75:1,
84:5, 104:3,
180:20, 188:3,
201:10
**doing**
22:6, 33:4,
35:18, 39:6,
44:15, 45:4,
46:15, 51:19,
52:6, 57:21,
58:10, 70:1,
71:12, 86:15,
94:12, 94:18,
119:21, 147:19,
148:16, 176:9,
177:1, 183:3,
203:21, 209:9
**done**
28:15, 55:12,
58:7, 58:17,
61:9, 76:11,
77:11, 85:3,
87:13, 94:13,
94:20, 94:22,
99:4, 99:19,
102:17, 119:10,
120:2, 120:9,
130:2, 132:13,
162:1, 171:20,
180:11, 181:3,
181:5, 181:8,
182:5, 182:6,
182:9, 182:16,
182:20, 183:16,
185:2, 189:22,
197:6
**donohue**
3:13
**dosage**
134:13, 146:6
**down**
18:16, 43:20,
60:19, 62:4,
63:10, 79:1,
134:6, 135:20,
136:17, 153:17,
162:20, 164:11,

180:6, 187:11,
203:9
**downey**
8:21
**dr**
5:14, 22:21,
22:22, 24:5,
58:20, 59:1,
59:3, 59:4,
59:11, 59:16,
59:18, 60:5,
60:7, 61:7,
62:13, 62:16,
77:19, 86:15,
87:5, 89:21,
90:2, 90:5,
90:16, 90:17,
91:11, 91:14,
94:8, 94:19,
95:21, 96:4,
97:3, 97:17,
100:1, 100:10,
100:14, 101:2,
101:15, 101:22,
102:18, 102:22,
103:1, 103:8,
105:18, 105:20,
108:13, 110:12,
111:7, 112:19,
114:21, 117:17,
119:17, 122:12,
124:18, 124:19,
126:12, 127:1,
127:4, 128:1,
128:16, 132:14,
141:17, 142:1,
151:19, 152:6,
152:15, 155:1,
155:16, 155:17,
157:4, 157:11,
159:11, 159:18,
161:2, 164:7,
164:9, 166:12,
168:1, 169:6,
169:18, 170:14,
170:19, 170:20,
170:21, 171:1,
172:7, 172:9,

176:20, 188:12,
188:22, 189:16,
194:18, 197:3,
200:10
**drain**
196:10
**drains**
161:21, 195:22,
196:3, 196:11,
196:12
**dream**
201:16, 202:3,
202:10
**dreaming**
67:11
**dreams**
202:17
**dress**
37:3
**dressing**
37:12
**drew**
139:11
**drink**
40:11, 138:12,
146:13, 201:9
**drinking**
138:11, 146:12,
146:16
**drinks**
201:9
**drive**
2:5, 3:6,
187:22
**drop**
135:9
**dropped**
135:11
**drug**
92:16, 94:2,
111:2
**due**
70:4
**dugan**
3:5
**dulles**
143:4
**duly**
5:5

**during**
19:11, 25:16,
34:17, 38:5,
44:4, 44:5,
44:11, 112:22,
113:12, 113:17,
115:18, 116:7,
127:14, 130:20,
132:3, 137:8,
138:15, 158:15,
164:10, 171:17,
184:10, 194:17,
202:12, 202:17,
204:8
**duties**
17:3, 36:1

**E**

**each**
11:14, 18:6,
25:21, 26:2,
26:4, 107:21,
119:17
**earlier**
143:18, 151:7,
167:14
**early**
21:13, 143:1,
143:3, 144:15
**earnings**
199:10
**easier**
92:12
**easily**
205:16
**easy**
37:16, 194:19
**eat**
38:12, 40:7,
40:10, 40:13,
137:16, 138:2,
138:9, 144:4,
144:9, 144:14,
144:19, 195:1,
195:6, 195:18
**eating**
37:12, 40:5,
137:15, 146:8,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    66

| | | | |
|---|---|---|---|
| 152:22, 153:3, 153:4, 153:11, 153:14, 192:3, 192:12, 204:2 | 154:12, 191:2 | 152:4, 152:15, 153:13, 154:15, 155:4, 155:5, 155:8, 155:9 | 24:15, 26:8, 70:22, 71:3, 71:17, 71:20, 71:22, 95:17, 120:10, 122:2, 131:20, 132:2, 132:10, 153:21, 154:2, 173:1, 173:11, 177:17, 179:9, 189:21, 194:4 |
| **ed** 177:6 | **emphasized** 149:10 | **errata** 210:7 | |
| **education** 7:11 | **employed** 9:8, 211:8 | **especially** 65:17, 70:15, 70:20, 207:3, 209:5 | |
| **eggs** 70:22, 71:9 | **employee** 29:1 | | |
| **eight** 98:18 | **employer** 18:7 | **esquire** 3:4, 3:12 | |
| **eights** 142:10 | **employment** 11:3, 11:6, 25:18, 25:21, 28:13 | **essentially** 13:7 | **every** 25:17, 28:3, 37:22, 43:19, 46:14, 102:3, 102:11, 134:12, 137:4, 141:4, 145:4, 153:22, 168:18, 185:6, 188:21, 204:14, 204:17, 204:22, 205:11, 206:22, 208:17, 208:18 |
| **either** 22:18, 29:6, 33:6, 35:11, 39:9, 51:14, 52:20, 55:16, 61:6, 66:6, 90:7, 94:21, 112:15, 113:16, 128:7, 130:6, 141:9, 156:12, 156:20, 184:22, 201:17, 202:4, 202:17 | **emptied** 204:13 | **estimate** 73:14 | |
| | **empty** 205:11, 209:11 | **et** 1:10 | |
| | **end** 20:8, 81:17, 122:22 | **evaluate** 19:3 | |
| | **ended** 32:5, 48:17 | **evaluation** 22:4, 76:11 | |
| | **endings** 87:6 | **evaluations** 22:6 | |
| | **ends** 10:10 | **evans** 24:5 | |
| **elevated** 193:13 | **energy** 22:16, 50:8 | **evans-keasling** 22:22 | **everyday** 38:17, 38:18, 43:10, 56:17, 56:18, 159:11, 179:15 |
| **ellen** 123:21 | **enjoy** 28:8, 28:11, 47:16, 201:8 | **even** 36:15, 37:13, 68:5, 80:12, 97:3, 106:2, 125:8, 128:6, 128:15, 141:16, 145:18, 162:20, 163:18, 164:11, 181:3, 195:5, 195:8, 199:1, 202:3, 204:2, 204:19, 205:9, 205:17, 205:21, 206:13 | |
| **else** 15:3, 33:3, 62:20, 79:16, 85:1, 103:19, 111:22, 112:2, 112:21, 124:21, 126:12, 131:8, 140:4, 177:14 | **enjoyed** 13:6 | | **everyone** 36:12, 36:15 |
| | **enough** 179:11, 183:9 | | **everything** 69:10, 80:13, 158:3, 161:17, 163:11, 163:14, 169:20, 171:9, 183:6, 195:2, 200:20, 206:5, 206:9 |
| | **entailed** 93:9, 139:15 | | |
| **else's** 112:16 | **entire** 43:5, 43:7, 46:9, 69:21, 120:7, 143:17, 150:2, 208:14 | | |
| **email** 128:7 | | **event** 180:8, 184:2, 190:6 | **everywhere** 135:19 |
| **emails** 177:11 | **environment** 14:19 | | **evolution** 53:10 |
| **embolization** 99:1 | **er** 128:13, 128:14, 151:14, 151:17, 152:1, 152:3, | **events** 202:15 | **exact** 21:4, 61:10, 73:13, 83:15, 120:22, 121:22, 142:10, 146:19 |
| **emergency** 122:21, 154:9, | | **ever** 5:11, 5:14, | **exactly** 10:15, 13:19, |

34:5, 34:13,
101:17, 132:1,
185:14, 187:4
**exam**
197:6
**examination**
4:2, 5:6,
200:5, 207:17
**examined**
210:4
**example**
19:16, 26:6,
173:12
**exercise**
44:22, 51:16,
66:7, 66:8,
66:18, 203:21
**exercises**
46:10, 54:4,
54:6, 57:1,
57:4, 58:10,
66:13, 66:20
**exhibit**
4:11, 5:2,
73:9, 73:17,
111:12, 111:15,
111:17, 111:19,
124:5, 174:14,
175:6, 178:7
**exhibits**
4:10
**expect**
126:2, 126:20
**expected**
127:21, 141:7,
141:8, 195:5
**expecting**
139:7
**expense**
199:1
**expenses**
184:9
**expensive**
78:21, 78:22
**experience**
11:20, 12:2,
95:6, 179:8,
179:9, 180:20,

201:21
**expert**
180:17, 197:3
**expertise**
37:10, 180:14
**expires**
211:13
**explain**
96:4, 103:4,
131:15, 156:10,
158:7, 158:14,
162:9, 164:13,
164:16, 165:3
**explained**
55:8, 57:7,
76:13, 76:14,
87:3, 103:5,
117:7
**explaining**
127:9
**explains**
127:15
**exploratory**
156:5, 164:10
**extended**
10:11
**extensive**
127:21, 129:4,
129:22, 153:7
**extra**
57:12, 65:6
**extreme**
202:5
**extremely**
104:13, 109:20
**extremities**
37:2

---

**F**

**facebook**
123:10, 123:11,
174:6, 174:15,
174:20, 174:21,
175:22, 196:19
**facilities**
12:6
**facility**
10:8, 10:13,

16:15, 19:3,
19:12, 19:17,
19:19, 102:7,
102:9, 118:14
**fact**
78:9, 116:15
**factors**
69:14, 70:14,
179:4
**fair**
29:14
**faith**
173:20
**fall**
29:19
**falling**
83:3
**fallopian**
76:2, 76:8,
76:14, 76:18,
76:20
**falls**
30:9
**familiar**
147:1
**family**
14:7, 14:10,
68:8, 68:9,
105:14, 179:14,
183:15, 184:3,
204:19
**fantastic**
181:14
**far**
38:20, 70:7,
132:18
**fast**
40:10
**fat**
41:11, 41:18,
42:12
**father**
29:15, 105:9,
135:9
**father's**
174:22
**february**
21:3, 21:5,

22:14, 23:17,
24:8, 42:18,
43:8, 46:22,
49:4, 168:10,
168:13, 172:18,
173:13, 173:14,
188:13
**feed**
37:3
**feedback**
44:21
**feel**
28:7, 50:11,
54:12, 56:15,
60:17, 60:21,
60:22, 61:16,
65:16, 68:1,
69:16, 69:18,
80:19, 80:20,
81:2, 92:4,
145:21, 150:4,
158:17, 176:6,
179:20, 180:1,
180:7, 180:16,
181:1, 181:14,
181:16, 181:21,
181:22, 182:1,
193:9, 193:15,
202:7
**feeling**
63:8, 70:6,
83:19, 89:13,
135:13, 136:15,
145:14, 176:3,
193:9
**feels**
57:17, 63:6
**felt**
47:15, 69:8,
89:11, 114:19,
145:16, 146:1,
150:1, 150:5,
158:20, 159:6,
180:8, 192:20,
193:1, 193:6,
203:16
**female**
84:7, 91:12,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                          68

155:9
**fertility**
71:14, 71:17,
71:18, 71:20,
75:8, 75:22,
77:14, 77:16,
77:18
**fertilization**
78:14
**fever**
151:10, 151:11,
152:1, 152:16,
152:21, 192:1,
192:15, 192:19,
192:22, 193:1,
193:2, 193:11,
193:12, 193:14,
193:18, 193:20,
193:21, 194:2,
194:4
**few**
50:19, 59:9,
62:17, 73:16,
98:6, 135:16,
145:22, 189:10,
190:22, 202:16,
206:22, 208:17
**fiber**
195:14
**fibroid**
91:2, 91:21,
92:6, 92:16,
92:18, 93:1,
93:18, 104:3,
106:20, 107:12,
132:15
**fibroids**
27:3, 40:18,
106:3, 106:4,
106:17, 107:14,
116:12, 117:3,
120:1, 130:13,
130:15, 131:9,
131:11, 131:14,
131:16, 131:18,
131:20, 133:17,
171:11, 172:2,
172:5

**field**
180:21
**fifth**
158:21, 159:4
**figure**
20:10, 186:3
**filed**
187:9
**fill**
22:12, 177:16
**filled**
114:3
**filling**
177:5
**financial**
198:11, 211:10
**financially**
183:17
**find**
10:6, 15:14,
27:17, 32:11,
33:6, 49:11,
74:22, 75:4,
80:22, 88:1,
156:5, 164:1,
171:15
**finding**
25:2, 122:5,
162:15
**fine**
68:18, 73:14,
141:6
**finished**
8:14, 127:5
**firing**
87:6
**first**
8:20, 9:11,
29:5, 49:14,
72:18, 74:13,
74:21, 76:8,
84:17, 85:6,
94:22, 95:11,
97:18, 99:11,
120:10, 137:10,
149:19, 155:10,
157:6, 158:19,
162:19, 163:3,

163:6, 164:6,
164:10, 166:8,
174:16, 178:10,
178:11, 184:22,
185:19, 203:3
**fit**
13:10, 30:11,
41:20, 102:21
**fitness**
46:2, 47:5,
47:12, 47:13,
47:19, 48:6,
48:16, 48:22,
49:13
**five**
6:20, 12:11,
30:15, 30:18,
38:15, 39:7,
39:12, 50:6,
93:11, 106:12,
136:17, 157:6,
158:19, 189:13
**five-minute**
85:21
**flashback**
202:11
**flashbacks**
202:1, 202:21
**flew**
118:7, 142:21,
143:6, 144:8
**flexibility**
15:18
**flexible**
87:17, 189:10,
189:13
**flight**
143:11, 144:10
**floor**
45:13, 45:19
**flow**
39:9
**flu**
193:14
**fluid**
154:18, 155:22,
156:6, 157:19,
157:20, 161:16,

161:21, 162:17,
163:9, 163:20
**fluids**
129:10
**fly**
13:11, 13:13,
142:3, 142:5,
142:12, 142:16,
168:12
**flynn**
123:21
**focus**
64:8, 200:7
**follow**
43:21, 44:2,
45:15, 158:5
**follow-up**
121:16, 189:13
**follows**
5:5, 45:6
**food**
31:9, 40:10
**foods**
40:7, 40:12,
40:14, 200:16,
201:5
**force**
203:10
**foregoing**
210:4, 211:3,
211:4
**forever**
167:20, 181:15
**forgive**
14:15
**form**
44:16, 114:2,
114:6, 114:11,
114:12, 114:20,
173:4
**formally**
132:12
**forth**
6:20, 13:7
**found**
13:2, 28:1,
49:13, 72:20,
93:3, 94:10,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    69

| | | | |
|---|---|---|---|
| 116:13, 117:3,<br>128:2, 128:17,<br>132:3, 156:10,<br>157:4, 157:16,<br>161:14, 161:19,<br>162:10, 162:20,<br>163:1, 171:16,<br>189:10<br>**four**<br>12:11, 38:19,<br>39:12, 50:1,<br>50:2, 51:4,<br>51:21, 54:8,<br>55:7, 59:6,<br>61:8, 69:4,<br>73:10, 86:8,<br>93:11, 106:12,<br>108:10, 121:21,<br>123:1, 124:18,<br>134:12, 136:17,<br>137:4, 141:4,<br>145:4, 153:22,<br>196:13<br>**frame**<br>19:11, 122:1<br>**frank**<br>188:19<br>**free**<br>121:16<br>**freezing**<br>71:9<br>**frequency**<br>146:6<br>**frequent**<br>102:7, 125:12,<br>202:19<br>**frequently**<br>205:3<br>**friday**<br>34:15, 34:18,<br>34:20, 38:14,<br>136:15, 136:16,<br>137:13, 137:14,<br>137:15, 138:18<br>**friends**<br>14:7, 14:20,<br>68:8, 68:10,<br>165:13, 196:19 | **from**<br>6:22, 10:22,<br>14:9, 20:2,<br>25:15, 27:6,<br>30:8, 37:7,<br>38:6, 40:2,<br>41:21, 42:6,<br>43:9, 47:14,<br>48:20, 54:15,<br>60:20, 61:20,<br>65:19, 66:3,<br>66:4, 66:13,<br>67:11, 68:6,<br>70:8, 71:8,<br>74:3, 76:12,<br>76:17, 77:5,<br>77:6, 86:16,<br>86:17, 86:22,<br>89:15, 89:16,<br>89:19, 89:20,<br>91:1, 93:10,<br>106:9, 106:11,<br>108:8, 108:10,<br>118:14, 121:16,<br>125:9, 126:13,<br>130:2, 134:22,<br>136:22, 137:21,<br>141:18, 143:6,<br>143:20, 148:21,<br>158:10, 159:4,<br>163:9, 164:8,<br>164:9, 164:11,<br>165:5, 166:13,<br>168:5, 169:20,<br>171:9, 172:11,<br>172:16, 174:4,<br>174:12, 174:15,<br>174:16, 174:20,<br>176:2, 177:15,<br>178:2, 179:5,<br>181:7, 182:10,<br>184:17, 191:1,<br>193:14, 196:7,<br>203:2, 206:17<br>**front**<br>66:14, 174:15,<br>204:19<br>**frozen**<br>70:22 | **full**<br>5:8, 10:3,<br>16:9, 16:11,<br>20:5, 22:16,<br>28:18, 138:2,<br>138:3, 138:8,<br>138:9, 144:21,<br>149:6, 150:10,<br>199:14, 205:12<br>**full-time**<br>8:9, 9:17,<br>12:19, 14:2,<br>14:5, 16:16,<br>28:13, 29:1,<br>32:1<br>**fullness**<br>63:4<br>**fully**<br>47:16, 195:7,<br>195:8<br>**further**<br>207:17<br>**fusion**<br>11:2, 12:5,<br>12:9, 12:12,<br>12:18, 12:19,<br>13:5, 13:11,<br>13:17, 15:7,<br>15:18, 16:4,<br>16:10, 16:12,<br>17:3, 17:12,<br>18:2, 18:10,<br>18:14, 18:18,<br>27:8, 27:16,<br>34:4, 34:19,<br>186:15<br>**future**<br>14:17, 14:22,<br>15:2, 70:15,<br>70:18, 76:12,<br>77:13, 77:22,<br>103:15, 103:17,<br>171:11, 180:2,<br>188:20, 189:1,<br>189:8<br><hr>**G**<hr>**gain**<br>98:17 | **gained**<br>98:21<br>**gas**<br>150:5, 204:15<br>**gastroenterologi-<br>st**<br>86:14, 169:17<br>**gauze**<br>196:11<br>**gave**<br>15:18, 99:6,<br>110:14, 110:16,<br>111:1, 115:18,<br>123:20, 126:5,<br>133:13, 134:15,<br>172:20, 177:19<br>**general**<br>34:6, 64:6,<br>65:22, 69:8,<br>164:21, 189:3<br>**generally**<br>28:17, 42:9,<br>45:11, 193:14,<br>193:18<br>**genetic**<br>131:22<br>**geriatric**<br>11:21, 16:19<br>**get**<br>13:14, 17:12,<br>20:2, 28:9,<br>36:10, 46:3,<br>46:7, 50:9,<br>52:4, 52:20,<br>54:15, 56:13,<br>56:18, 58:22,<br>59:12, 60:15,<br>60:17, 70:6,<br>70:19, 72:1,<br>72:6, 72:14,<br>75:1, 75:11,<br>77:2, 78:11,<br>80:9, 83:11,<br>94:13, 96:10,<br>97:9, 102:17,<br>125:13, 130:4,<br>134:20, 135:9,<br>135:12, 143:15, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    70

143:17, 149:21,
153:15, 154:2,
158:22, 181:17,
182:18, 183:5,
183:10, 184:4,
193:15, 197:21,
198:2, 203:9,
203:10, 206:4,
206:11
**gets**
36:15, 157:20,
157:21, 163:9,
163:10, 163:21
**getting**
9:4, 13:14,
31:8, 52:2,
52:5, 55:16,
56:20, 61:4,
61:19, 61:22,
62:4, 69:10,
69:19, 76:10,
77:12, 78:2,
78:6, 80:9,
81:3, 143:19,
149:9, 149:14,
159:1, 181:7,
202:20, 206:9
**give**
44:21, 57:1,
73:12, 80:18,
81:1, 86:4,
91:21, 94:4,
110:11, 110:21,
123:15, 126:13,
129:16, 162:3,
167:9
**given**
60:7, 92:17,
93:1, 121:20,
125:14, 130:5,
133:7, 198:11,
198:13, 210:6
**gives**
43:4, 44:1,
44:8, 54:4
**giving**
57:3, 123:6,
129:9

**glad**
80:4, 206:12
**glaucoma**
30:7, 30:12
**gliding**
55:17, 55:20
**glimpse**
202:2
**glutes**
56:3, 57:5,
57:6, 57:8,
57:9, 57:10
**go**
6:6, 7:5, 12:6,
12:18, 19:7,
21:13, 26:5,
26:7, 31:4,
32:17, 38:10,
38:15, 39:16,
43:13, 43:19,
46:13, 47:18,
48:3, 67:16,
67:18, 70:2,
73:10, 77:8,
79:1, 79:2,
82:16, 86:2,
86:20, 88:9,
93:17, 94:14,
97:6, 104:14,
113:12, 122:17,
124:3, 128:14,
135:9, 137:17,
137:19, 145:20,
152:1, 155:14,
155:18, 158:1,
160:21, 162:20,
163:2, 173:17,
176:15, 180:19,
197:20, 203:19,
204:16
**goal**
60:18, 162:8,
167:8, 167:10
**goals**
50:9
**god**
183:13
**goes**
67:19, 68:22

**going**
13:7, 16:1,
19:10, 29:4,
37:15, 41:19,
43:8, 47:3,
47:13, 48:16,
48:18, 49:3,
49:5, 49:21,
58:3, 60:19,
62:1, 62:7,
62:9, 62:15,
63:10, 68:18,
68:21, 69:10,
70:16, 72:13,
74:11, 74:14,
75:4, 75:12,
76:16, 78:15,
79:5, 79:16,
80:21, 81:4,
85:11, 94:12,
94:21, 95:4,
97:6, 100:7,
101:2, 103:15,
108:16, 119:10,
119:13, 119:15,
120:6, 122:6,
122:20, 123:21,
124:14, 124:19,
126:7, 145:20,
149:3, 152:4,
153:8, 154:14,
155:21, 156:2,
156:4, 158:5,
160:21, 160:22,
161:3, 161:11,
162:7, 179:11,
180:21, 181:11,
182:1, 182:3,
198:11, 200:9
**gone**
5:11, 22:12,
54:7, 80:14,
87:8, 122:9,
150:6, 171:17,
174:1
**good**
13:10, 25:3,
29:14, 57:17,

92:12, 102:21,
103:12, 103:20,
104:4, 146:11,
153:6, 158:20,
180:19, 193:10
**got**
47:14, 48:13,
58:11, 82:14,
85:3, 90:11,
93:3, 104:18,
107:7, 114:3,
115:15, 126:11,
133:21, 144:7,
150:17, 154:4,
156:18, 159:9,
165:7, 173:14,
178:11, 181:10,
187:4, 187:5,
189:19, 190:22,
191:7, 194:15,
201:19, 203:4,
203:5, 203:15,
205:12
**gotten**
40:18, 68:16
**grab**
45:19
**grad**
91:13
**grade**
89:21, 90:2,
90:5, 90:16,
91:16, 91:17,
95:21, 100:1,
102:22
**graduated**
7:9, 7:18
**graft**
29:18
**graham**
129:9
**grandchildren**
79:12
**grandma**
206:3
**grandmother**
31:6, 183:18,
207:6

graphic
130:18
great
41:5, 77:2,
77:8
greater
108:11
greenspring
2:5, 3:6
grind
106:20, 107:1,
107:3, 107:12
grinding
109:12
group
9:11, 9:21,
10:14, 15:9,
27:14, 27:20,
31:21, 84:6,
84:12, 186:12
groups
11:13
guess
45:1
guidance
43:9, 44:21
gummy
163:21
guru
95:13
guy
74:16, 75:4,
75:5
guys
80:20
gym
38:10, 38:15,
43:14, 43:18,
45:22, 46:1,
47:3, 48:3,
49:4, 49:5,
49:7, 49:11,
49:14, 49:19,
49:21
gyn
1:10, 26:15,
26:16, 26:18,
75:21, 77:17,

122:15, 170:16,
171:9, 171:13,
198:9
gynecological
102:12
gynecologist
76:1, 76:5,
76:13, 83:17,
85:5, 91:12,
108:16, 110:13,
122:4, 122:6
gynecology
119:8

---

**H**

h-e-a-t-h
171:3
hadn't
192:2
hair
139:6
half
8:8, 8:11,
138:10, 149:8,
150:10, 152:3,
152:9, 171:6
halfway
205:12
hallway
134:6, 136:17
hamstrings
52:21, 57:12
hand
121:20, 211:11
handful
54:3
handwritten
4:12, 123:2
happen
52:20, 126:14,
164:20, 179:7,
180:4, 202:9
happened
81:16, 156:13,
160:15, 170:1,
171:10, 176:5,
180:10
happening
165:1

happens
6:5, 67:9,
189:11, 198:19
happy
41:3, 204:12
hard
86:21, 87:11,
149:21, 157:22,
162:17, 163:10,
176:6, 179:13
harris
86:15, 87:5,
169:18, 188:22,
200:10
has
11:20, 12:2,
29:19, 30:7,
30:12, 52:9,
53:14, 55:8,
56:8, 57:7,
57:16, 60:7,
62:17, 68:21,
70:5, 70:18,
78:22, 86:12,
87:3, 93:5,
93:7, 112:8,
112:9, 123:15,
164:11, 169:8,
171:13, 176:5,
183:13, 184:1,
186:21, 188:20,
189:7, 195:12,
200:18, 200:19
hasn't
197:6
haven't
24:5, 52:15,
57:9, 58:17,
68:14, 72:20,
79:18, 168:21,
187:9, 188:16
having
5:5, 42:13,
50:10, 52:3,
52:16, 57:13,
60:19, 69:7,
69:10, 70:11,
74:10, 79:21,

81:20, 83:4,
83:5, 86:12,
87:6, 91:4,
93:19, 97:2,
101:14, 108:13,
109:14, 122:5,
135:20, 136:19,
147:21, 148:21,
149:5, 152:20,
159:1, 169:21,
170:2, 170:4,
171:11, 179:20,
187:1, 189:1,
191:9, 191:17,
191:18, 192:13,
195:2, 200:12,
200:14, 200:16,
201:5, 201:20,
202:15, 204:8,
206:10, 206:13,
209:15
he'll
45:20, 66:18
he's
29:17, 31:19,
43:15, 44:18,
45:12, 45:18,
52:3, 53:8,
57:3, 158:10,
160:7, 164:10
heal
158:6
healed
167:12
healing
93:15, 153:8
heals
167:11
health
29:13, 76:2,
76:14, 101:5,
101:7, 184:20,
206:19, 207:19,
207:21
healthcare
105:7, 105:9
healthier
29:15

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

72

| | | | |
|---|---|---|---|
| **healthy**<br>25:11, 26:19,<br>40:12, 181:17<br>**heard**<br>113:16<br>**hears**<br>141:18<br>**heart**<br>29:17, 29:21,<br>52:5, 83:10,<br>139:11, 140:19,<br>203:15<br>**heat**<br>55:22<br>**heathcott**<br>170:14, 170:20,<br>171:1, 171:3,<br>188:12<br>**heavier**<br>175:12<br>**held**<br>2:1<br>**help**<br>20:2, 31:3,<br>31:4, 31:6,<br>31:10, 37:6,<br>44:16, 54:10,<br>56:4, 57:4,<br>57:5, 61:15,<br>61:21, 65:4,<br>65:5, 69:20,<br>70:2, 84:1,<br>125:12, 129:17,<br>133:14, 135:22,<br>136:2, 161:21,<br>170:8, 170:13,<br>206:3<br>**helped**<br>31:8, 57:16,<br>143:16, 152:11,<br>183:13, 183:17,<br>200:20<br>**helpful**<br>54:16, 54:17,<br>77:14<br>**helping**<br>37:2, 37:7,<br>37:11, 60:17, | 70:3, 170:12<br>**helps**<br>57:18<br>**hemoglobin**<br>127:9, 127:10,<br>127:15, 139:12,<br>141:14, 142:2,<br>142:8<br>**here**<br>12:12, 13:10,<br>84:5, 120:8,<br>121:3, 121:8,<br>183:14, 187:11,<br>188:12<br>**hereby**<br>210:3, 211:3<br>**hereunto**<br>211:11<br>**herself**<br>139:10<br>**hesitant**<br>83:11<br>**hidden**<br>205:16<br>**high**<br>7:5, 7:8, 7:11,<br>71:11, 78:18,<br>106:2, 152:13,<br>175:11, 203:16<br>**higher**<br>18:10, 52:11,<br>107:17, 109:13,<br>109:14, 151:13<br>**highest**<br>86:6<br>**him**<br>42:18, 43:3,<br>43:5, 43:9,<br>43:11, 43:12,<br>44:11, 45:18,<br>45:19, 46:8,<br>51:14, 53:20,<br>53:21, 54:1,<br>54:2, 54:3,<br>54:7, 55:5,<br>59:5, 59:6,<br>59:9, 62:17,<br>81:1, 85:6, | 85:7, 86:16,<br>88:10, 88:13,<br>88:17, 122:10,<br>156:12, 158:10,<br>159:13, 162:6,<br>163:7, 163:12,<br>164:8, 166:16,<br>166:17, 166:20,<br>166:21, 167:20,<br>169:10, 170:1,<br>187:16, 197:5<br>**hired**<br>22:11<br>**his**<br>29:21, 53:16,<br>161:4, 161:7,<br>164:6, 166:15,<br>166:16, 167:3<br>**history**<br>37:15, 77:5,<br>148:7<br>**hold**<br>166:4<br>**hole**<br>157:16, 158:7,<br>161:19, 162:9,<br>162:15, 162:20,<br>163:1, 163:6,<br>164:2, 164:5,<br>164:8, 164:13,<br>164:16, 164:17<br>**home**<br>9:7, 21:13,<br>29:4, 31:5,<br>37:13, 38:12,<br>121:7, 121:14,<br>124:14, 126:7,<br>142:12, 144:7,<br>144:12, 168:21,<br>169:2, 190:22,<br>194:15, 206:19,<br>207:19, 207:21,<br>208:5, 208:12<br>**homes**<br>12:7, 16:22<br>**homesick**<br>9:4<br>**honestly**<br>62:11, 75:6, | 91:14, 140:15,<br>204:4<br>**honor**<br>101:5, 101:6,<br>101:7<br>**hope**<br>35:20<br>**hopefully**<br>199:9<br>**hoping**<br>58:8<br>**hormonally**<br>131:22<br>**hospital**<br>10:8, 10:13,<br>23:12, 35:8,<br>36:16, 74:3,<br>101:4, 101:7,<br>101:8, 122:9,<br>126:2, 154:20,<br>155:14, 157:6,<br>160:8, 165:7,<br>165:22, 166:13,<br>167:4, 168:5,<br>172:10, 172:12,<br>176:21, 177:2,<br>177:10, 179:9,<br>179:15, 180:3,<br>184:21, 187:15,<br>196:8, 197:20,<br>201:19, 201:21,<br>202:14, 202:20,<br>203:4, 203:6,<br>208:9<br>**hospitalization**<br>23:15, 157:10<br>**hospitals**<br>11:12, 11:14,<br>11:15, 12:6,<br>16:21, 101:12<br>**hot**<br>39:9, 50:22<br>**hotel**<br>118:13, 121:7,<br>125:19, 130:10,<br>132:6, 133:2,<br>133:22, 135:9,<br>137:22, 147:12, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    73

| | I | | |
|---|---|---|---|
| 147:13, 147:16 | i'll | 194:14 | indefinite |
| hour | 51:13, 63:5, | imagine | 14:17 |
| 10:17, 34:7, | 63:12, 63:20, | 194:2, 206:13 | independent |
| 34:14, 36:3, | 65:16, 65:21, | imaging | 19:2, 19:19, |
| 113:10, 113:19, | 67:10, 68:18, | 103:10, 108:19, | 19:21, 46:1 |
| 113:20, 151:19, | 73:12, 168:20, | 154:16, 154:22, | independently |
| 152:2, 152:3, | 170:8, 174:3, | 155:3, 160:20, | 45:2 |
| 204:17 | 202:10, 202:11, | 169:20, 188:20, | indicate |
| hourly | 202:13, 202:16 | 189:2 | 97:17, 141:12, |
| 10:18, 34:3, | i've | imelda | 172:5 |
| 34:5, 34:10, | 18:8, 24:19, | 1:14, 2:1, 4:2, | indicated |
| 34:11, 34:12, | 25:5, 25:7, | 5:4, 5:10, | 171:13 |
| 199:12, 199:13, | 28:15, 42:13, | 160:1, 209:16, | infection |
| 199:16 | 50:19, 50:20, | 210:3 | 93:16, 109:18, |
| hours | 52:1, 52:2, | immune | 110:4, 117:7, |
| 10:19, 16:14, | 52:16, 54:3, | 194:8 | 161:1 |
| 21:9, 21:10, | 54:7, 56:14, | impacted | infections |
| 68:20, 69:4, | 56:18, 58:22, | 196:21 | 104:10, 109:13 |
| 120:21, 134:12, | 59:6, 59:9, | important | inflammation |
| 137:5, 137:8, | 62:16, 67:11, | 68:12 | 132:16 |
| 141:4, 144:8, | 68:9, 69:4, | impossible | inflammatory |
| 144:11, 145:4, | 69:22, 70:9, | 78:9 | 132:11, 132:19, |
| 153:22, 156:22, | 71:8, 71:10, | incision | 132:21 |
| 204:14, 205:12, | 78:16, 83:10, | 63:10, 87:13, | information |
| 206:9 | 171:22, 174:1, | 139:18 | 112:7, 112:8, |
| house | 179:5, 180:3, | incisional | 112:9, 147:16, |
| 31:6, 145:13, | 181:3, 189:3, | 63:5, 64:2, | 177:20, 198:12, |
| 145:22, 149:11, | 193:14, 193:21, | 66:19, 86:9, | 198:14, 198:18 |
| 168:8, 187:3, | 194:3 | 87:4, 202:7 | initial |
| 203:12, 203:19, | i-m-e-l-d-a | incisions | 154:5 |
| 208:13 | 160:1 | 63:8, 66:21, | initially |
| hovey | idea | 93:12, 93:14, | 47:14, 80:11, |
| 155:1, 155:16, | 59:14, 62:17, | 106:13, 106:14, | 82:13, 83:16, |
| 155:17, 157:4, | 75:7, 80:12, | 107:13, 109:11 | 83:22, 90:11, |
| 157:11, 159:11, | 80:17, 82:18, | incline | 172:15, 173:7, |
| 159:18, 161:2, | 204:22 | 149:19 | 173:16, 202:22, |
| 166:12, 168:1, | ideal | include | 204:21 |
| 169:6, 194:18 | 72:8 | 19:8 | injections |
| however | ideally | includes | 60:8, 61:5, |
| 100:15 | 72:19, 74:20 | 46:10 | 61:8, 61:20 |
| huh-uh | identification | including | injury |
| 82:7 | 5:3, 124:6 | 39:22 | 182:21 |
| hungry | ileostomy | incorrect | innovative |
| 137:22, 146:11 | 49:7, 49:15, | 44:16, 98:1, | 1:9, 102:12, |
| hurting | 63:9, 161:22, | 148:7 | 119:8, 198:9 |
| 51:14 | 162:4, 185:22, | increase | inserted |
| hysterosalpingog- | | 146:4, 153:21 | 125:6, 161:20 |
| ram | | increased | inside |
| 77:22 | | 97:22, 148:1 | 145:13, 181:11 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                          74

| | | | |
|---|---|---|---|
| instagram<br>123:10, 174:17,<br>175:22<br>instruct<br>166:7<br>instructed<br>152:15<br>instructions<br>4:13, 126:4,<br>126:9, 126:13,<br>139:19<br>insurance<br>17:14, 17:19,<br>18:16, 18:17,<br>53:17, 114:10,<br>184:14, 185:9,<br>185:11, 197:19,<br>198:1<br>intending<br>142:15, 173:7<br>intense<br>65:21<br>intensity<br>137:2<br>intentional<br>42:21, 179:7<br>intentionally<br>180:11<br>interest<br>211:9<br>interfere<br>66:2<br>internet<br>28:15<br>interrogatories<br>74:7, 85:19,<br>90:16<br>interrogatory<br>207:13<br>interruption<br>197:14<br>intestine<br>132:17, 157:15,<br>157:16<br>intestines<br>157:18, 157:21,<br>163:9, 195:3<br>intimate<br>80:12 | into<br>12:6, 58:12,<br>71:4, 71:5,<br>77:8, 81:3,<br>95:5, 122:9,<br>128:13, 143:6,<br>157:18, 157:21,<br>160:21, 161:18,<br>162:20, 163:2,<br>191:1, 196:10,<br>197:20, 204:16<br>introduced<br>139:10<br>invasive<br>93:21, 101:19,<br>106:1, 106:10,<br>183:4<br>isn't<br>56:19, 180:21<br>issue<br>62:5, 171:13<br>issues<br>40:5, 55:16,<br>57:11, 68:13,<br>68:15, 68:17,<br>76:4, 83:13,<br>143:13, 152:20,<br>180:5, 180:6,<br>189:1, 200:8,<br>200:11, 200:13<br>it's<br>6:2, 8:21,<br>10:7, 10:18,<br>12:12, 12:22,<br>13:15, 28:4,<br>29:5, 33:9,<br>33:10, 33:13,<br>36:6, 41:13,<br>45:7, 45:11,<br>50:3, 51:4,<br>51:7, 51:17,<br>52:5, 52:10,<br>53:10, 54:17,<br>56:20, 57:19,<br>65:8, 65:14,<br>65:15, 65:20,<br>65:22, 67:3,<br>67:6, 68:4, | 68:5, 68:16,<br>70:3, 70:9,<br>72:15, 74:11,<br>77:2, 77:6,<br>78:9, 78:21,<br>79:4, 80:8,<br>86:7, 86:10,<br>86:21, 86:22,<br>87:7, 87:10,<br>92:4, 93:17,<br>98:15, 101:5,<br>101:10, 101:11,<br>104:9, 120:20,<br>129:3, 131:21,<br>131:22, 135:5,<br>157:21, 157:22,<br>164:21, 171:3,<br>171:5, 174:11,<br>174:12, 177:9,<br>179:17, 182:1,<br>182:2, 182:3,<br>183:4, 183:20,<br>185:6, 188:18,<br>188:19, 189:11,<br>194:1, 202:9,<br>202:12<br>its<br>67:19, 116:22,<br>211:10<br>itself<br>176:6, 194:16,<br>204:10<br>ivf<br>78:11, 78:13<br><br>**J**<br><br>january<br>98:1, 169:12,<br>208:15<br>jc<br>105:5<br>jeff<br>53:6, 53:16,<br>54:18, 55:4,<br>55:15<br>job<br>1:20, 8:20,<br>9:11, 11:9, | 11:10, 13:11,<br>13:16, 27:19,<br>33:6, 33:11,<br>35:12, 36:1,<br>36:5, 36:14,<br>49:13, 80:5,<br>181:18, 186:11<br>jobs<br>28:16, 29:2,<br>33:5<br>joined<br>48:2, 48:9,<br>82:13<br>jonathan<br>84:3, 84:11,<br>160:10, 160:13,<br>187:20<br>jr<br>160:5, 160:6<br>julie<br>170:14<br>july<br>69:2<br>jumping<br>52:7<br>june<br>20:9, 20:14,<br>48:10, 48:18,<br>69:1, 178:14,<br>178:17<br><br>**K**<br><br>keasling-evans<br>22:21, 22:22,<br>172:9<br>keep<br>153:17<br>keeping<br>127:10<br>kept<br>102:4, 129:17,<br>181:5<br>key<br>76:15<br>kid<br>120:14<br>kids<br>83:5, 103:14, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    75

| | | | |
|---|---|---|---|
| 103:17, 181:22<br>**kimberly**<br>146:22, 190:18<br>**knew**<br>9:4, 153:5,<br>165:6<br>**knock**<br>194:5<br>**knowing**<br>97:3<br>**knowledge**<br>176:17, 196:14<br>**knows**<br>68:10, 196:21<br>**kohler**<br>2:4, 3:4, 3:5,<br>4:4, 12:22,<br>33:22, 35:20,<br>41:7, 54:20,<br>73:1, 79:14,<br>85:13, 85:17,<br>85:20, 94:4,<br>107:7, 107:10,<br>111:13, 111:17,<br>117:12, 122:17,<br>122:20, 123:9,<br>124:3, 148:4,<br>166:4, 166:7,<br>171:2, 173:4,<br>186:3, 194:1,<br>194:7, 197:22,<br>198:6, 200:3,<br>200:6, 207:14,<br>209:14<br>**kummer**<br>77:19, 170:19,<br>170:21, 172:7<br>**L**<br>**1-5**<br>60:4<br>**l-e-g-i-o-n**<br>208:1<br>**15-s1**<br>55:13, 55:16<br>**la**<br>9:5, 24:18,<br>84:3, 84:11 | **lakeside**<br>184:20<br>**lamm**<br>104:5, 106:1,<br>106:7, 106:10,<br>106:13, 106:18,<br>106:21, 107:4,<br>107:5, 107:11,<br>107:15, 107:17,<br>107:22, 108:6,<br>108:7, 108:8,<br>109:8, 109:9,<br>109:17, 112:8,<br>112:9, 116:5,<br>126:18, 190:12,<br>190:14<br>**large**<br>91:2, 92:3,<br>92:4, 106:4,<br>107:14, 157:15,<br>166:22, 192:13<br>**last**<br>30:15, 30:18,<br>41:1, 42:2,<br>42:15, 42:19,<br>52:15, 61:6,<br>64:4, 81:10,<br>82:4, 82:8,<br>98:6, 99:22,<br>125:9, 125:11,<br>151:6, 153:12,<br>168:15, 169:10,<br>169:18, 199:9<br>**lasted**<br>149:7<br>**late**<br>123:12, 134:3,<br>138:21, 144:16<br>**lately**<br>52:3<br>**later**<br>91:5, 102:18,<br>102:20, 125:13,<br>138:1, 141:18,<br>144:13, 167:15,<br>178:15<br>**lawyer**<br>165:14, 166:2, | 166:4<br>**leak**<br>205:1, 205:4,<br>206:2, 209:5,<br>209:8<br>**leaks**<br>204:21<br>**lean**<br>41:10<br>**learned**<br>50:20, 165:5,<br>165:22<br>**least**<br>66:1, 134:17,<br>138:10, 204:5<br>**leave**<br>15:16, 27:16,<br>116:14, 121:16,<br>122:21<br>**leaving**<br>28:14<br>**led**<br>83:13, 160:15<br>**left**<br>9:3, 15:5,<br>20:7, 20:14,<br>24:6, 27:8,<br>61:2, 63:2,<br>64:2, 65:12,<br>86:3, 86:12,<br>87:22, 126:2,<br>128:6, 131:3,<br>131:12, 143:2,<br>172:18, 203:12<br>**legal**<br>5:8<br>**legs**<br>59:22, 60:19<br>**less**<br>35:5, 35:12,<br>41:10, 75:11,<br>93:15, 104:13,<br>106:1, 106:10,<br>107:13, 109:21,<br>109:22, 110:10,<br>137:2, 146:21,<br>149:14<br>**let**<br>5:18, 6:6, | 6:12, 21:13,<br>48:13, 71:19,<br>81:5, 84:5,<br>116:21, 120:8,<br>143:18, 173:6,<br>194:10, 201:17<br>**let's**<br>35:20, 76:8,<br>85:21, 103:19,<br>122:17, 124:3,<br>172:3, 203:3<br>**level**<br>22:16, 70:7,<br>86:5, 152:13<br>**license**<br>32:19, 32:20,<br>33:2, 33:8, 33:9<br>**life**<br>37:11, 47:10,<br>47:15, 47:20,<br>47:21, 47:22,<br>48:2, 48:4,<br>69:21, 81:19,<br>86:19, 87:10,<br>180:8, 182:4,<br>184:2, 206:14<br>**lifetime**<br>47:12<br>**lifting**<br>36:6, 38:11,<br>39:11, 39:17,<br>50:3, 50:14,<br>50:17, 51:2<br>**lighter**<br>52:10<br>**likely**<br>75:12, 122:21<br>**likes**<br>68:3<br>**limit**<br>79:22<br>**limitations**<br>79:21<br>**line**<br>75:3, 180:6<br>**link**<br>126:16<br>**liquid**<br>205:7 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017
76

list
90:15
listed
176:2, 196:15
listen
140:11, 140:12,
140:21
listened
140:17
literally
102:10, 155:12
little
15:18, 15:19,
18:10, 21:12,
22:17, 28:11,
41:7, 41:12,
41:14, 45:1,
48:1, 49:9,
61:17, 65:20,
68:9, 68:10,
69:17, 70:1,
70:12, 70:19,
80:16, 81:18,
83:1, 83:11,
83:19, 85:9,
93:15, 93:17,
95:3, 95:4,
99:8, 119:5,
120:21, 127:11,
129:22, 135:14,
136:3, 136:16,
138:16, 143:21,
144:9, 144:13,
144:14, 145:2,
145:17, 146:1,
146:2, 146:16,
148:12, 148:22,
149:19, 151:13,
153:8, 153:14,
157:2, 161:18,
171:5, 171:16,
181:18, 182:3,
190:19, 191:19,
191:20, 192:10,
192:11, 193:20,
196:13, 204:6
live
6:15, 12:15,

14:10, 14:12,
29:9, 167:20,
190:3, 206:14,
207:10
lived
6:18
living
19:2, 19:12,
19:16, 19:19,
20:1, 190:6
llc
2:4, 3:5
lloyd
188:19
lmu
7:12
local
9:10, 32:12
located
53:7
long
6:18, 8:7, 9:1,
10:14, 12:9,
16:16, 20:19,
33:12, 39:1,
47:20, 48:8,
58:19, 68:21,
81:14, 88:16,
112:18, 120:18,
121:11, 121:17,
129:15, 129:21,
144:10, 146:3,
149:13, 149:18,
163:11, 167:7,
167:21, 170:22,
175:19, 196:6,
208:12
longer
22:18, 33:18,
109:15, 123:15,
127:11, 171:5
look
12:10, 41:5,
71:5, 84:5,
104:4, 153:4,
154:21, 163:5
looked
59:15, 78:16,

91:2, 101:18,
101:19, 139:13,
139:18, 155:2,
188:2, 190:16
looking
32:11, 58:12,
62:6, 71:4,
73:4, 85:18,
89:8
looks
70:11, 80:17,
82:22, 129:21,
139:4
loosened
61:17
los
7:13, 7:16,
8:20, 8:21, 9:14
lose
42:16
losing
69:3
loss
42:21, 104:11,
109:14, 109:18,
110:4, 117:8,
127:14
lost
42:1, 42:15,
127:18, 129:14,
187:4, 199:10
lot
12:2, 36:6,
54:16, 54:17,
57:4, 57:12,
57:14, 68:3,
70:5, 79:5,
80:20, 83:6,
127:14, 127:18,
127:20, 129:14,
130:19, 143:16,
144:20, 157:19,
158:19, 158:22,
176:4, 179:6,
181:20, 182:2,
183:12, 202:21,
204:21
lots
123:17, 138:12

love
80:22, 83:4
low
78:22, 79:4,
104:13, 109:20,
127:10, 127:15,
141:15, 142:3,
195:14
lower
55:11, 59:21,
63:2, 64:2,
65:12, 85:9,
86:3, 86:13,
87:22, 93:17,
106:6, 109:7,
141:16, 145:18,
150:20, 161:18,
162:21, 163:2,
191:22
loyola
7:12, 7:15
lucky
179:14, 179:16,
181:16
lunch
137:19, 138:4,
138:5, 144:12,
144:16

M

made
113:5, 135:7,
175:21, 187:15,
197:16
magnesium
88:21, 170:8,
200:15
main
60:16, 70:14,
114:18, 116:7,
179:4, 192:4,
200:13
major
18:5, 18:8,
60:18, 101:11,
114:20
majority
36:8

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

77

make
34:17, 62:4,
67:17, 90:9,
94:1, 121:5,
123:19, 146:14,
146:15, 157:1,
179:11, 182:1,
188:11, 200:18,
200:20
makes
70:20, 83:1,
92:12
making
15:20, 139:19
malice
180:11
man
74:22, 80:18
manage
69:19
manager
21:13, 196:17
many
19:9, 21:20,
123:18, 130:15,
134:14, 169:4,
172:13, 189:3,
189:21
marathons
175:18, 175:19
march
178:11
marian
7:8
marked
73:9, 111:12,
124:6, 174:14,
178:7, 187:13
married
79:9
maryland
1:2, 1:15, 2:7,
2:16, 3:8, 3:17,
114:4, 114:5,
118:4, 118:15,
121:12, 191:1,
211:21
marymount
7:12, 7:15

mass
89:20, 130:9,
130:19, 131:19,
132:15, 139:14
massage
56:16
massages
56:13, 56:15
master's
8:3, 8:5, 8:7
match
82:13, 82:15
material
110:21, 111:1,
111:5, 111:8,
111:10, 114:1
materials
4:14
matter
104:3
maximum
47:5, 47:13,
47:19, 48:6,
48:16, 48:20,
48:22, 49:13
may
11:15, 20:8,
20:14, 43:17,
48:10, 55:19,
65:19, 74:7,
79:17, 86:18,
86:20, 87:8,
87:9, 87:10,
106:3, 106:4,
113:11, 143:5,
159:18, 176:2,
176:3, 178:14,
178:16, 208:8
maybe
10:16, 24:3,
33:17, 34:14,
38:19, 38:22,
43:14, 48:10,
50:4, 52:17,
55:16, 56:14,
57:12, 58:7,
58:12, 62:1,
62:10, 63:15,

64:21, 83:17,
88:18, 94:12,
94:22, 112:20,
118:14, 120:21,
134:1, 144:7,
144:13, 149:8,
149:15, 149:17,
150:9, 153:7,
156:21, 169:5,
171:5, 171:22,
180:20, 181:2
mccarus
197:3
mccomb
1:22, 2:14,
211:2
mean
10:5, 13:13,
44:7, 45:11,
51:4, 56:11,
57:17, 60:16,
65:13, 65:15,
70:5, 71:18,
74:17, 74:22,
75:1, 77:5,
79:20, 92:1,
98:3, 102:10,
114:17, 115:14,
119:5, 122:11,
146:1, 146:8,
148:15, 152:11,
154:11, 164:19,
166:19, 167:19,
167:21, 170:6,
170:7, 173:20,
176:2, 183:8,
183:12, 183:19,
192:16, 192:17,
192:20, 193:3,
193:20, 194:15
means
77:1
meant
121:8
measures
58:14
med
64:4

medical
9:11, 9:21,
11:2, 11:13,
15:7, 16:12,
17:3, 17:14,
17:19, 27:8,
27:14, 27:19,
29:16, 30:5,
31:13, 31:21,
37:15, 37:17,
103:11, 105:12,
105:15, 118:10,
119:9, 164:18,
184:8, 186:12
medication
64:11, 64:14,
70:1, 125:15,
128:11, 129:17,
133:6, 143:22,
147:21, 151:9,
153:15, 177:5,
191:11
medications
63:21, 64:1,
88:19, 141:10,
146:15, 149:13,
151:20, 191:3
medium
42:6
meds
31:9, 145:8,
145:9
meet
23:12, 97:7,
119:12
megan
196:15
member
47:20, 96:21,
103:6
membership
46:4, 48:17
memory
20:3, 179:18,
202:2
men
83:6
mention
87:15, 181:4

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                      78

| | | | |
|---|---|---|---|
| mentioned<br>37:21, 55:15,<br>74:7, 82:21,<br>95:12, 96:8,<br>110:8, 125:5,<br>129:5, 141:14,<br>165:19, 166:20,<br>201:14<br>messages<br>123:10, 123:11,<br>123:14, 178:2<br>met<br>119:16, 119:17,<br>128:3, 197:3,<br>197:5<br>michael<br>43:2, 44:8,<br>45:9, 46:5,<br>53:13, 54:5,<br>54:18, 57:1,<br>68:11, 160:3,<br>160:5, 160:6,<br>160:9, 160:11<br>mid<br>22:14, 138:21<br>midafternoon<br>139:1<br>middle<br>21:3, 63:9,<br>68:19, 201:15<br>might<br>44:13, 48:1,<br>69:14, 69:18,<br>72:9, 80:17,<br>82:17, 86:16,<br>95:8, 95:21,<br>95:22, 98:4,<br>100:21, 104:1,<br>108:17, 110:15,<br>128:3, 128:20,<br>144:15, 144:20,<br>151:13, 153:9,<br>166:19, 189:2,<br>199:4<br>mike<br>159:21<br>mile<br>38:22, 39:4 | miles<br>52:18, 118:14<br>milligrams<br>65:2<br>mind<br>14:11, 58:15,<br>154:10<br>mindful<br>40:9<br>minimally<br>93:21, 101:19,<br>183:4<br>minute<br>85:12, 86:2,<br>94:4, 122:18<br>minutes<br>112:20, 155:13<br>missing<br>123:17<br>missouri<br>13:21<br>modify<br>51:15, 66:6,<br>66:18<br>mom<br>79:13, 94:9,<br>132:7, 135:11,<br>137:20, 144:18,<br>151:7, 151:18,<br>151:22, 153:1,<br>159:22, 187:15,<br>188:2, 192:17,<br>203:14, 206:3<br>mom's<br>122:4<br>moment<br>202:13, 202:14<br>monday<br>1:16, 34:15,<br>34:18, 34:20,<br>38:13, 148:2,<br>148:13, 148:14,<br>149:16<br>money<br>79:5<br>monroe<br>3:15<br>month<br>43:13, 46:7, | 46:8, 46:9,<br>46:14, 46:16,<br>88:18, 89:2,<br>89:5, 168:2,<br>169:13, 185:6,<br>197:12, 208:14<br>monthly<br>46:6, 184:17,<br>185:4, 187:2<br>months<br>42:2, 42:15,<br>69:7, 73:16,<br>81:11, 81:12,<br>81:15, 83:20,<br>83:21, 83:22,<br>86:20, 87:9,<br>98:6, 133:16,<br>168:3, 171:18,<br>178:13, 199:14,<br>204:9<br>more<br>9:12, 11:16,<br>15:18, 19:16,<br>27:19, 32:11,<br>37:2, 40:1,<br>40:13, 41:11,<br>42:12, 43:12,<br>52:10, 56:16,<br>56:19, 57:13,<br>61:3, 62:17,<br>63:6, 65:21,<br>69:9, 69:11,<br>70:19, 72:16,<br>75:12, 80:16,<br>86:22, 88:5,<br>89:16, 90:8,<br>94:16, 98:4,<br>98:10, 109:11,<br>109:13, 112:2,<br>115:5, 127:21,<br>128:11, 129:4,<br>129:22, 130:13,<br>137:2, 138:22,<br>144:19, 144:20,<br>145:16, 145:17,<br>146:2, 150:11,<br>150:19, 151:20,<br>153:4, 153:21, | 161:16, 165:8,<br>165:22, 168:2,<br>168:3, 171:20,<br>180:22, 191:2,<br>202:19, 202:21,<br>205:3<br>morning<br>38:8, 142:4,<br>143:1<br>most<br>33:15, 45:9,<br>67:3, 69:4,<br>80:15, 115:11,<br>115:17, 135:15,<br>154:11, 181:17,<br>203:20, 207:4<br>mostly<br>16:18, 19:3,<br>25:10, 102:16,<br>117:19, 123:11,<br>159:19<br>mother<br>29:14, 30:5,<br>105:1<br>move<br>9:6, 13:4, 86:3<br>moved<br>10:22, 13:22,<br>173:14<br>movement<br>192:6<br>movements<br>191:18, 192:14<br>moving<br>13:10, 28:3<br>mri<br>88:3, 88:4,<br>88:6, 90:13,<br>90:22, 99:17,<br>99:19, 132:13,<br>188:21<br>much<br>13:17, 13:19,<br>25:6, 36:4,<br>36:7, 38:13,<br>40:15, 41:9,<br>41:13, 42:16,<br>43:9, 43:19, |

48:18, 52:14,
53:21, 61:21,
68:14, 95:6,
96:10, 98:19,
120:5, 128:13,
129:20, 130:9,
131:22, 134:5,
134:9, 135:15,
135:19, 146:13,
149:10, 150:11,
150:13, 150:18,
150:19, 152:18,
154:11, 155:21,
157:7, 158:3,
163:8, 170:7,
180:20, 184:16,
185:5, 185:7,
186:2, 192:12,
200:2, 203:8,
203:20, 208:14
**muscle**
37:22, 56:6
**muscles**
55:10, 55:21,
55:22, 56:2,
59:20
**muscular**
60:21, 61:3
**must**
84:8, 112:1,
165:19
**myers**
58:20, 59:11,
59:16, 60:5,
61:7, 62:13
**myomectomies**
101:18, 101:19,
101:20
**myomectomy**
111:3
**myself**
41:1, 42:20,
73:21, 183:20,
203:10, 209:10

**N**

**name**
5:8, 5:11,

5:13, 26:2,
43:1, 53:9,
84:8, 84:10,
84:12, 85:13,
85:20, 91:19,
95:22, 118:13,
139:2, 139:3,
147:1, 160:2,
161:7, 174:8,
207:8, 208:8
**named**
197:3
**names**
26:1, 159:20
**nation**
48:4
**national**
8:21
**nationwide**
27:22
**naturally**
75:14, 78:12
**nausea**
138:15, 138:16,
143:15, 145:1,
145:2
**nauseous**
143:21, 153:16,
159:1
**navigate**
162:18
**nd**
6:16, 20:12,
118:7
**nearby**
165:1
**nebraska**
6:21, 7:4,
13:8, 13:18,
13:21, 15:2,
23:8, 23:9,
23:17, 24:6,
29:2, 32:21,
33:1, 172:18,
174:13, 203:5
**necessarily**
57:18, 71:11,
72:7, 72:11,

74:19, 75:1,
93:18, 98:14,
110:16, 169:22
**necessary**
122:14
**need**
6:12, 16:15,
19:22, 26:20,
45:21, 54:4,
58:8, 62:10,
62:11, 62:12,
63:21, 67:17,
68:1, 78:19,
81:5, 108:20,
117:22, 124:1,
152:1, 153:4,
160:21, 162:7,
169:22, 188:3,
188:21, 189:7,
205:2
**needed**
25:7, 32:16,
34:16, 36:3,
38:1, 54:7,
89:12, 122:12,
125:15, 155:14,
155:20, 161:22,
167:21, 198:19,
204:13
**needs**
19:4, 19:6
**neither**
211:8
**nerve**
55:17, 55:18,
55:20, 60:22,
87:6
**nervous**
70:21, 80:21,
83:1, 95:3, 95:4
**nervy**
61:2
**network**
198:16, 198:17,
198:20, 199:2
**neuro**
12:3
**neurologist**
62:11

**never**
14:11, 26:12,
26:19, 65:14,
90:2, 122:10,
128:15, 132:18,
153:19, 154:4,
177:22, 187:5,
193:10, 194:2,
194:7, 194:8
**new**
10:12, 21:18,
49:11, 167:3,
169:19, 204:11,
206:6
**next**
32:7, 104:16,
130:11, 132:6,
136:11, 151:9,
156:17, 156:20
**nice**
40:20, 188:4
**nicole**
77:19
**nieves**
146:22, 190:18
**night**
65:5, 68:19,
136:4, 137:10,
137:11, 137:13,
137:14, 145:6,
206:8
**nightmare**
202:9
**nightmares**
201:16, 201:20,
202:1
**nights**
206:2
**nighttime**
137:8
**nobody**
190:9
**none**
180:10
**nor**
211:8
**normal**
70:7, 87:19,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                          80

88:7, 148:22,
151:8, 169:21,
192:9, 192:11,
193:4, 193:20
**normally**
201:8
**north**
6:16
**notarial**
211:12
**notary**
2:15, 211:1,
211:20
**notes**
4:12, 26:8,
98:4, 98:16,
123:2, 147:22,
165:14, 165:15,
178:7, 178:9,
178:21
**nothing**
37:18, 37:19,
38:1, 88:22,
90:9, 112:2,
114:7, 120:13,
126:21, 132:12,
132:20, 132:22,
133:14, 136:10,
138:4, 138:5,
168:4, 168:17,
168:21, 179:7,
199:6
**notice**
2:14, 65:17,
65:21, 151:3,
187:6
**noticeably**
65:22
**noticed**
18:8, 41:13,
67:10
**noticing**
67:8
**november**
32:6, 149:3,
151:6, 152:21,
211:14
**now**
14:18, 14:20,

18:21, 27:22,
32:21, 37:22,
40:22, 41:19,
41:22, 42:3,
42:12, 50:11,
50:17, 52:14,
56:11, 64:18,
66:8, 69:16,
72:4, 76:9,
76:10, 76:16,
76:17, 86:4,
88:9, 147:17,
172:4, 174:21,
186:19, 193:1
**number**
124:5, 142:11,
147:6, 193:17
**numbers**
5:2
**nurse**
20:2, 119:13,
119:14, 120:6,
121:15, 121:17,
125:11, 125:18,
125:20, 129:5,
129:7, 129:8,
129:11, 130:6,
130:10, 132:5,
135:3, 138:18,
146:17, 147:17,
156:12, 206:6,
206:11, 206:16,
206:17, 206:19,
206:21, 207:19,
208:12, 209:6
**nursing**
12:7, 16:22,
105:12, 105:14
**nutrition**
43:6, 46:11
**nutritionist**
195:17

---
**O**
---

**objection**
173:4
**obligations**
17:3

**obvious**
200:19
**obviously**
178:15
**occasional**
63:12, 63:14
**occasionally**
34:16, 39:20,
63:20, 66:5,
202:12, 202:16,
202:17
**occupational**
8:6, 8:16,
9:15, 10:1,
10:9, 12:1,
19:1, 21:20,
21:22, 22:2,
22:3, 31:21,
36:10, 37:1,
37:9
**occur**
14:22
**occurred**
104:7, 104:8,
158:15, 164:14,
164:17
**october**
20:11, 20:12,
27:15, 118:6,
118:7, 149:2
**off**
6:20, 8:1,
20:16, 20:19,
20:21, 22:8,
22:9, 22:10,
22:18, 22:19,
33:22, 34:1,
39:19, 40:4,
41:20, 46:18,
46:19, 47:18,
55:1, 55:14,
56:11, 57:21,
73:1, 73:2,
89:9, 94:5,
97:11, 104:18,
105:21, 108:19,
109:5, 113:14,
121:5, 122:17,

122:19, 124:3,
135:9, 135:11,
150:17, 152:8,
168:20, 173:8,
173:10, 182:13,
188:18, 188:19,
197:8, 199:14,
199:19, 205:2,
206:13
**offer**
11:8, 18:18,
137:21
**offered**
39:16
**offers**
18:17
**office**
26:6, 26:7,
112:22, 120:18,
122:12, 126:13,
132:14, 166:15,
166:16, 167:3,
177:13, 177:14,
177:15, 191:6,
191:7
**officer**
211:2
**offices**
2:2
**often**
32:3, 33:11,
39:5, 39:11,
43:3, 51:2,
51:19, 54:2,
64:19, 67:1,
141:11, 208:17
**oh**
59:4, 166:10,
174:18, 193:11,
194:5
**okay**
5:20, 6:1,
6:14, 21:8,
22:10, 48:15,
73:4, 81:7,
99:12, 121:17,
124:11, 142:3,
152:1, 166:10

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    81

| | | | |
|---|---|---|---|
| **old** | 96:7, 101:10, | 172:7, 180:21, | **ordered** |
| 31:18, 175:7 | 101:11, 102:4, | 183:1, 183:21, | 89:7, 90:13, |
| **older** | 102:5, 102:20, | 187:7, 188:6, | 99:17 |
| 31:15, 31:16, | 104:13, 109:21, | 188:22, 190:20, | **ordinary** |
| 31:18, 75:11, | 109:22, 110:10, | 208:19 | 141:13 |
| 160:3 | 111:16, 111:17, | **open** | **organs** |
| **omaha** | 112:1, 115:5, | 32:10, 75:16, | 104:12, 109:19, |
| 6:21, 7:4, 7:5, | 118:18, 130:13, | 78:10, 78:11, | 110:2, 110:6, |
| 9:8, 9:12, | 134:12, 137:4, | 93:3, 93:12, | 117:8, 158:2, |
| 12:13, 12:15, | 143:6, 145:10, | 93:19, 104:1, | 164:22, 165:1 |
| 13:18, 15:11, | 149:22, 150:4, | 106:6, 106:7, | **originally** |
| 15:12, 23:9, | 151:1, 151:7, | 108:1, 108:10, | 6:22, 94:14 |
| 28:16, 29:3, | 154:21, 160:7, | 108:14, 108:18, | **ostomy** |
| 29:10, 29:11, | 160:11, 161:4, | 108:21, 109:15, | 208:22 |
| 47:22, 49:6, | 165:13, 166:8, | 116:1, 116:3, | **ot** |
| 122:3, 142:4, | 170:18, 171:20, | 117:22, 181:5, | 19:4, 19:5, |
| 142:6, 172:12, | 171:21, 172:20, | 181:8, 182:9 | 37:11 |
| 174:12, 174:13, | 176:4, 177:22, | **opened** | **other** |
| 208:8 | 179:4, 184:16, | 109:4 | 5:11, 14:10, |
| **once** | 184:17, 185:3, | **operative** | 17:6, 30:10, |
| 43:11, 43:13, | 187:1, 187:7, | 156:18 | 31:1, 32:20, |
| 45:9, 50:4, | 190:20, 190:22, | **opex** | 37:7, 45:17, |
| 84:20, 115:14, | 192:2, 203:13, | 46:2, 46:4, | 58:4, 59:1, |
| 145:10, 145:11, | 204:2, 205:10, | 46:5, 46:21, | 62:2, 62:19, |
| 153:22, 162:19, | 206:7, 206:21 | 48:19, 48:20, | 63:11, 68:13, |
| 165:19, 172:7, | **ones** | 51:7 | 75:18, 88:21, |
| 172:15, 181:10 | 102:5, 123:11, | **opinion** | 92:11, 94:1, |
| **one** | 175:2, 176:7, | 58:22, 59:12 | 95:8, 95:17, |
| 5:17, 13:5, | 178:10, 184:16, | **opinions** | 98:11, 101:21, |
| 19:19, 28:2, | 185:14, 194:19 | 54:15 | 102:9, 102:14, |
| 28:6, 28:14, | **ongoing** | **opportunities** | 103:22, 104:12, |
| 28:20, 30:16, | 79:22, 200:13 | 11:10, 11:17, | 108:16, 109:19, |
| 30:22, 31:1, | **online** | 27:19 | 110:2, 110:6, |
| 31:2, 33:6, | 71:6, 71:10, | **opposed** | 112:2, 114:9, |
| 33:10, 33:13, | 78:16, 174:3 | 28:5, 29:4, | 115:3, 116:1, |
| 37:7, 46:7, | **only** | 29:6, 78:15, | 117:8, 117:16, |
| 50:9, 52:18, | 16:13, 21:22, | 189:16 | 117:18, 117:21, |
| 54:21, 56:14, | 24:17, 32:20, | **option** | 119:6, 125:5, |
| 59:16, 60:3, | 33:17, 37:20, | 47:19, 72:10, | 126:12, 131:9, |
| 61:11, 62:2, | 54:3, 68:2, | 100:22, 103:15, | 143:15, 151:1, |
| 62:15, 65:2, | 72:8, 84:19, | 111:2, 158:11, | 152:20, 152:21, |
| 76:20, 78:3, | 92:2, 94:20, | 158:12, 171:11 | 153:9, 156:1, |
| 78:10, 80:21, | 96:16, 103:2, | **options** | 158:10, 158:13, |
| 85:14, 87:7, | 128:10, 131:17, | 32:22, 71:15, | 158:14, 159:15, |
| 90:18, 90:20, | 132:12, 153:13, | 77:15, 92:15, | 175:21, 176:17, |
| 91:7, 91:9, | 153:15, 154:5, | 92:19, 94:8 | 177:3, 177:22, |
| 93:7, 94:21, | 158:11, 162:5, | **ordeal** | 178:21, 183:7, |
| 94:22, 95:16, | 163:7, 164:19, | 206:8 | |

185:11, 187:12,
187:13, 189:14,
194:19, 208:21
**others**
11:17, 95:1,
102:10
**otherwise**
6:9, 211:10
**our**
37:10, 81:19,
104:2, 130:10,
147:16, 164:10
**out**
13:10, 13:18,
14:20, 20:10,
31:6, 32:3,
32:15, 38:10,
39:21, 40:2,
44:20, 47:18,
50:1, 53:18,
56:21, 56:22,
65:18, 66:3,
66:4, 66:6,
70:7, 80:4,
81:17, 82:16,
83:11, 84:1,
84:15, 84:16,
89:20, 110:20,
114:3, 120:7,
120:8, 121:6,
121:20, 122:7,
123:6, 123:12,
134:19, 137:16,
137:17, 137:19,
141:13, 143:4,
143:6, 149:9,
149:21, 154:9,
156:5, 157:8,
159:14, 161:21,
165:7, 166:8,
169:20, 172:16,
177:16, 179:18,
179:19, 179:22,
180:11, 184:1,
186:4, 187:17,
198:16, 201:19,
202:20, 203:4,
203:5, 203:13,

203:16, 203:19,
204:18, 205:18
**out-of-pocket**
184:9, 199:1
**out-of-state**
32:9
**outcome**
211:10
**outpatient**
198:15
**outside**
39:1, 39:3,
92:8, 92:13,
131:19, 145:20,
206:18
**ovaries**
91:7, 91:9
**ovary**
91:5, 130:14,
131:1, 131:5,
171:16
**over**
45:20, 46:5,
46:13, 52:17,
54:6, 98:6,
114:16, 114:18,
115:8, 130:11,
132:16, 139:18,
150:6, 156:15,
193:19, 196:11,
205:22, 207:4
**overestimate**
180:18
**overlaps**
37:8
**overtime**
199:21
**ovulation**
98:8, 98:13
**owe**
185:7
**own**
39:14, 39:18,
47:19, 53:16,
67:19, 71:15,
78:17, 116:22,
133:15, 209:4,
209:7, 209:11

**P**

**pa**
83:16, 84:2,
84:15, 88:9
**package**
85:17
**pad**
196:11
**page**
4:2, 4:11,
12:22, 73:10,
73:11, 73:17,
73:18, 74:1,
74:2, 74:4,
102:5, 174:6,
175:4, 175:22
**pages**
1:21, 123:1,
174:16, 175:5
**paid**
10:17, 34:9,
184:14, 185:14,
186:2
**painful**
179:10, 205:6,
205:10
**pains**
17:6, 63:1,
79:22, 169:20,
179:20, 195:1
**paired**
189:19
**palpate**
89:10, 140:9
**pants**
42:4
**pap**
26:22
**papers**
130:4, 130:5
**parent's**
49:7, 159:20,
168:8, 187:3
**parents**
12:16, 23:10,
29:11, 79:11,
94:9, 104:19,

113:9, 118:16,
118:20, 119:5,
120:9, 121:7,
127:8, 127:17,
128:20, 129:3,
130:5, 136:8,
142:4, 157:5,
157:7, 159:13,
159:15, 159:19,
176:11, 183:18,
196:15
**part**
16:9, 16:12,
21:4, 21:7,
22:13, 22:18,
22:19, 38:21,
42:11, 47:21,
47:22, 65:16,
82:22, 115:11,
115:17, 132:16,
157:15, 173:17,
173:18, 181:17,
197:11, 202:3,
202:10, 207:5
**part-time**
16:14, 199:15
**partially**
48:3
**particular**
39:8, 42:11,
89:8, 172:1,
175:14, 182:19
**parties**
211:9
**partner**
72:11, 91:18
**parts**
207:3
**past**
67:12, 69:1
**path**
79:1, 79:2,
79:6, 181:10
**patient**
153:10
**patients**
20:4, 21:14,
36:6, 37:6

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    83

| | | | |
|---|---|---|---|
| patricia<br>90:16<br>patterns<br>191:17<br>pay<br>11:9, 28:17,<br>28:18, 46:6,<br>46:16, 53:18,<br>185:9, 185:11,<br>185:16, 185:17,<br>185:20, 199:6<br>paying<br>46:4, 46:5,<br>53:21, 185:5<br>payment<br>184:17, 185:4<br>payments<br>187:2<br>pee<br>191:21<br>pelvic<br>85:2, 89:10,<br>97:22, 132:19<br>pelvis<br>132:11, 135:21,<br>136:22<br>pending<br>100:17, 100:18<br>penney<br>105:5<br>people<br>37:2, 45:17,<br>85:14, 95:14,<br>119:18, 153:9,<br>179:5, 180:3,<br>183:22, 193:21,<br>196:14<br>per<br>45:16, 46:16,<br>199:19<br>percent<br>66:1, 104:13,<br>109:21, 109:22,<br>110:10, 185:11,<br>204:5<br>percentage<br>41:17, 42:12,<br>110:11, 110:16 | percentages<br>108:4<br>performed<br>25:21, 164:7<br>performing<br>17:2, 35:22<br>period<br>22:8, 33:12,<br>159:6, 173:1,<br>173:11<br>permanent<br>77:2<br>permanently<br>9:5, 76:22<br>person<br>68:3, 72:16,<br>72:18, 72:21,<br>73:19, 80:6,<br>80:10, 84:17,<br>85:13, 103:5,<br>113:1, 128:9,<br>179:21, 181:21<br>personal<br>45:7, 46:3,<br>49:1<br>personally<br>54:12<br>pharmacy<br>188:14<br>phases<br>81:19<br>phone<br>103:9, 104:18,<br>112:18, 112:22,<br>113:6, 113:13,<br>113:17, 115:8,<br>115:18, 116:8,<br>116:10, 117:13,<br>117:14, 117:18,<br>117:19, 118:2,<br>120:17, 128:7,<br>128:10, 147:3,<br>147:5, 147:6,<br>177:4, 189:15<br>photographs<br>4:15, 4:16,<br>73:4, 73:7,<br>73:19 | photos<br>187:13<br>physical<br>25:13, 25:16,<br>36:4, 36:10,<br>36:13, 36:17,<br>36:22, 37:8,<br>53:3, 53:5,<br>53:10, 53:12,<br>53:14, 54:9,<br>60:9, 79:21,<br>181:18, 209:1<br>physically<br>31:10, 70:10<br>physicals<br>24:20, 25:12,<br>25:15, 25:17,<br>25:21, 27:6<br>physician<br>19:5, 22:17,<br>22:20, 23:3,<br>23:6, 23:10,<br>24:12, 24:15,<br>24:17, 24:21,<br>25:1, 25:9,<br>25:14, 26:3,<br>26:20, 27:5,<br>53:1, 53:19,<br>58:4, 58:8,<br>58:13, 62:6,<br>62:10, 71:14,<br>75:8, 78:20,<br>83:16, 84:1,<br>84:7, 84:16,<br>84:17, 84:19,<br>84:22, 96:2,<br>102:17, 102:21,<br>116:2, 155:3,<br>164:18, 165:17,<br>184:12, 188:6,<br>189:17, 190:14<br>physician's<br>26:5, 26:7<br>physicians<br>24:20, 25:11,<br>25:20, 95:8,<br>159:16, 160:12<br>pick<br>135:8 | picked<br>134:21<br>picture<br>130:8, 130:17,<br>130:20, 139:14,<br>175:5, 175:7,<br>175:9<br>pictures<br>73:10, 139:13,<br>175:2, 187:14,<br>187:17<br>pills<br>134:14<br>pjm<br>1:9<br>place<br>28:2, 28:6,<br>28:14, 28:20,<br>39:15, 46:2,<br>49:11, 80:2,<br>101:1, 136:20,<br>172:4, 196:6<br>placed<br>196:3<br>places<br>28:9<br>plaintiff<br>1:7, 3:3, 200:5<br>plan<br>14:20, 19:8,<br>35:18, 60:13,<br>61:22, 71:13,<br>72:5, 113:12,<br>142:5, 188:20<br>plane<br>142:18, 143:14,<br>143:18, 144:1<br>planned<br>173:2<br>planning<br>14:16, 20:19,<br>33:4, 61:4,<br>76:9, 94:15,<br>173:12<br>plans<br>15:1, 71:7<br>plastic<br>74:8 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

84

play
175:14, 175:18
played
175:15
please
5:9, 5:18
plus
199:10
pm
65:7
pocket
53:18
point
6:5, 15:1,
15:2, 33:19,
42:20, 49:5,
60:8, 61:4,
61:8, 61:20,
72:20, 90:3,
96:6, 96:11,
96:14, 96:15,
127:1, 144:14,
149:22, 151:7,
152:22, 157:9,
177:7, 199:22,
203:7
points
114:19
policy
198:2
polyps
189:10
pooping
192:11
poor
192:4
population
11:21, 12:4,
16:19
portion
20:1, 37:5
portions
19:18
position
10:7, 12:20,
14:2, 14:4,
14:5, 15:14,
18:14, 25:18,

28:1, 28:19,
28:22, 34:10,
34:15
positioned
89:15
positions
9:13, 13:5,
15:17, 27:18
positive
184:1, 208:9
possibility
78:10, 98:15,
108:13, 109:1,
116:3, 171:12
possible
74:11
possibly
74:9, 93:2
post
7:11, 129:2,
148:22, 175:3,
176:11
posted
174:21, 175:2,
175:3, 175:10,
176:14, 178:14
posting
176:18
postings
175:21
postop
119:12, 121:2,
121:19, 124:9,
124:22, 125:2,
125:18, 125:20,
126:18, 129:8,
139:19, 176:1,
184:12, 194:20
postoperative
4:13
potential
96:12, 96:19,
119:11
pound
98:17
pounds
98:18
powder
88:21

power
47:10, 47:16,
47:20
practice
95:2, 111:7,
189:17
practitioner
146:18, 147:17
pray
173:21
prayer
176:16
precancerous
189:12
prefer
28:5
preference
32:13
pregnancy
75:13, 76:5
pregnant
72:1, 72:6,
72:14, 74:18,
75:2, 76:10,
77:13, 78:3,
78:6, 78:12
premarked
5:3
preop
112:1
preoperative
4:14, 111:9
prerequisites
8:2
prescribe
53:14
prescribed
53:12, 134:11
prescription
134:17, 135:5,
135:8, 135:10,
135:12, 154:5
prescriptions
188:15
presently
31:20
preserve
92:22, 103:16

press
140:7
pressure
63:3, 79:14,
97:22, 98:5,
125:7, 129:9,
139:11
pressuring
205:18
pretty
25:6, 26:19,
30:10, 31:1,
36:7, 38:13,
39:6, 43:9,
43:19, 48:18,
55:11, 69:2,
113:7, 120:5,
129:20, 130:18,
134:5, 135:15,
135:19, 136:6,
150:13, 150:18,
154:11, 156:21,
170:7, 194:1,
194:21, 204:13,
208:14
prevent
66:3, 66:4,
182:21
prevented
179:6, 180:9,
181:13, 182:8,
182:9, 182:17
preventive
27:1, 58:13,
171:12
primarily
64:14, 176:7
primary
23:3, 23:5,
23:7, 24:12,
24:15, 24:21,
25:1, 25:9,
25:14, 62:10,
94:20, 152:14
print
187:17
prior
23:14, 24:3,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                        85

| | | | |
|---|---|---|---|
| 24:18, 26:14,<br>27:4, 30:16,<br>37:16, 38:2,<br>40:5, 40:15,<br>41:10, 41:11,<br>41:15, 49:5,<br>50:13, 52:16,<br>71:19, 71:22,<br>80:2, 80:6,<br>81:8, 81:11,<br>82:2, 83:20,<br>83:21, 83:22,<br>88:10, 90:2,<br>90:18, 119:2,<br>120:12, 120:16,<br>125:2, 125:21,<br>126:10, 133:13,<br>133:15, 141:16,<br>162:4, 175:8,<br>185:20, 199:6<br>**probable**<br>158:11<br>**probably**<br>30:17, 39:12,<br>41:12, 42:4,<br>45:12, 51:4,<br>54:12, 57:19,<br>61:11, 62:16,<br>64:13, 65:11,<br>65:22, 67:3,<br>69:3, 75:7,<br>79:5, 82:3,<br>83:19, 86:10,<br>89:5, 98:10,<br>98:18, 100:3,<br>102:19, 110:18,<br>110:20, 119:7,<br>123:4, 135:5,<br>137:3, 138:22,<br>140:15, 143:2,<br>148:12, 149:15,<br>158:21, 159:4,<br>169:11, 171:2,<br>175:9, 178:10,<br>184:4, 192:13,<br>204:17, 207:13<br>**problem**<br>69:7, 123:5, | 138:13, 171:14<br>**problems**<br>37:17, 55:20,<br>124:1, 143:13,<br>146:8, 169:22,<br>194:13<br>**procedure**<br>77:10, 99:8,<br>106:7, 107:15,<br>112:7, 113:12,<br>116:5, 130:12,<br>190:12, 190:15,<br>198:15<br>**procedures**<br>78:18, 106:15,<br>126:19, 189:22<br>**proceedings**<br>197:14, 211:3,<br>211:5<br>**process**<br>153:8<br>**produce**<br>123:9<br>**produced**<br>123:19<br>**product**<br>123:4, 123:5<br>**professional**<br>67:22<br>**program**<br>8:7, 44:2,<br>44:8, 45:6, 51:7<br>**programming**<br>43:5, 46:8<br>**programs**<br>18:6<br>**pronounce**<br>100:15<br>**pros**<br>28:7<br>**protected**<br>123:5<br>**provide**<br>19:11, 28:9,<br>28:12, 44:20,<br>84:12, 209:1<br>**provided**<br>123:1 | **provider**<br>118:10, 119:10,<br>164:18<br>**providing**<br>22:2<br>**pt**<br>58:9, 188:9,<br>188:10<br>**public**<br>2:15, 211:1,<br>211:20<br>**pull**<br>123:12, 161:21,<br>205:13<br>**pulled**<br>121:6, 196:9<br>**pulling**<br>60:1<br>**punctures**<br>164:22<br>**purpose**<br>44:19<br>**pursuant**<br>2:14<br>**pursue**<br>79:6<br>**pushing**<br>167:17, 167:19<br>**put**<br>28:6, 55:22,<br>102:11, 140:12,<br>148:5, 192:21,<br>206:6, 207:12<br><br>      **Q**<br>**quadrant**<br>64:2, 65:12,<br>86:3, 86:13,<br>87:22<br>**qualify**<br>35:3, 35:4,<br>35:6<br>**question**<br>6:2, 6:7,<br>45:20, 91:4,<br>199:9, 201:18<br>**questions**<br>5:18, 14:15, | 44:15, 44:22,<br>45:3, 103:13,<br>115:1, 115:3,<br>115:7, 115:9,<br>115:12, 115:14,<br>115:17, 115:20,<br>115:21, 116:7,<br>116:9, 119:22,<br>166:20, 182:14,<br>191:13, 194:9,<br>200:4, 207:15<br>**quickly**<br>194:11<br>**quite**<br>50:21<br><br>      **R**<br>**radiation**<br>88:6, 189:5<br>**raised**<br>7:3<br>**ran**<br>52:15, 175:18<br>**rancho**<br>8:20<br>**ranchos**<br>9:14<br>**random**<br>54:15, 67:6<br>**randomly**<br>67:7, 67:16<br>**ranged**<br>34:7<br>**rare**<br>33:13<br>**rate**<br>10:18, 11:9,<br>28:17, 28:18,<br>34:3, 34:6,<br>46:6, 52:5,<br>71:12, 75:9,<br>78:21, 78:22,<br>79:4, 106:2,<br>107:18, 107:21,<br>109:20, 139:11,<br>140:20, 199:12,<br>199:13, 199:16,<br>203:15 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

86

| | | | |
|---|---|---|---|
| **rates**<br>78:17<br>**ratings**<br>25:4<br>**raw**<br>201:7, 205:6,<br>205:8, 207:4<br>**read**<br>114:12, 114:18,<br>156:15, 156:19,<br>209:14, 210:4<br>**reading**<br>165:15<br>**ready**<br>82:15, 82:17,<br>82:19<br>**reagan**<br>143:4, 143:5<br>**real**<br>124:1<br>**realize**<br>192:21<br>**really**<br>60:14, 61:21,<br>66:12, 68:2,<br>79:4, 80:22,<br>92:2, 104:3,<br>127:10, 128:4,<br>135:2, 135:14,<br>137:22, 139:5,<br>140:3, 144:16,<br>148:20, 153:1,<br>153:4, 156:11,<br>157:8, 158:12,<br>159:1, 163:21,<br>164:15, 164:19,<br>164:22, 169:19,<br>174:2, 183:5,<br>192:20, 192:21,<br>194:7, 194:19,<br>201:8, 201:9,<br>203:16, 203:19,<br>203:22<br>**reason**<br>9:3, 11:7,<br>22:13, 24:22,<br>25:8, 26:17, | 27:5, 50:6,<br>76:3, 96:8,<br>102:2, 102:13,<br>108:20, 120:12,<br>142:19, 152:14,<br>172:1, 180:19,<br>189:15<br>**reasons**<br>158:13<br>**recall**<br>26:13, 27:4,<br>111:21, 114:11,<br>119:1, 124:21,<br>134:9, 139:9,<br>154:8, 154:13,<br>157:10, 190:17<br>**recap**<br>124:12<br>**receive**<br>26:8, 35:2,<br>198:18<br>**received**<br>26:12, 67:20,<br>126:22, 177:15,<br>187:5<br>**recent**<br>61:12<br>**recently**<br>27:13, 29:18,<br>30:16, 33:13,<br>58:6, 64:3,<br>67:3, 69:4,<br>71:4, 80:15,<br>82:20, 105:2,<br>151:22, 168:22,<br>188:16, 201:14<br>**recess**<br>85:22, 124:4<br>**recliner**<br>149:20<br>**recollection**<br>98:22, 127:3,<br>148:17<br>**recommend**<br>54:18, 60:6,<br>77:21, 92:14,<br>92:21, 189:12<br>**recommendation**<br>92:17, 94:1 | **recommendations**<br>25:3<br>**recommended**<br>23:15, 60:8,<br>76:6, 85:2,<br>90:6, 90:7,<br>105:19<br>**recommending**<br>22:17, 46:13,<br>89:10, 94:11,<br>102:19, 109:6<br>**recommends**<br>51:12<br>**record**<br>33:22, 34:1,<br>46:18, 46:19,<br>55:1, 73:1,<br>73:2, 94:5,<br>97:11, 113:14,<br>122:17, 122:19,<br>124:3, 211:4<br>**recorded**<br>148:15<br>**records**<br>97:17, 97:21,<br>103:11<br>**recover**<br>125:3, 142:6<br>**recovery**<br>21:1, 106:5,<br>108:5, 108:6,<br>109:16<br>**recovery-type**<br>40:1<br>**rectum**<br>161:19, 162:12,<br>162:15, 164:2,<br>164:5, 164:14,<br>164:17, 167:11,<br>167:12<br>**recurrent**<br>184:17, 185:4<br>**recurring**<br>172:3, 187:2<br>**red**<br>75:3<br>**reduce**<br>129:17 | **reduced**<br>78:6, 78:8,<br>211:6<br>**refer**<br>84:22, 112:6,<br>124:19, 126:17<br>**referral**<br>19:5, 53:19,<br>62:14<br>**referred**<br>83:17, 85:4,<br>112:15, 170:18,<br>170:19, 170:20<br>**referring**<br>111:11, 177:6<br>**refill**<br>154:2, 154:4,<br>191:11<br>**regard**<br>114:1, 183:11,<br>201:20<br>**regarding**<br>115:1<br>**regards**<br>69:9, 78:20,<br>114:10, 119:3,<br>126:18, 176:8,<br>176:19, 198:14<br>**region**<br>62:21<br>**regular**<br>24:21, 26:16,<br>26:17, 26:20,<br>26:22, 38:1,<br>56:13, 65:6,<br>65:8, 77:17,<br>170:5, 170:16,<br>188:7, 195:6<br>**regularly**<br>39:6, 43:6,<br>125:16, 196:20,<br>200:15, 204:13<br>**rehab**<br>8:21, 12:3,<br>12:6, 19:16<br>**rehabcare**<br>12:21, 14:5,<br>15:5, 15:16, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    87

15:21, 15:22,
17:16, 17:20,
18:11, 18:21,
20:14, 21:15,
21:21, 26:6,
28:14, 34:9,
35:5, 186:13,
196:16, 199:21
**rehabilitation**
203:1
**reimbursed**
197:21
**related**
56:8, 67:14,
67:15, 68:13,
69:14, 70:5,
77:7, 79:17,
184:13, 211:8
**relationship**
80:10, 81:3,
81:9, 81:14,
81:16, 82:3,
82:5
**relax**
40:4, 133:14
**relaxant**
56:6
**released**
74:3, 157:21,
172:11
**releasing**
157:17
**relief**
60:18, 61:18,
61:20, 65:14,
150:5
**relieve**
31:7, 152:10
**relieved**
150:14
**religion**
174:4
**religious**
173:19
**remain**
121:3, 121:8,
121:12, 124:13
**remainder**
135:16

**removal**
94:3, 107:6
**remove**
92:12, 92:18,
93:18, 96:9,
107:12, 107:14,
116:13, 117:4,
157:14, 167:11,
183:5
**removed**
49:7, 70:22,
106:16, 106:17,
124:14, 130:9,
130:14, 130:16,
131:6, 131:8,
131:12, 131:13,
131:16, 163:18,
167:12, 167:14,
167:18
**reorient**
117:1
**repeat**
77:21, 171:18
**repetitions**
52:11
**rephrase**
5:19, 71:19,
173:6
**replaced**
30:8, 30:10,
30:18, 30:20
**replacements**
30:14
**report**
156:14, 156:16,
156:19
**reported**
1:22, 98:15,
98:16
**reporter**
2:15, 211:1,
211:2
**representing**
5:14
**requested**
20:21, 173:9,
211:7
**requests**
176:16

**require**
53:19
**research**
58:17, 94:16,
101:14, 101:17,
112:12, 190:11
**researched**
71:8
**reservations**
142:18
**resided**
20:4
**resident**
21:18
**residents**
19:3, 19:20,
20:1, 21:16,
21:17
**resolve**
116:22, 148:8
**resolved**
148:2
**respond**
178:5
**responsible**
13:14
**rest**
52:4, 86:19,
87:10, 134:4,
174:19, 182:4,
206:14
**restate**
5:19
**restroom**
203:10, 204:16
**results**
85:4, 90:11,
90:22
**retained**
4:10
**retired**
105:3, 184:6
**retrieve**
123:15
**return**
15:2, 21:2,
24:1, 121:14,
172:20, 173:2,

173:17
**returned**
21:4, 22:13,
23:20, 24:3,
48:10, 49:9,
173:18
**returning**
37:12, 173:13,
197:1
**reversal**
169:12, 186:1,
194:14, 196:1,
203:2, 203:6
**reversed**
49:15, 107:7,
195:16
**review**
211:7
**reviewed**
99:7, 103:10,
112:11, 132:14,
139:12, 165:14
**rhoades**
3:14
**right**
6:11, 14:18,
14:20, 27:22,
32:21, 35:16,
41:19, 45:4,
45:7, 48:13,
48:20, 50:11,
61:1, 63:12,
72:4, 74:16,
88:7, 88:11,
97:19, 99:15,
99:20, 100:2,
100:3, 115:15,
125:1, 132:20,
136:13, 151:2,
152:2, 155:15,
155:19, 157:15,
162:1, 170:3,
172:4, 172:19,
178:1, 197:9,
200:2, 209:6,
209:9
**ring**
99:13

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                        88

| | | | |
|---|---|---|---|
| **rising**<br>160:17<br>**risk**<br>75:12, 104:10,<br>104:11, 104:12,<br>109:13, 109:14,<br>109:20, 110:1,<br>110:3, 110:9<br>**risks**<br>93:16, 96:4,<br>96:12, 96:19,<br>97:3, 104:7,<br>106:6, 109:7,<br>109:9, 109:18,<br>110:5, 110:16,<br>116:5, 117:6,<br>117:17, 119:11<br>**robotic**<br>92:21, 93:2,<br>93:9, 93:11,<br>94:22, 95:14,<br>99:8, 103:22,<br>106:1, 106:5,<br>106:7, 106:10,<br>106:11, 106:16,<br>106:19, 107:18,<br>108:1, 108:7,<br>108:9, 108:17,<br>109:9, 109:10,<br>110:10, 111:3,<br>112:9, 116:2<br>**robotics**<br>110:2<br>**rockville**<br>3:17, 118:15,<br>134:22<br>**roll**<br>56:1, 56:2,<br>56:17, 56:21<br>**rolling**<br>56:16, 57:19,<br>57:22<br>**room**<br>118:18, 154:9,<br>154:12, 155:13,<br>191:2<br>**roommates**<br>190:9 | **rope**<br>52:7<br>**round**<br>150:8<br>**routine**<br>44:22, 51:11<br>**rowers**<br>52:12<br>**run**<br>38:17, 38:18,<br>38:20, 39:3,<br>52:17, 194:10<br>**running**<br>38:11, 39:1,<br>51:22, 52:1,<br>52:2, 52:14,<br>69:11, 134:19,<br>174:11, 192:22,<br>193:11, 193:19,<br>195:2, 205:22<br><br>**S**<br><br>**s-a-r-a**<br>207:9<br>**safe**<br>121:13<br>**safely**<br>183:6<br>**safer**<br>106:17, 106:22,<br>107:2, 107:4,<br>107:5, 107:11<br>**salads**<br>201:7<br>**salaried**<br>34:10<br>**salary**<br>199:19<br>**same**<br>11:3, 11:6,<br>15:9, 16:18,<br>17:16, 21:14,<br>21:15, 21:17,<br>34:19, 50:15,<br>50:18, 73:18,<br>73:19, 74:1,<br>74:4, 78:7,<br>80:6, 87:7, | 89:1, 89:5,<br>116:14, 136:20,<br>137:2, 137:3,<br>145:17, 150:13,<br>150:18, 161:8,<br>161:10, 163:13,<br>163:16, 179:21,<br>181:21, 193:4,<br>202:8, 210:5<br>**san**<br>207:11<br>**sandoval**<br>1:6, 1:14, 2:1,<br>4:2, 4:11, 5:4,<br>5:10, 5:13,<br>123:12, 159:21,<br>160:4, 174:9,<br>174:12, 209:16,<br>210:3<br>**santos**<br>24:18, 84:3,<br>84:4, 84:11<br>**sara**<br>207:9<br>**sarah**<br>1:6, 1:14, 2:1,<br>4:2, 5:4, 5:10,<br>153:2, 174:8,<br>174:12, 209:16,<br>210:3<br>**satisfaction**<br>115:13<br>**saturday**<br>142:3, 142:12,<br>142:13, 144:4,<br>144:5, 145:4,<br>145:12, 149:16<br>**saw**<br>23:3, 24:17,<br>55:5, 58:21,<br>58:22, 59:2,<br>76:1, 83:16,<br>85:7, 88:9,<br>88:13, 88:17,<br>89:21, 90:2,<br>90:11, 90:16,<br>91:15, 97:18,<br>99:10, 99:11, | 99:19, 102:6,<br>105:22, 110:13,<br>132:15, 155:4,<br>166:16, 169:10,<br>169:18, 169:19,<br>171:4, 172:7,<br>172:9, 172:11,<br>181:11, 182:14,<br>184:13, 195:18<br>**say**<br>7:14, 8:15,<br>10:5, 10:15,<br>12:10, 16:13,<br>24:10, 29:14,<br>30:7, 30:15,<br>33:15, 34:7,<br>34:13, 36:2,<br>37:8, 38:18,<br>39:7, 40:9,<br>40:20, 42:2,<br>45:11, 48:9,<br>51:20, 53:22,<br>55:18, 56:10,<br>57:18, 59:6,<br>61:6, 64:21,<br>65:15, 65:22,<br>66:12, 67:3,<br>69:1, 73:15,<br>76:22, 77:4,<br>78:5, 78:15,<br>79:20, 84:10,<br>86:7, 87:12,<br>94:15, 100:19,<br>115:5, 116:18,<br>117:2, 117:10,<br>120:22, 121:21,<br>132:1, 134:1,<br>134:16, 138:10,<br>143:2, 148:12,<br>149:7, 149:15,<br>151:12, 152:2,<br>153:12, 155:12,<br>155:18, 156:20,<br>163:2, 163:4,<br>163:13, 165:1,<br>175:17, 178:11,<br>182:22, 185:8,<br>189:1, 192:10, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    89

197:16, 197:18,
199:17, 204:4,
207:21, 208:3
**saying**
71:11, 83:7,
103:22, 116:2,
127:8, 128:12,
131:17, 131:21,
163:7, 163:12,
183:1, 199:3,
199:5
**says**
68:11, 98:4,
98:6
**scale**
86:4
**scan**
88:2, 88:5
**scans**
189:4
**scar**
77:6, 132:2,
132:8, 139:17,
180:6
**scary**
80:19
**scenario**
74:21
**schedule**
96:18, 104:15,
104:20
**scheduled**
55:3, 55:5,
55:6, 96:20,
100:4, 100:8,
100:13, 122:2,
122:3
**scheduling**
97:2, 104:21
**school**
7:5, 7:8, 7:11,
7:17, 8:2,
175:11
**scottsdale**
6:17, 6:18,
6:21, 12:20,
28:16, 47:11,
53:8, 101:3,

101:9, 110:13
**seal**
211:12
**search**
102:3, 102:8,
102:11
**searched**
28:13, 29:2,
29:3
**searches**
28:15, 95:7
**second**
54:21, 58:21,
58:22, 59:12,
95:11, 107:8,
137:11, 160:14,
160:15, 162:21,
163:1, 163:13,
163:19, 164:2,
167:6, 176:15,
185:1, 185:20,
186:11, 196:3
**security**
35:16
**see**
13:9, 19:9,
21:14, 25:7,
32:11, 38:1,
41:20, 43:3,
43:5, 43:11,
43:12, 44:4,
44:5, 44:8,
44:11, 45:9,
48:13, 53:19,
54:1, 54:2,
54:7, 54:13,
58:8, 59:11,
59:14, 62:2,
62:9, 62:10,
62:12, 62:17,
71:14, 74:13,
76:4, 83:18,
84:5, 84:17,
84:19, 87:21,
89:12, 90:17,
91:13, 91:16,
92:5, 92:16,
99:14, 100:21,

102:21, 103:19,
108:20, 118:8,
118:10, 122:6,
122:10, 122:13,
122:15, 124:17,
125:19, 127:1,
155:10, 155:20,
158:6, 160:22,
166:12, 170:1,
172:4, 172:17,
173:6, 188:3,
190:11, 197:20,
200:9, 205:18
**seeing**
25:11, 26:20,
27:5, 42:12,
56:11, 58:9,
58:13, 58:19,
62:8, 86:16,
91:12, 126:8,
128:4, 128:22,
154:17, 159:11,
169:6, 169:16,
170:14, 170:22,
171:8, 188:7
**seek**
84:15
**seeked**
84:16
**seeking**
74:8, 83:22
**seem**
67:15
**seems**
55:15, 56:20,
64:7, 70:2,
179:5, 200:19
**seen**
24:5, 24:19,
25:5, 26:6,
53:1, 53:3,
54:3, 59:1,
59:5, 59:6,
59:9, 62:17,
71:10, 75:21,
81:10, 116:6,
180:3, 205:16
**sees**
45:21, 54:4

**self-conscious**
80:16
**self-research**
78:17
**send**
32:18, 111:8,
176:22, 198:19
**sending**
111:21
**sense**
157:1
**sent**
26:10, 111:9,
114:1, 114:7,
121:6, 126:15,
187:3, 188:15
**separated**
17:8, 17:9
**september**
27:14, 73:15,
74:1, 100:7
**serious**
82:3, 82:5
**sermons**
174:3
**services**
46:3
**set**
16:16, 19:8,
33:20, 73:20,
96:1, 97:14,
104:22, 121:18,
143:8, 211:11
**sets**
51:8
**settings**
12:8, 16:21
**settle**
201:10
**seven**
39:21, 40:3,
82:4, 142:10
**several**
30:2, 68:19,
106:4, 172:14
**severe**
150:11
**share**
68:4, 68:8,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

90

| | | | |
|---|---|---|---|
| 176:4 | **shouldn't** | 72:6, 75:17, | 207:4, 208:20 |
| **shared** | 128:12, 154:19, | 169:21 | **skinny** |
| 68:9, 175:9 | 175:17, 181:2 | **signing** | 153:4 |
| **sharp** | **show** | 114:2 | **skip** |
| 63:7, 67:1 | 73:6, 82:22, | **signs** | 85:12 |
| **she'll** | 188:2 | 161:1 | **slash** |
| 209:14 | **showed** | **similar** | 19:2 |
| **she's** | 89:18, 130:7, | 60:2, 180:4 | **sleep** |
| 23:8, 30:8, | 130:18, 139:13 | **similarly** | 38:13, 46:11, |
| 30:10, 41:7, | **shower** | 153:10 | 65:5, 67:9, |
| 116:6, 129:14, | 38:13 | **since** | 68:13, 68:15, |
| 171:20, 172:20, | **showering** | 24:6, 24:19, | 68:18, 69:4, |
| 194:1 | 126:19, 205:19 | 25:5, 28:14, | 69:21, 134:4, |
| **shea** | **showing** | 43:8, 48:1, | 136:4, 143:22, |
| 101:5, 101:7 | 89:19, 161:1 | 48:19, 56:15, | 144:2, 145:6, |
| **sheet** | **shows** | 59:9, 67:20, | 149:20 |
| 210:8 | 55:13 | 75:21, 76:1, | **sleeping** |
| **sheets** | **shrink** | 82:4, 97:22, | 68:17, 69:5, |
| 206:4 | 92:16 | 98:21, 122:6, | 136:6, 137:9, |
| **shield** | **siblings** | 148:13, 169:1, | 149:18 |
| 17:22, 18:4, | 29:7 | 177:4, 189:3, | **slept** |
| 18:13, 18:19, | **sic** | 192:6 | 135:15, 137:12, |
| 186:10, 186:17, | 172:16 | **sites** | 204:4 |
| 186:20 | **sick** | 82:11 | **slip** |
| **shirts** | 17:6, 17:10 | **situation** | 172:21 |
| 42:5, 42:10 | **side** | 206:1 | **slow** |
| **short** | 14:9, 61:1, | **situations** | 21:12 |
| 52:4, 61:16, | 61:2, 91:7, | 106:3 | **slower** |
| 162:8, 167:8 | 91:10, 151:1, | **six** | 153:8 |
| **short-term** | 157:15 | 30:18, 38:16, | **small** |
| 35:10, 61:18, | **sigmoidoscopies** | 39:7, 40:3, | 42:6, 42:10 |
| 197:17, 197:22 | 189:6 | 42:2, 42:15, | **smear** |
| **shorter** | **sigmoidoscopy** | 49:21, 50:7, | 90:9 |
| 106:5, 108:5, | 87:17, 189:10, | 81:11, 81:12, | **smears** |
| 120:21 | 189:13 | 82:4, 108:10 | 26:22 |
| **shorthand** | **sign** | **sixth** | **smelled** |
| 211:1 | 209:14 | 158:22, 159:4 | 204:20 |
| **should** | **signature** | **size** | **smooth** |
| 20:13, 62:18, | 209:15, 210:11 | 41:21, 42:3, | 194:21 |
| 121:11, 121:18, | **signature-onfju** | 91:21, 92:17, | **snacked** |
| 125:15, 126:1, | 211:16 | 93:1, 104:3 | 144:21 |
| 171:2, 181:7, | **signed** | **skills** | **snacks** |
| 181:8, 181:9, | 85:14, 114:6, | 37:12, 37:13, | 146:1 |
| 182:19, 207:13 | 114:13, 210:8 | 37:14 | **social** |
| **shoulder** | **significance** | **skimmed** | 35:8, 35:15 |
| 29:19, 30:14, | 92:10 | 114:16, 114:17 | **soda** |
| 63:12 | **significant** | **skin** | 40:11 |
| **shoulders** | 69:2, 72:3, | 205:5, 205:8, | **softball** |
| 30:8 | | | 175:15 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

91

| | | | |
|---|---|---|---|
| **softener**<br>170:10<br>**softeners**<br>170:7, 200:14<br>**solely**<br>183:20<br>**some**<br>8:1, 9:12,<br>11:16, 14:9,<br>15:2, 20:16,<br>37:8, 39:20,<br>39:21, 42:1,<br>45:21, 52:8,<br>54:6, 54:16,<br>55:13, 55:17,<br>55:20, 56:9,<br>59:21, 60:17,<br>63:12, 66:5,<br>66:12, 66:20,<br>68:10, 68:17,<br>69:18, 70:9,<br>71:10, 78:17,<br>88:21, 90:8,<br>91:2, 95:7,<br>101:14, 111:1,<br>111:9, 123:10,<br>131:12, 132:16,<br>137:20, 138:3,<br>150:5, 153:11,<br>161:16, 161:21,<br>171:15, 180:8,<br>181:3, 182:16,<br>191:19, 195:1,<br>200:16, 202:16,<br>203:10<br>**somebody**<br>43:18, 44:4,<br>44:5, 45:3, 45:5<br>**someone**<br>54:13, 74:20,<br>80:12, 80:22,<br>81:4, 81:10,<br>83:1, 83:4,<br>85:1, 95:5,<br>112:15, 177:14<br>**someone's**<br>44:20, 180:17<br>**something**<br>42:20, 44:15, | 52:20, 65:18,<br>67:11, 67:17,<br>77:13, 78:22,<br>86:16, 86:19,<br>87:9, 89:11,<br>89:13, 95:12,<br>97:13, 103:18,<br>104:20, 106:19,<br>110:7, 110:12,<br>112:11, 114:3,<br>133:13, 144:21,<br>146:16, 167:17,<br>175:3, 175:10,<br>176:3, 176:14,<br>180:18, 185:17,<br>185:20, 197:19,<br>199:18, 201:10,<br>204:11, 204:12,<br>205:15, 206:12<br>**sometime**<br>27:11, 88:10,<br>100:5, 100:6<br>**sometimes**<br>10:10, 10:11,<br>39:18, 40:3,<br>42:9, 43:14,<br>51:13, 63:7,<br>66:12, 66:18,<br>67:9, 67:10,<br>92:12, 108:2,<br>125:11, 131:21,<br>170:8, 180:17,<br>180:19, 191:20,<br>193:15, 195:8,<br>201:3, 201:12,<br>202:9, 202:11,<br>205:1, 205:9,<br>207:2, 209:8<br>**somewhat**<br>59:20, 150:15<br>**somewhere**<br>12:12, 15:3,<br>33:2<br>**son**<br>122:21<br>**soon**<br>151:16, 156:21<br>**sooner**<br>102:17, 102:19, | 125:13<br>**sore**<br>135:14, 145:16<br>**sorry**<br>7:15, 9:20,<br>10:22, 20:13,<br>24:11, 36:9,<br>47:7, 47:10,<br>59:4, 85:11,<br>86:2, 117:11,<br>125:22, 126:11,<br>148:13, 184:20,<br>208:2<br>**sort**<br>11:18, 19:10,<br>40:20, 44:19,<br>50:10, 54:6,<br>54:15, 102:16,<br>104:6, 106:20,<br>145:22, 149:6,<br>149:12, 150:8,<br>199:18, 200:11,<br>203:1, 205:6,<br>207:2<br>**sorts**<br>176:9, 201:5<br>**sound**<br>97:19, 100:1<br>**sounded**<br>106:12<br>**sounds**<br>36:13, 140:13,<br>140:21, 147:1,<br>182:15<br>**source**<br>130:2<br>**southern**<br>1:3, 8:3<br>**sp**<br>175:11<br>**space**<br>161:17<br>**sparsed**<br>172:16<br>**speak**<br>62:18, 112:21,<br>177:1, 190:20<br>**speaking**<br>28:17, 127:6, | 128:21<br>**speaks**<br>54:5<br>**special**<br>12:3, 195:13,<br>195:15<br>**specialist**<br>62:8<br>**specialists**<br>102:14<br>**specialize**<br>19:15<br>**specialized**<br>180:13<br>**specialty**<br>23:2, 25:6,<br>62:7, 161:8,<br>161:9, 161:10<br>**specific**<br>40:6, 165:2,<br>167:9, 176:19<br>**specifically**<br>18:22, 84:15,<br>86:22, 93:7,<br>99:4, 112:7,<br>112:14, 165:20,<br>166:22, 182:22,<br>189:17, 190:2<br>**speech**<br>36:22<br>**spiking**<br>160:18<br>**spine**<br>59:15<br>**spoke**<br>100:14, 100:20,<br>119:14, 119:15,<br>127:7, 128:10,<br>142:1, 147:18,<br>148:11, 159:13,<br>177:17, 190:21<br>**spoken**<br>177:6, 179:5,<br>181:3<br>**sport**<br>175:14<br>**sports**<br>175:18 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    92

| | | | |
|---|---|---|---|
| sprained<br>37:21<br>st<br>118:7, 118:8<br>stabbing<br>63:7<br>stadnick<br>90:17, 91:11,<br>91:13, 91:14,<br>91:19, 94:8,<br>94:19, 96:4,<br>97:3, 101:2,<br>101:15, 102:18,<br>102:22, 105:20<br>stadnick's<br>97:17, 132:14<br>staff<br>96:21, 103:5,<br>119:6, 135:4<br>staffing<br>11:2, 15:7,<br>16:12, 17:4<br>stairs<br>203:9<br>stamina<br>50:10<br>standing<br>36:7<br>stands<br>154:9<br>start<br>8:16, 10:11,<br>22:18, 22:19,<br>46:21, 49:3,<br>49:8, 82:19,<br>82:20, 93:1,<br>149:18, 153:4,<br>205:2, 205:13<br>started<br>18:1, 23:21,<br>24:1, 27:13,<br>42:17, 42:18,<br>48:6, 48:19,<br>70:19, 71:4,<br>83:13, 88:20,<br>95:7, 150:4,<br>158:22<br>starting<br>24:4, 52:17, | 52:21, 69:11,<br>83:18<br>state<br>2:15, 5:8,<br>13:18, 32:15,<br>32:20, 33:3,<br>176:8, 211:21<br>stated<br>55:10, 176:8<br>statements<br>60:2<br>states<br>1:1, 32:17,<br>32:20, 33:6<br>stay<br>9:1, 9:5, 12:9,<br>14:16, 23:17,<br>82:15, 118:12,<br>118:18, 121:14,<br>196:6<br>stayed<br>18:12, 168:10,<br>179:15, 204:4<br>staying<br>14:21, 28:6,<br>206:16<br>stays<br>23:13<br>steady<br>171:9<br>steak<br>201:12<br>stenographically<br>211:6<br>steps<br>163:5, 164:1<br>stethoscope<br>140:12<br>still<br>14:11, 14:12,<br>18:3, 22:15,<br>50:22, 52:5,<br>69:18, 75:19,<br>76:7, 79:22,<br>80:4, 80:5,<br>87:6, 93:17,<br>100:17, 100:18,<br>103:14, 104:4, | 109:18, 110:17,<br>111:5, 123:17,<br>136:19, 137:4,<br>142:2, 147:10,<br>147:20, 148:9,<br>150:2, 152:12,<br>152:22, 160:22,<br>161:16, 163:20,<br>169:6, 169:16,<br>174:11, 174:13,<br>178:2, 179:19,<br>179:20, 179:22,<br>181:16, 196:18,<br>200:16, 201:5,<br>202:15, 203:3,<br>203:4, 204:19,<br>205:18, 207:6<br>stinky<br>204:18<br>stocking<br>105:6<br>stoma<br>205:5, 205:14<br>stomach<br>42:13, 66:14,<br>70:12, 80:7,<br>80:16, 82:22,<br>157:18<br>stool<br>170:6, 170:10,<br>200:14<br>stop<br>48:16, 135:7<br>stopped<br>159:13, 178:19<br>store<br>203:14<br>strained<br>37:22<br>stranger<br>68:5<br>street<br>3:15, 6:16<br>strength<br>51:15, 57:5,<br>65:7, 145:21,<br>183:21<br>stress<br>68:12, 69:15, | 69:16, 69:18,<br>70:4<br>stressed<br>69:9<br>stretching<br>57:14<br>strike<br>193:2, 201:17<br>strong<br>179:11, 183:9<br>stuck<br>165:9, 183:2<br>stuff<br>137:20<br>stupid<br>14:15<br>submitted<br>199:2<br>subsequent<br>120:17<br>subspecialty<br>11:22<br>substitute<br>123:22<br>success<br>71:12, 75:9,<br>78:17, 78:21,<br>78:22, 79:4,<br>106:2, 107:17,<br>107:21<br>sue<br>179:3<br>suite<br>2:6, 3:7, 3:16<br>summaries<br>26:9<br>summer<br>48:10, 52:17,<br>69:1<br>sunday<br>145:14, 148:2,<br>148:13, 149:16<br>sundays<br>40:4<br>supervision<br>211:7<br>supposed<br>117:5, 121:14, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    93

173:17, 185:17
**sure**
14:18, 19:14,
30:22, 31:1,
56:11, 56:12,
62:2, 62:4,
62:12, 84:14,
90:9, 113:7,
121:5, 123:18,
123:19, 139:19,
146:14, 146:15,
184:4, 187:4,
200:18, 200:20,
206:13, 209:8
**surface**
37:7, 63:6
**surgeon**
23:5, 155:2,
155:5, 155:6,
155:10, 177:2,
177:18, 177:19,
180:19, 182:11
**surgeons**
154:21, 180:12,
181:4
**surgeries**
23:4, 24:19,
47:15, 56:9,
56:15, 70:8,
77:6, 77:7,
79:18, 80:11,
86:17, 94:19,
95:14, 104:8,
106:6, 106:8,
120:14, 162:16,
176:19, 184:11,
184:18, 185:2,
185:18, 186:8,
201:21
**surgical**
92:19, 94:3,
100:17
**surgically**
92:18
**surprise**
183:19
**surprised**
183:8, 183:10

**survey**
177:15
**susan**
3:12, 5:13,
22:21, 22:22,
172:9
**swezey**
196:15, 196:17
**switch**
18:1, 150:6
**switched**
11:7
**sworn**
5:5
**symptom**
60:15
**symptoms**
55:15, 62:3,
83:18, 151:21

---

**T**

**tabs**
65:1
**take**
6:13, 18:16,
32:15, 39:19,
40:4, 43:18,
54:9, 54:20,
56:6, 58:9,
63:19, 63:20,
63:21, 64:1,
64:8, 64:20,
65:2, 65:10,
73:19, 81:5,
85:21, 101:1,
120:19, 133:9,
133:15, 133:20,
136:17, 137:8,
137:11, 145:3,
145:8, 145:9,
146:15, 150:9,
150:17, 152:8,
153:14, 162:3,
168:18, 168:20,
170:6, 170:8,
172:17, 174:4,
187:12, 193:3,
200:14, 207:4

**taken**
5:15, 73:7,
73:11, 73:15,
85:22, 124:4,
130:20, 168:15,
168:21, 175:6,
181:10, 187:14,
211:3, 211:5
**taking**
20:19, 28:17,
57:12, 64:11,
64:14, 64:17,
65:10, 88:19,
88:20, 125:12,
125:15, 133:17,
134:13, 137:4,
137:7, 141:1,
141:10, 146:3,
147:21, 149:13,
150:6, 150:7,
170:10
**talk**
46:11, 62:9,
62:15, 68:3,
75:7, 77:10,
77:15, 78:2,
78:19, 99:8,
102:17, 102:20,
102:22, 103:19,
166:9, 177:3,
200:8, 203:3
**talked**
68:14, 79:18,
86:14, 94:11,
104:19, 119:5,
140:4, 143:19,
192:5, 200:7,
200:9, 200:10
**talking**
16:1, 47:7,
71:13, 79:13,
124:8, 128:20,
129:2, 184:10
**teaching**
207:2
**techniques**
69:22
**telephone**
100:9

**tell**
6:10, 18:22,
38:3, 44:14,
45:18, 51:13,
56:12, 73:7,
73:11, 76:18,
83:12, 86:21,
87:11, 89:14,
89:15, 92:4,
92:6, 94:10,
95:10, 103:7,
108:22, 119:19,
121:1, 121:11,
127:18, 129:13,
131:4, 139:9,
141:1, 141:6,
141:7, 141:22,
147:14, 157:13,
157:14, 160:14,
161:14, 162:14,
163:5, 164:1,
165:17, 166:2,
167:6, 173:8,
178:8, 179:3,
181:6, 193:21,
199:11, 204:6
**telling**
59:19, 148:19,
160:20, 194:18
**temperature**
151:4, 151:6,
151:7, 151:17,
151:18, 151:22,
160:18, 192:18,
193:3, 193:7,
193:13
**temporarily**
56:5, 167:10
**tender**
205:8, 205:21
**tens**
60:9, 60:11,
60:17
**tense**
55:11
**tentatively**
55:6, 100:7
**term**
61:16, 162:8,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    94

| | | | |
|---|---|---|---|
| 167:8 | 81:18, 86:22, | 99:16, 100:3, | 181:7, 183:15, |
| **terms** | 88:21, 92:11, | 107:19, 110:3, | 183:16, 187:16, |
| 19:5, 44:16, | 101:21, 102:18, | 111:17, 112:11, | 195:9, 195:11, |
| 59:20, 62:6, | 102:20, 104:13, | 113:1, 117:5, | 198:19, 199:3, |
| 65:12, 68:17, | 106:1, 106:10, | 124:20, 125:22, | 199:5, 201:22 |
| 70:11, 70:15, | 106:17, 107:18, | 139:6, 139:16, | **themselves** |
| 75:8, 75:9, | 108:11, 109:21, | 141:8, 146:22, | 37:3, 37:13 |
| 76:6, 79:21, | 109:22, 110:10, | 147:4, 148:4, | **therapist** |
| 80:1, 83:12, | 112:2, 117:18, | 153:1, 156:3, | 8:17, 9:15, |
| 99:3, 103:13, | 125:13, 126:12, | 156:7, 158:11, | 10:1, 10:9, |
| 106:16, 107:6, | 127:21, 129:22, | 161:19, 162:22, | 19:1, 21:22, |
| 114:9, 114:22, | 130:13, 131:9, | 163:11, 173:15, | 22:2, 22:11, |
| 117:2, 119:10, | 141:16, 143:15, | 175:5, 181:22, | 31:21, 53:3, |
| 124:22, 126:7, | 146:21, 152:21, | 182:18, 184:16, | 53:5, 54:9 |
| 130:12, 140:1, | 153:9, 153:22, | 185:9, 186:11, | **therapists** |
| 148:20, 166:2, | 156:1, 158:14, | 189:19, 192:13, | 11:17, 21:21, |
| 184:8, 193:17, | 159:15, 165:22, | 195:4, 197:3, | 36:11, 36:17, |
| 195:11, 196:14, | 167:3, 167:14, | 207:14 | 36:22, 37:1, |
| 203:1 | 167:15, 171:6, | **their** | 37:9 |
| **testified** | 171:20, 176:17, | 26:8, 28:7, | **therapy** |
| 5:5 | 177:3, 183:7, | 29:13, 105:22, | 8:6, 12:1, |
| **testimony** | 187:13, 189:14, | 112:8, 112:15, | 36:10, 36:13, |
| 210:5, 210:6 | 205:3, 208:22 | 126:17, 154:21, | 53:11, 53:12, |
| **testing** | **thank** | 180:14, 180:18, | 53:15, 60:9, |
| 90:8 | 41:6, 59:4, | 180:21 | 92:16, 94:2, |
| **tests** | 74:6, 200:2, | **them** | 111:2 |
| 86:15 | 207:14, 209:13 | 13:16, 19:9, | **there's** |
| **text** | **thankful** | 26:12, 30:9, | 43:16, 44:15, |
| 123:14, 128:7, | 206:15 | 35:6, 36:7, | 54:9, 55:13, |
| 178:2 | **that's** | 37:7, 45:18, | 61:1, 63:1, |
| **texts** | 6:16, 6:17, | 61:22, 62:16, | 63:2, 65:14, |
| 176:22, 177:9, | 7:16, 23:20, | 63:22, 66:16, | 65:20, 69:17, |
| 178:5 | 30:3, 32:13, | 66:17, 68:8, | 70:13, 71:11, |
| **th** | 33:6, 33:15, | 71:1, 73:9, | 73:10, 75:12, |
| 99:11, 100:1, | 37:5, 37:15, | 73:20, 73:22, | 78:10, 87:12, |
| 149:3, 173:14, | 41:3, 41:12, | 90:17, 90:19, | 93:11, 104:10, |
| 211:12 | 43:7, 43:16, | 90:20, 94:10, | 104:11, 106:12, |
| **than** | 44:16, 44:19, | 94:15, 96:17, | 109:12, 109:13, |
| 11:17, 14:10, | 46:13, 47:10, | 103:4, 106:17, | 109:14, 109:15, |
| 15:20, 17:6, | 54:13, 60:16, | 107:12, 111:13, | 109:18, 111:13, |
| 18:10, 29:15, | 63:8, 65:3, | 111:16, 111:21, | 116:2, 120:6, |
| 30:10, 35:5, | 73:17, 76:16, | 114:22, 115:16, | 123:22, 125:7, |
| 35:13, 41:7, | 77:19, 78:19, | 123:6, 123:20, | 163:8, 174:3, |
| 41:10, 41:11, | 79:16, 80:20, | 127:8, 130:5, | 180:5, 180:6, |
| 41:15, 43:12, | 80:21, 81:2, | 131:17, 131:21, | 181:20, 193:15, |
| 56:16, 57:20, | 83:9, 86:19, | 143:19, 160:9, | 196:15, 201:1 |
| 58:4, 60:6, | 87:5, 87:9, | 160:20, 174:2, | **thereafter** |
| 62:19, 68:13, | 92:11, 98:3, | 176:18, 181:6, | 211:6 |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                    95

| | | | |
|---|---|---|---|
| **these**<br>68:3, 68:5,<br>95:14, 104:8,<br>123:18, 164:20,<br>174:15, 174:16,<br>174:19, 175:1,<br>175:6, 178:10,<br>180:12, 182:16<br>**they're**<br>32:10, 46:12,<br>47:11, 55:11,<br>78:6, 78:8,<br>92:13, 180:5,<br>180:21<br>**they've**<br>55:10, 57:10<br>**thing**<br>37:20, 60:16,<br>72:9, 73:18,<br>79:20, 80:21,<br>87:7, 92:2,<br>92:12, 103:2,<br>132:12, 153:1,<br>162:5, 163:7,<br>163:13, 164:19,<br>180:15, 183:1,<br>188:22, 204:11,<br>208:19<br>**things**<br>31:8, 31:10,<br>31:11, 37:14,<br>40:11, 46:12,<br>46:15, 49:8,<br>52:4, 52:8,<br>52:13, 59:14,<br>61:17, 68:4,<br>68:5, 70:17,<br>71:10, 87:8,<br>93:16, 96:7,<br>97:8, 109:12,<br>114:10, 114:20,<br>115:1, 125:5,<br>125:6, 126:19,<br>126:20, 129:16,<br>149:1, 158:2,<br>165:9, 176:10,<br>176:14, 178:14,<br>180:1, 180:4, | 181:14, 181:20,<br>182:2, 182:3,<br>182:16, 183:2,<br>192:5, 195:10,<br>201:1, 201:8,<br>201:13, 204:3,<br>205:11, 206:7<br>**thinking**<br>45:5, 58:12,<br>70:18, 72:15,<br>97:1, 103:14,<br>103:17, 152:4,<br>179:10<br>**third**<br>95:11<br>**this**<br>10:9, 10:14,<br>15:1, 15:4,<br>15:11, 15:12,<br>16:2, 27:10,<br>27:12, 27:15,<br>27:21, 33:13,<br>33:19, 34:15,<br>39:14, 42:21,<br>47:1, 47:2,<br>48:14, 51:14,<br>51:15, 54:13,<br>56:8, 60:16,<br>63:3, 68:12,<br>69:1, 69:7,<br>70:7, 72:20,<br>73:15, 77:1,<br>84:5, 90:2,<br>90:18, 100:22,<br>102:7, 102:14,<br>104:19, 108:16,<br>111:11, 111:16,<br>120:10, 120:12,<br>123:12, 125:20,<br>128:12, 128:15,<br>136:12, 137:13,<br>153:9, 158:10,<br>164:8, 166:4,<br>167:10, 167:20,<br>175:7, 175:8,<br>176:9, 179:6,<br>179:12, 179:18,<br>180:10, 180:13, | 180:14, 180:20,<br>181:5, 181:7,<br>181:13, 183:10,<br>184:1, 190:6,<br>198:6, 198:14,<br>211:9, 211:12<br>**thoroughly**<br>200:18<br>**those**<br>26:10, 31:9,<br>32:19, 33:6,<br>36:15, 37:14,<br>40:11, 45:15,<br>46:11, 46:15,<br>49:8, 50:2,<br>52:13, 54:6,<br>60:2, 66:15,<br>66:18, 67:14,<br>69:6, 70:13,<br>70:16, 78:18,<br>85:4, 85:14,<br>87:8, 90:11,<br>93:16, 96:7,<br>97:7, 98:14,<br>110:4, 115:1,<br>116:6, 116:13,<br>116:14, 119:18,<br>125:15, 126:4,<br>126:8, 126:10,<br>126:19, 149:19,<br>158:2, 158:19,<br>174:21, 175:5,<br>176:2, 176:7,<br>176:9, 178:16,<br>189:7, 192:4,<br>195:10, 196:13,<br>199:14, 201:1,<br>201:7, 201:12,<br>202:6, 202:15,<br>204:3, 205:10,<br>206:7<br>**though**<br>28:12, 28:22,<br>41:8, 45:15,<br>52:6, 130:17,<br>142:11, 144:22,<br>157:3, 163:18,<br>193:6, 195:5, | 203:22<br>**thought**<br>58:3, 58:7,<br>59:13, 71:3,<br>71:9, 72:9,<br>82:16, 85:20,<br>91:6, 103:11,<br>103:20, 149:8,<br>153:6, 179:17,<br>180:14, 192:12,<br>193:8, 193:10<br>**thoughts**<br>116:1<br>**three**<br>8:8, 8:11,<br>10:16, 13:20,<br>20:21, 20:22,<br>30:17, 33:14,<br>38:19, 43:15,<br>45:12, 45:13,<br>45:16, 51:20,<br>52:15, 52:18,<br>54:8, 59:6,<br>64:21, 67:4,<br>69:3, 69:6,<br>81:15, 86:7,<br>99:10, 121:21,<br>124:17, 125:10,<br>144:11, 153:13,<br>169:5, 171:22,<br>173:8, 173:9,<br>204:14, 205:1,<br>205:12, 206:9,<br>208:18<br>**threw**<br>110:20<br>**through**<br>5:2, 10:9,<br>13:5, 13:15,<br>13:16, 13:20,<br>15:17, 17:12,<br>23:12, 27:19,<br>34:15, 34:18,<br>34:20, 35:6,<br>38:14, 43:18,<br>45:6, 46:4,<br>66:7, 114:19,<br>136:4, 137:12, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

96

158:1, 162:18,
162:22, 163:10,
165:15, 180:7,
183:10, 183:14,
194:10, 195:2,
198:4, 207:22,
208:9
**throughout**
138:11
**throwing**
52:9
**thursday**
136:13
**tiffany**
90:17
**tight**
55:11, 55:21,
56:2, 57:8,
57:10, 59:21
**tighten**
52:21
**tightness**
59:22
**tilt**
116:19
**tilted**
116:16, 120:3
**times**
38:19, 39:12,
43:15, 45:12,
45:14, 45:16,
50:7, 50:19,
54:3, 54:17,
59:7, 59:9,
62:17, 63:15,
64:21, 65:17,
65:20, 67:4,
146:1, 169:4,
169:5, 172:13,
172:14, 202:6,
209:10
**timonium**
1:15, 2:7, 3:8
**tina**
1:22, 2:14,
211:2
**tipped**
91:8, 165:6,

166:1
**tired**
135:15, 203:22
**tiring**
28:9, 28:11
**tissue**
77:7, 132:3,
132:8, 139:17,
180:6
**today**
36:9, 202:15
**together**
17:7, 81:21,
94:11, 165:10,
183:3, 192:22
**told**
14:12, 20:22,
56:8, 57:10,
86:12, 86:15,
90:5, 91:3,
91:5, 91:9,
92:2, 92:8,
92:21, 93:5,
95:13, 101:13,
103:10, 103:16,
103:21, 105:22,
108:15, 113:8,
113:17, 120:18,
121:3, 121:18,
122:11, 122:14,
124:12, 125:11,
125:14, 125:17,
125:20, 127:13,
127:16, 128:14,
129:3, 129:14,
129:19, 130:7,
130:15, 131:1,
131:6, 131:8,
131:11, 131:18,
131:20, 132:2,
132:7, 147:20,
148:1, 151:21,
153:2, 154:13,
155:14, 156:12,
157:7, 161:3,
161:20, 162:6,
165:8, 165:11,
167:4, 167:19,

172:3, 183:9,
186:6, 188:21,
189:7, 191:9,
191:18, 192:1,
192:3, 195:17,
198:22, 200:18
**tolerable**
149:14
**tolerate**
203:15
**tolerated**
195:20
**tolerating**
195:9
**tolley**
2:4, 3:5
**too**
31:7, 68:14,
134:3, 174:15,
201:4, 203:19
**took**
8:1, 12:19,
14:1, 18:14,
20:16, 28:18,
64:4, 73:20,
112:19, 133:12,
134:5, 134:9,
135:16, 143:21,
151:9, 151:17,
151:18, 151:22,
163:5, 163:11,
164:1, 175:9,
178:8, 192:17
**top**
101:19, 102:4,
102:5
**topic**
167:1
**total**
197:8
**touch**
140:5, 196:18
**touching**
205:20
**towards**
63:6, 165:2
**town**
32:3

**train**
43:14, 44:13
**trainer**
42:17, 43:1,
45:5, 49:1
**training**
44:14, 45:2,
45:8, 46:3,
207:1
**trains**
95:14
**transcript**
211:4
**transcription**
210:6
**transfer**
37:6
**transferring**
36:7
**transport**
143:16
**trauma**
86:17
**treat**
60:14, 62:3
**treating**
62:5
**treatment**
19:8, 60:6,
77:11, 92:14
**treatments**
19:10, 22:5
**tried**
40:10, 50:19,
52:1, 56:1,
60:11, 143:22,
144:8, 146:15,
150:6, 150:17,
161:17, 191:20,
191:21, 198:2,
203:20
**trigger**
60:8, 61:4,
61:8, 61:20,
67:8
**trip**
168:20
**trouble**
25:2, 42:14,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

97

52:2, 69:10,
122:5, 159:1,
191:18, 200:16,
201:6
**true**
210:5, 211:4
**trust**
25:3
**truth**
147:14
**try**
13:9, 56:1,
56:21, 63:21,
65:2, 66:6,
70:2, 71:22,
72:14, 75:4,
92:15, 102:16,
108:16, 186:3,
189:4, 201:9,
203:9, 203:22,
204:3, 209:7
**trying**
20:10, 40:13,
49:8, 49:11,
52:8, 56:18,
60:13, 62:1,
69:19, 69:22,
70:21, 72:6,
99:14, 113:7,
129:16, 136:11,
138:12, 146:14,
153:10, 173:15,
182:18, 195:1
**tube**
76:20, 78:3,
78:10
**tubes**
76:2, 76:8,
76:15, 76:19
**tuesday**
146:18, 147:18,
148:10, 148:13,
148:18, 149:16,
149:17
**turn**
18:15
**twice**
45:13, 50:4,

59:5, 64:21,
190:21
**two**
8:8, 8:11, 9:2,
20:22, 29:8,
30:17, 31:5,
32:22, 33:14,
38:22, 39:4,
43:15, 45:12,
45:16, 56:14,
61:11, 67:4,
74:2, 83:19,
83:21, 83:22,
88:18, 89:6,
94:21, 95:1,
98:11, 106:14,
108:9, 111:13,
116:7, 118:14,
121:14, 124:15,
125:9, 126:7,
134:5, 168:2,
171:22, 173:9,
174:16, 179:22,
192:21, 192:22,
204:14, 204:22,
205:12, 206:9,
208:18
**two-week**
134:17
**tylenol**
63:20, 64:18,
64:20, 65:6,
65:7, 65:8,
65:10, 133:20
**type**
19:12, 68:2,
102:8, 102:14,
126:13, 131:15
**types**
52:4
**typewriting**
211:6
**typical**
20:22, 34:8,
38:3, 38:4,
104:9
**typically**
8:11, 18:16,

21:14, 33:16,
36:21, 38:5,
38:16, 39:17,
40:19, 42:10,
77:1, 108:1,
116:16, 116:21,
120:20, 168:18,
189:11

U

**uh-huh**
9:18, 11:4,
15:6, 24:9,
44:3, 44:10,
48:12, 81:13,
87:18, 101:16,
117:9, 144:6,
186:14
**ultrasound**
85:3, 89:7,
89:11, 89:18,
90:7, 99:16,
171:17, 171:19,
171:20
**unassisted**
134:7, 136:18
**unblock**
77:11
**uncomfortable**
82:21, 83:2,
205:14, 205:19,
205:21, 206:1
**under**
69:16, 121:4,
197:16, 211:6
**undergraduate**
7:17
**understand**
5:17, 5:22,
44:1, 173:7
**understanding**
89:17, 90:21,
93:8, 93:20,
105:17, 106:9,
106:22, 107:2,
107:20, 109:3,
109:8, 109:10,
109:17, 110:9,

124:9, 125:1,
182:8, 182:12
**understood**
89:19, 93:10
**ungrateful**
80:3, 181:15
**unintentionally**
164:6
**unit**
6:16, 20:3,
60:10, 60:11
**united**
1:1
**university**
7:13, 7:15, 8:3
**unless**
21:17, 22:4,
33:2, 33:5,
33:18, 148:8,
169:21, 195:7
**unprocessed**
40:13
**until**
23:17, 27:2,
38:9, 49:13,
72:5, 100:21,
121:4, 124:13,
137:22, 151:6,
165:7, 165:21,
167:10, 168:10,
170:1, 179:18,
192:2
**unum**
197:17
**unusual**
6:2
**upper**
37:2, 150:19
**upset**
70:6, 70:9
**urinating**
98:7, 98:12,
191:17
**urination**
191:19
**urine**
140:1
**use**
52:12, 93:10,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                          98

106:13, 199:12,
199:13, 199:16,
203:10, 203:22
**used**
106:16, 147:15,
179:21, 199:17
**using**
52:10, 107:15
**usually**
10:7, 24:19,
26:3, 26:10,
33:15, 34:18,
38:6, 38:10,
38:21, 39:15,
45:13, 52:20,
65:2, 106:12,
125:7, 146:13,
174:1, 188:15
**uterine**
99:1
**uterus**
89:13, 89:16,
89:20, 90:10,
91:3, 91:8,
92:9, 92:13,
92:22, 96:9,
103:16, 116:16,
116:19, 116:22,
120:2, 131:19,
165:6, 166:1,
181:12

---
                    V
---

**v**
1:8
**vacations**
168:15, 168:18
**varied**
40:17
**varies**
18:9, 51:20,
53:22
**variety**
12:8, 16:21,
28:8, 28:11
**vary**
34:21
**vaughan**
3:14

**vegetables**
195:7, 195:9,
201:7
**verbalize**
9:19
**versus**
13:18, 32:3,
105:19, 106:21,
108:7, 108:9,
109:9, 112:9,
164:6
**very**
19:20, 36:9,
40:8, 40:9,
52:4, 61:11,
67:6, 68:4,
87:5, 92:3,
106:4, 106:20,
131:22, 143:3,
146:11, 157:7,
157:22, 162:16,
163:10, 179:10,
179:16, 183:4,
192:12, 194:10,
203:8, 203:15,
203:22, 204:10,
204:11, 205:6,
205:8, 205:10,
206:1
**vicodin**
133:8, 133:9,
134:9, 134:14,
134:20, 135:22,
137:4, 137:7,
141:2, 145:3,
146:3, 146:4,
150:7, 150:12,
152:9, 152:13,
153:21, 154:2
**victor**
207:9
**village**
14:2
**vinyasa**
39:9, 50:22
**visit**
26:9, 99:11,
99:22, 121:19,

139:9, 154:9,
154:12
**vitals**
208:21
**vitro**
78:14
**voiced**
136:9
**void**
22:12
**voided**
140:1
**voiding**
191:17
**vomiting**
138:15, 138:17,
145:1, 145:2,
146:9, 146:10,
153:19, 202:4

---
                    W
---

**wait**
22:17, 74:13,
179:18
**waited**
100:21, 203:17
**waiting**
72:5
**waive**
123:3
**waived**
209:15
**wake**
67:10, 67:12,
68:18, 145:8,
145:9, 202:10
**waking**
69:3
**walgreens**
134:21, 135:7
**walk**
49:8, 134:7,
139:20, 143:17,
145:21, 203:9
**walked**
145:22
**walking**
36:7, 125:12,

136:2, 145:12,
149:9, 149:10
**walks**
125:12, 134:5,
135:17, 136:17
**walters**
59:3, 59:4,
59:18, 60:7,
62:13, 62:16
**want**
5:21, 8:15,
9:5, 10:15,
12:10, 30:7,
30:15, 34:13,
48:9, 53:22,
54:13, 59:6,
60:14, 60:15,
61:6, 62:3,
62:4, 70:10,
72:16, 73:6,
73:15, 75:1,
75:2, 75:19,
79:1, 80:3,
83:10, 86:2,
88:5, 92:22,
100:19, 103:16,
103:18, 104:20,
113:12, 121:21,
134:1, 134:16,
143:1, 151:12,
153:15, 156:20,
162:6, 167:20,
178:11, 179:22,
181:15, 185:8,
189:3, 192:10,
197:18, 199:17,
200:7, 204:18,
204:20, 207:21
**wanted**
13:9, 59:12,
77:13, 82:20,
97:1, 102:16,
102:20, 103:14,
104:14, 104:17,
121:5, 123:19,
141:17, 154:20,
168:2, 177:1,
188:2, 191:11,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    99

| | | | |
|---|---|---|---|
| 205:16<br>**wanting**<br>72:12, 144:19<br>**warm**<br>38:21, 39:4<br>**warren**<br>59:1<br>**wasn't**<br>47:16, 48:18,<br>52:19, 57:21,<br>82:3, 95:2,<br>96:10, 96:21,<br>134:3, 137:22,<br>138:16, 144:21,<br>146:2, 146:10,<br>146:11, 148:20,<br>149:9, 150:18,<br>152:12, 153:6,<br>164:10, 165:7,<br>165:21, 167:19,<br>168:1, 169:19,<br>180:11, 181:5,<br>183:14, 192:12,<br>192:13, 195:6,<br>195:9, 198:6,<br>203:14, 205:15,<br>205:16, 209:6,<br>209:8<br>**watch**<br>174:3<br>**water**<br>31:9, 138:12,<br>138:13, 205:20,<br>205:22<br>**way**<br>31:3, 43:4,<br>56:9, 66:3,<br>76:13, 85:11,<br>89:14, 93:14,<br>106:9, 107:11,<br>109:4, 109:12,<br>133:16, 135:8,<br>135:20, 136:22,<br>140:5, 141:9,<br>141:12, 165:4,<br>177:22, 181:2,<br>182:16<br>**we'd**<br>206:4, 206:5 | **we'll**<br>6:1, 6:6, 6:13,<br>52:12, 88:9,<br>120:8<br>**we're**<br>16:1, 62:4,<br>123:16, 123:21,<br>196:19<br>**we've**<br>73:9, 111:12,<br>178:7, 187:13<br>**weak**<br>57:10, 203:8,<br>204:1<br>**wear**<br>42:4, 42:9<br>**wearing**<br>205:17<br>**web**<br>94:17, 95:7,<br>102:3<br>**website**<br>102:4, 105:22,<br>112:6, 112:8,<br>112:15, 112:16,<br>126:18<br>**websites**<br>71:6, 102:5<br>**wednesday**<br>149:17<br>**weed**<br>163:10<br>**week**<br>10:7, 10:19,<br>19:10, 24:3,<br>28:4, 28:8,<br>28:12, 31:5,<br>33:17, 34:17,<br>36:3, 38:4,<br>38:15, 38:19,<br>39:7, 39:13,<br>39:22, 40:3,<br>41:1, 42:19,<br>43:5, 43:7,<br>43:10, 43:11,<br>44:1, 44:5,<br>44:6, 44:9,<br>44:12, 45:3, | 45:9, 45:12,<br>45:16, 49:22,<br>50:1, 50:5,<br>50:7, 51:5,<br>51:21, 61:6,<br>61:7, 64:19,<br>64:22, 67:4,<br>74:2, 125:11,<br>136:12, 146:21,<br>149:8, 172:15<br>**weekday**<br>38:5<br>**weekend**<br>34:16, 34:22,<br>35:1<br>**weeks**<br>19:9, 20:21,<br>20:22, 28:3,<br>33:14, 52:15,<br>54:8, 55:7,<br>61:11, 63:15,<br>104:16, 108:9,<br>108:10, 121:21,<br>121:22, 124:18,<br>173:8, 173:9,<br>197:9<br>**weigh**<br>40:16, 40:22<br>**weighed**<br>41:1, 42:19,<br>98:19<br>**weight**<br>38:11, 39:11,<br>39:16, 40:21,<br>41:3, 41:9,<br>41:13, 42:1,<br>42:8, 42:16,<br>42:21, 50:14,<br>50:17, 98:17,<br>98:21, 205:13<br>**weights**<br>50:4, 51:2,<br>51:17, 52:10<br>**well**<br>11:11, 13:5,<br>29:3, 36:20,<br>41:4, 42:17,<br>47:21, 50:20, | 52:12, 58:7,<br>60:1, 64:7,<br>64:8, 67:16,<br>74:21, 76:7,<br>102:3, 105:21,<br>109:10, 119:8,<br>136:7, 144:17,<br>147:16, 147:19,<br>148:16, 149:5,<br>153:6, 160:9,<br>160:16, 161:5,<br>164:9, 170:9,<br>172:3, 174:13,<br>175:17, 183:12,<br>188:9, 190:16,<br>193:2, 193:13,<br>193:19, 201:10,<br>201:13, 201:17,<br>203:2<br>**went**<br>7:12, 8:2,<br>11:1, 15:7,<br>18:10, 23:16,<br>27:2, 48:20,<br>49:7, 49:11,<br>49:13, 49:14,<br>61:7, 98:19,<br>114:19, 118:20,<br>122:10, 128:13,<br>130:11, 132:14,<br>133:1, 135:12,<br>137:16, 139:18,<br>150:11, 151:14,<br>151:16, 152:3,<br>152:8, 152:9,<br>152:14, 153:13,<br>154:15, 161:18,<br>168:8, 178:13,<br>180:7, 180:12,<br>181:1, 186:15,<br>191:1, 199:19,<br>203:13, 203:17<br>**weren't**<br>22:1, 146:8,<br>194:22<br>**what's**<br>43:1, 60:16,<br>75:8, 78:20, |

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

100

| | | | |
|---|---|---|---|
| 147:6, 159:20, 174:8, 184:19, 207:8 | 117:22, 120:16, 151:3, 162:14, 164:5, 177:17 | 60:3, 165:13 | 79:5, 116:21, 116:22, 117:22, 120:5, 125:12, 198:18 |

**whatever**
6:3, 59:18, 195:19

**wheelchair**
143:16

**when's**
82:8

**where**
6:15, 6:22, 7:1, 8:19, 10:8, 12:18, 17:5, 19:20, 20:1, 20:3, 22:16, 29:9, 32:7, 38:1, 39:16, 39:21, 42:12, 42:13, 43:14, 49:12, 52:4, 53:7, 63:9, 65:20, 69:2, 70:10, 71:5, 80:21, 87:8, 101:1, 106:3, 114:5, 118:12, 134:20, 135:1, 135:18, 137:17, 150:1, 150:4, 154:18, 159:6, 173:1, 173:12, 179:19, 179:22, 185:2, 188:17, 193:10, 202:3, 202:4, 202:7, 202:13, 204:3, 207:10, 209:3

**whereabouts**
7:7

**whereas**
108:1

**whereof**
211:11

**whether**
76:16, 78:6, 95:17, 100:8, 110:1, 114:22,

**which**
6:22, 20:3, 50:9, 55:14, 60:18, 63:5, 70:2, 79:22, 83:5, 85:3, 99:6, 111:17, 123:11, 130:17, 131:5, 135:1, 140:1, 143:16, 149:2, 149:8, 155:3, 157:18, 162:1, 175:5, 179:15, 180:18, 184:16, 185:3, 185:14, 186:13, 195:4, 200:19, 203:14

**while**
22:12, 44:14, 44:20, 66:5, 143:22, 177:10

**white**
160:17

**who**
17:19, 22:6, 25:20, 53:12, 59:1, 62:12, 62:18, 68:3, 83:16, 84:2, 91:9, 91:18, 95:5, 95:13, 95:20, 113:1, 119:13, 119:14, 125:17, 125:19, 127:16, 129:8, 130:10, 132:5, 155:2, 161:6, 165:11, 165:12, 177:2, 180:4, 182:14, 186:8, 186:11, 189:19, 207:19

**who's**
45:5, 53:5,

**whoever**
104:21, 135:4

**whole**
51:17, 144:20, 145:18, 150:20, 150:21, 201:20

**whom**
211:3

**why**
9:3, 11:7, 13:4, 15:16, 22:13, 24:22, 25:8, 26:17, 27:16, 35:4, 44:4, 48:14, 50:6, 55:8, 57:7, 59:11, 69:6, 76:3, 76:9, 76:10, 77:4, 78:19, 86:12, 89:7, 94:7, 95:21, 102:2, 102:13, 103:4, 108:20, 127:9, 127:15, 127:18, 131:20, 132:1, 132:7, 132:9, 151:20, 152:14, 155:18, 155:20, 156:5, 158:7, 161:11, 161:13, 163:2, 171:8, 179:3, 181:5, 188:1, 189:15, 192:13

**will**
5:18, 6:6, 6:8, 10:8, 10:11, 14:22, 18:16, 32:8, 33:17, 43:12, 43:14, 44:13, 44:18, 45:17, 50:4, 51:15, 56:1, 56:21, 65:5, 66:5, 67:12, 74:17, 75:6,

**willing**
167:21

**winding**
187:11

**wise**
42:4, 70:11, 203:21

**within**
28:16, 30:15, 30:18, 42:2, 90:10, 104:15, 113:10, 113:18, 151:19, 152:2, 155:12, 156:22

**without**
33:11, 75:5, 75:17, 93:18, 97:3, 107:14, 148:16, 152:13, 171:3, 183:16

**witness**
85:16, 107:9, 117:14, 166:6, 166:10, 194:5, 211:11

**woke**
137:10, 137:12, 201:15

**woman**
155:4, 155:8, 182:1

**won't**
81:1, 124:2

**wonder**
132:9

**wood**
194:6

**wore**
121:5

**work**
10:8, 10:14, 11:16, 11:19, 13:12, 13:17, 16:5, 16:9,

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017

101

| | | | |
|---|---|---|---|
| 16:14, 16:17, 21:2, 21:8, 21:10, 21:19, 22:16, 23:21, 24:2, 24:4, 24:20, 25:12, 25:15, 26:11, 27:22, 34:22, 35:1, 35:8, 36:2, 36:3, 36:18, 36:21, 37:6, 38:6, 38:10, 39:21, 43:17, 45:22, 47:18, 50:1, 50:3, 52:11, 54:10, 56:1, 56:21, 56:22, 57:12, 66:7, 77:16, 80:1, 80:4, 105:1, 105:6, 112:1, 114:9, 123:3, 123:5, 172:21, 173:2, 173:8, 173:13, 181:17, 181:18, 196:22, 197:1, 197:8, 198:4, 199:15, 199:21 **work-related** 37:14 **worked** 9:10, 9:21, 10:6, 10:19, 12:5, 13:20, 18:21, 20:5, 21:15, 162:22, 185:19 **working** 8:16, 15:9, 15:13, 15:22, 16:15, 16:18, 31:20, 40:2, 42:17, 44:20, 45:2, 65:18, 66:3, 66:4, 66:6, 81:17, | 91:19, 180:3, 197:11, 200:17 **workout** 39:18, 43:19, 50:12, 66:20 **workouts** 43:7, 66:2 **works** 43:4, 46:2, 53:16, 54:14, 77:18, 84:7, 99:9, 105:5 **workup** 71:17, 71:18, 71:20, 75:22 **world** 95:15 **worried** 41:9, 70:14, 83:3, 153:2, 180:2 **worrisome** 70:19 **worry** 81:2 **worse** 56:20, 57:21, 159:9 **worst** 179:9 **wouldn't** 57:18, 59:14, 65:10, 183:14, 204:18, 204:20, 205:20 **wow** 194:5 **wright** 188:19 **wrist** 37:21 **writes** 43:20 **writing** 178:19 **written** 110:21, 111:1, 111:5, 111:8, | 125:10, 126:21, 178:16 **wrong** 37:3, 143:5, 171:3, 188:7, 208:8 **wrote** 97:21 <br> **X** <br> **x-ray** 55:12, 58:6, 58:7, 59:16 **x-rays** 59:13 **xray** 58:11 <br> **Y** <br> **yeah** 21:18, 26:1, 30:2, 36:15, 38:9, 54:22, 59:10, 64:10, 66:11, 67:15, 69:17, 74:15, 79:4, 85:2, 85:9, 97:16, 98:18, 100:6, 100:16, 101:11, 107:10, 109:6, 110:3, 113:11, 114:15, 115:9, 116:20, 117:20, 125:4, 133:19, 136:21, 138:16, 144:13, 150:16, 151:21, 153:12, 156:7, 159:19, 163:20, 179:2, 183:12, 184:3, 186:12, 188:5, 202:16, 202:21, 208:6, 208:21, 209:9 **year** 7:9, 7:18, 8:1, 8:14, 13:22, | 27:10, 27:12, 27:15, 35:6, 35:13, 47:1, 47:2, 63:16, 76:17, 98:1, 168:19, 171:5, 171:6, 179:18, 179:19, 188:21, 199:19 **years** 6:20, 8:8, 8:12, 9:2, 10:16, 12:11, 30:1, 30:2, 30:15, 30:17, 30:19, 82:4, 86:21, 87:10, 168:16, 179:22, 189:13 **yesterday** 141:16 **yet** 50:21, 58:16, 75:6 **yoga** 38:11, 39:5, 39:8, 39:9, 39:10, 39:16, 39:22, 47:17, 50:4, 50:14, 50:18, 50:22 **you'd** 124:12, 124:14 **you'll** 32:15, 82:18, 120:7 **you're** 29:4, 31:20, 39:22, 41:3, 42:12, 44:20, 45:2, 45:4, 46:5, 61:19, 66:16, 67:8, 69:16, 74:13, 76:9, 82:11, 83:7, 86:12, 120:8, 120:9, 153:3, 166:9, |

```
170:2, 188:6,          101.9                19                   20850
193:19                 151:12               211:12               3:17
you've                 1054                 1966                 21
26:12, 59:5,           6:17                 2:5, 3:6             13:1, 118:7,
200:7, 200:8,          11                   1997                 118:8
200:9, 200:10          1:16, 1:17,          7:10                 21093
younger                97:18                                     2:7, 3:8
31:15, 31:16,          110                        2              211
41:7, 81:18            54:1                 2                    1:21
yourself               12                   209:17               22
168:12, 183:8,         150:10               20                   20:12, 118:7
183:10, 187:13         124                  12:22, 21:9,         24
                       4:16                 21:10, 200:20        65:13, 137:7,
          Z            13                   200                  156:22
z-a-v                  10:7, 28:3,          4:4                  25
207:9                  28:4, 28:8,          2001                 59:8
zip                    28:12, 209:17        7:19                 251
188:18                 137                  2004                 3:18
                       40:20                8:15                 27
          $            138                  2005                 100:1, 100:5,
$106                   40:18, 98:20         8:15                 149:3
185:6                  14                   2008                 28
$3,000                 99:11, 211:14        48:1, 48:2           59:8
185:8                  140                  2015                 299
$43                    40:20, 54:1          14:3, 20:8,          46:17
34:14                  141                  20:9, 20:11,         2nd
$48                    41:2, 42:20          26:14, 88:10,        168:7
34:7                   14145                97:18, 100:1,
          0            6:16                 100:5                         3
00                     146                  2016                 3
38:7, 38:9,            40:19                15:5, 20:13,         38:9
134:2, 143:2           147                  20:14, 21:5,         30
0440                   40:19                22:14, 23:18,        38:7, 38:9,
3:18                   149                  24:8, 47:15,         112:20, 155:12,
          1            42:18                48:12, 49:4,         200:21
1                      15                   74:4, 74:5,          301
134:2                  48:15, 173:14        169:12, 178:12       3:18
10                     1599                 2017                 308
1:17, 86:5,            1:9                  1:16, 27:8,          2:8, 3:9
98:17, 134:17,         16.5                 46:22, 48:11,        321
143:2, 149:8,          197:8                48:18, 59:8,         147:7
150:1                  1600                 73:16, 74:1,         35,000
100                    2:8, 3:9             211:12               199:10
185:11, 193:19         167310              2021                  38
101                    1:20                 211:14               70:20
3:16                   17                   204
                       1:9                  3:15                         4
                       18                   207                  4
                       21:8, 21:10          4:5                  38:9
```

Transcript of Sarah Imelda Sandoval
Conducted on December 11, 2017                                    103

| | | |
|---|---|---|
| **40**<br>10:19, 31:19,<br>36:3, 155:13<br>**402**<br>147:7<br>**410**<br>2:8, 3:9<br>**42**<br>34:14, 199:17<br>**45**<br>34:7<br>**48**<br>156:22 | **91,000**<br>199:19<br>**92**<br>6:16<br>**98.7**<br>193:20<br>**99**<br>193:21 | |

**5**

**50**
66:1, 204:5
**500**
2:6, 3:7, 65:2
**5th**
149:3, 151:6,
152:21

**6**

**6**
38:7
**60**
180:5
**6881**
147:7

**7**

**7**
38:7
**75**
66:1

**8**

**85260**
188:18
**8:-cv**
1:9
**8th**
173:13

**9**

**9**
143:2