# EXHIBIT 4

# WHO WE ARE

## THE CENTER FOR INNOVATIVE GYN CARE, IS THE DESTINATION FOR LIFE-CHANGING MINIMALLY INVASIVE GYN SURGERY.

### OUR MINIMALLY INVASIVE GYN SURGEONS RETURN YOU TO YOU FASTER.

GYN patients travel from around the world to experience DualPortGYN and LAAM, techniques developed by the CIGC surgical specialists.

We are board certified, fellowship trained minimally invasive GYN surgeons. We have redefined the meaning of minimally invasive GYN surgery, providing some of the most advanced procedures for women around the world. We have developed innovative and revolutionary GYN techniques to simplify even the most complicated surgical procedures. We care for each patient as a true individual, and through a detailed and personalized approach we have our patients back on their feet as swiftly as possible.

# NATALYA DANILYANTS,
## FACOG



Dr. Danilyants received her fellowship training in Advanced Retroperitoneal Laparoscopic Surgery through the exclusive Johnson and Johnson/Ethicon EndoSurgery (EES) fellowship program. The EES program offered less than 10 positions nationally. Dr. Danilyants was accepted into the EES program after completing her residency at the George Washington University in Washington DC where she served as Chief Resident. Through the EES fellowship program, Dr. Danilyants completed extensive training in Advanced Retroperitoneal Laparoscopic Surgical techniques and practiced an additional three years at the Women's Surgery Center. At WSC, Dr. Danilyants was the Director of Advanced Retroperitoneal Laparoscopic Surgery and developed a very successful practice, performing more than 4000 GYN surgeries for all indications.

Dr. Danilyants is the former Division Chief of Minimally Invasive GYN Surgery at Inova Fair Oaks Hospital, as well as former Assistant Clinical Professor in the Department of Obstetrics and Gynecology at George Washington University Hospital. She received numerous awards for her exceptional surgical skill and care, including the Outstanding Laparoendoscopic Award in 2007, AAGL (American Association of Gynecologic Laparoscopists) Award for Special Excellence Endoscopic Procedures in 2008, and Center of Excellence in Minimally Invasive Gynecology Designated Surgeon in 2012.

She was honored to receive a Patient's Choice Award and Compassionate Doctor Recognition by her patients for her excellent care and compassionate bedside manner. She was recently named in the 2013 Super Doctors Edition of The Washington Post Magazine as a "Rising Star."

**CLOSE**

CLICK FOR MORE