



ATTORNEYS AT LAW

Henry E. Dugan, Jr.*†‡
hdugan@medicalneg.com
Bruce. J. Babij*†‡+▲
bbabij@medicalneg.com
George S. Tolley, III*†‡§
gtolley@medicalneg.com
Alison D. Kohler*
akohler@medicalneg.com
Ellen B. Flynn*‡•
ebflynn@medicalneg.com
Elisha N. Hawk*‡◂
ehawk@medicalneg.com

**DUGAN BABIJ TOLLEY & KOHLER** LLC

Finding Answers.
Demanding Justice.

PRIMERUS LAW FIRMS
Member

March 18, 2019

* Admitted in MD    † Admitted in WV
‡ Admitted in DC    + Admitted in PA
§ Admitted in NC    ▲ Admitted in OH
• Admitted in CT    ◂ Admitted in MN

The Honorable Peter J. Messitte
United States District Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD  20770

   RE: Sandoval v. The Center for Innovative Gyn Care, PC, et al,
      Case: PJM:17-1599

Dear Judge Messitte:

  I write on behalf of all counsel in the above-referenced case. No party intends to file a dispositive motion. Accordingly, in conformance with the Court's most recent Scheduling Order, the parties request that this case be scheduled for a Pre-Trial Conference and a Trial date.

  Thank you for your time and attention to this matter.

               Respectfully yours,

               Alison D. Kohler

ADK/spg
cc: Susan B. Boyce, Esquire
   J. Kristen Wiggins, Esquire

1966 Greenspring Drive, Suite 500 • Timonium, Maryland 21093 • 410.308.1600 • Toll Free: 800.408.2080 • Fax: 410.308.1742

www.medicalneg.com