**IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF MARYLAND SOUTHERN DIVISION**

SARAH SANDOVAL *

Plaintiff *

v. *

THE CENTER FOR INNOVATIVE GYN CARE, PC, et al. * Civil Action No. 8:17-CV-01599 PJM

*

Defendants

******************************************************************************

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Henry E. Dugan, Jr., Esquire **only,** as counsel for the Plaintiff, Sarah Sandoval.

Alison D. Kohler, Esq. and the law firm of Dugan, Babij, Tolley & Kohler, LLC will remain as counsel for the Plaintiffs.

Alison D. Kohler (8112010198)
akohler@medicalneg.com
Dugan, Babij, Tolley & Kohler, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
(410) 308–1600

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT FOR**
**THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

SARAH SANDOVAL *

Plaintiff *

v. *

THE CENTER FOR INNOVATIVE GYN CARE, PC, et al. * Civil Action No. 8:17-CV-01599 PJM

*

Defendants
***********************************************************************

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 23d day of May 2019 that a copy of the Plaintiff's Notice of Withdrawal of Appearance of Henry J. Dugan, Jr., Esquire, **only**, was mailed, postage prepaid to:

Kristen J. Wiggins, Esq.
Wharton, Levin, Ehrmantraut & Klein, P.A.
104 West Street
P.O. Box 551
Annapolis,MD 21401
*Counsel for Defendants*

Susan B. Boyce, Esq.
Armston, Donohue, Ceppos & Vaughan
204 Monroe Street
Suite 101
Rockville, MD 20850
*Counsel for Defendants*

Alison D. Kohler (8112010198)
akohler@medicalneg.com
Dugan, Babij, Tolley & Kohler, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
(410) 308–1600

Attorneys for Plaintiffs