IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SARAH SANDOVAL, | * |
| Plaintiff, | * |
| v. | *   Civil No. **PJM 17-1599** |
| THE CENTER FOR INNOVATIVE GYN CARE, PC | * |
| and | * |
| NATALYA DANILYANTS, | * |
| Defendants. | * |

## FINAL ORDER OF JUDGMENT

This action was tried by a jury with the Hon. Peter J. Messitte presiding, and the jury rendered a verdict in favor of the Plaintiff, Sarah Sandoval, against the Defendants, The Center for Innovative GYN Care, P.C., and Natalya Danilyants, M.D.

The Court has ordered that the Plaintiff, Sarah Sandoval, recover from the Defendants, The Center for Innovative GYN Care, P.C., and Natalya Danilyants, M.D., the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00), plus post-judgment interest at the federal statutory rate and costs running from **July 26, 2021**, which is the date of the jury's verdict.

SO ORDERED this ____ day of August 2021

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE