IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SARAH SANDOVAL | * |
| Plaintiff, | * |
| v. | * Civil No. **PJM 17-1599** |
| NATALYA DANILYANTS, M.D., *et al*. | * |
| Defendants. | * |

## ORDER

In accordance with the Memorandum Opinion filed herewith, it is this 10 day of May 2022,

**ORDERED**

1. Defendants' Renewed Motion for Judgment as a Matter of Law, ECF No. 111, is **DENIED**;

2. Defendants' Motion for Remittitur/Motion to Alter or Amend Judgment Pursuant to the Maryland Health Care Malpractice Claims Act, ECF No. 112, is **GRANTED IN PART** and **DENIED IN PART**;

    a. The judgment in favor of Sandoval is reduced to a total of $1,056,406.94, consisting of $755,000 in non-economic damages, plus $41,500 in lost wages, plus $259,906.94 in past medical expenses.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE