IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SARAH SANDOVAL | * |
| Plaintiff, | * |
| v. | * Civil No. **PJM 17-1599** |
| NATALYA DANILYANTS, M.D., *et al.* | * |
| Defendants. | * |

## AMENDED FINAL ORDER OF JUDGMENT

The Court having denied Defendants' Renewed Motion for Judgment as a Matter of Law (ECF No. 111), and granted in part and denied in part Defendants' Motion for Remittitur/Motion to Alter or Amend Judgment (ECF No. 112) and there being no remaining matters to be decided, it is this 10 day of May 2022,

**ORDERED** that Amended Final Judgment is entered in favor of Plaintiff Sandoval and against Danilyants and CIGC, Defendants, jointly and severally, in the amount of $1,056,406.94, to bear interest at the federal standard rate as of July 26, 2021. Costs are awarded to Plaintiff. If the parties have not already reached an agreement as to costs, Plaintiff may file a Bill of Costs pursuant to Local Rule 109.1 and Defendants may respond accordingly.

**ORDERED** that the Clerk shall **CLOSE** the case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE