**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **SARAH SANDOVAL,** : | |
| : | |
| *Plaintiff* : | |
| : | |
| v. : | Civil Action No. 8:17-cv1599 PJM |
| : | |
| **THE CENTER FOR INNOVATIVE** : | |
| **GYN CARE, PC** : | |
| : | |
| and : | |
| : | |
| **NATALYA DANILYANTS, M.D.,** : | |
| : | |
| *Defendants* : | |
| : | |

**NOTICE OF APPEAL
ON BEHALF OF
DEFENDANTS NATALYA DANILYANTS, M.D.
AND THE CENTER FOR INNOVATIVE GYN CARE, PC**

The Defendant, Natalya Danilyants, M.D., by and through counsel, Benjamin S. Vaughan, Esquire, German A. Rodriguez, Esquire, and the law firm of ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED, and the Center for Innovative Gyn Care, P.C., by and through counsel, J. Kristen Wiggins, Esquire and the law firm of Wharton, Levin, Ehrmantraut & Klein, P.A., and pursuant to Fed. Rule. App. Proc. 3, hereby file this Notice of Appeal and hereby appeal the Order (docket entry 118), Memorandum & Opinion (docket entry 117) and Amended Final Order of Judgment (docket entry 119) of this Court dated May 10, 2022 to the United States Circuit Court of Appeals for the Fourth Circuit.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>**WHARTON, LEVIN, EHRMANTRAUT<br>& KLEIN, P.A**</td><td>**ARMSTRONG, DONOHUE, CEPPOS,<br>VAUGHAN & RHOADES, CHARTERED**</td></tr>
<tr><td>_____/s/_____<br>J. Kristen Wiggins, Esquire #16831<br>jkw@wlekn.com<br>104 West Street<br>P.O. Box 551<br>Annapolis, Maryland 21404-0551<br>*Counsel for Defendant*<br>*The Center for Innovative Gyn Care, PC*</td><td>_____/s/_____<br>Benjamin S. Vaughan, Esquire #02951<br>Bvaughan@adclawfirm.com<br><br>_____/s/_____<br>German A. Rodriguez, Esquire #19006<br>grodriguez@adclawfirm.com<br>204 Monroe Street, Suite 101<br>Rockville, MD  20850<br>301-251-0440<br>*Counsel for Defendant*<br>*Natalya Danilyants, M.D.*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2022 a copy of the Notice of Appeal On Behalf Of Defendants Natalya Danilyants, M.D. and The Center for Innovative Gyn Care, PC was electronically filed and served via CM/ECF, e-mail and U. S. mail, postage prepaid to:

Alison D. Kohler, Esquire
akohler@medicalneg.com
George S. Tolley, III, Esquire
gtolley@medicalneg.com
DUGAN, BABIJ, TOLLEY & KOHLER, LLC
1966 Greenspring Drive, Suite 500
Timonium, MD 21093
Attorneys for Plaintiff

J. Kristen Wiggins, Esquire
WHARTON, LEVIN, EHRMANTRAUT
& KLEIN, P.A.
104 West Street
P.O. Box 551
Annapolis, MD  21404-0551
jkw@wlekn.com

                                        _____/s/_____
                                        Benjamin S. Vaughan